IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSALIE LEBOVIC SIMON<br>207 North Gladstone Avenue<br>Margate City, New Jersey 08402-1705, | *<br>*<br>*<br>* |
| HELEN LEBOVIC HERMAN<br>3560 Bathurst Street, Room 535RF<br>Toronto, Ontario M6A 2E1<br>Canada, | *<br>*<br>*<br>*<br>* |
| CHARLOTTE LEBOVIC WEISS<br>1106 Laurel Oak Road, Apartment 342<br>Voorhees, New Jersey 08043, | *<br>*<br>*<br>* |
| HELENA LEBOVIC WEKSBERG<br>12 Rean Drive, Apartment 805<br>Toronto, Ontario M2K 3C6<br>Canada, | *<br>*     Case No. _____<br>*<br>*<br>* |
| ROSE LEBOVIC MILLER<br>5 Stone Hollow Court<br>Baltimore, Maryland 21208, | *<br>*<br>*<br>* |
| TZVI ZELIKOVITCH<br>Moshav Nordiyya 42954<br>Israel, | *<br>*<br>*<br>* |
| MAGDA KOPOLOVICH BAR-OR<br>28 Borochov Street,<br>Neve Sha'anan,<br>Haifa 32203<br>Israel, | *<br>*<br>*<br>*<br>*<br>* |
| ZEHAVA (OLGA) FRIEDMAN<br>8 Clay Street, Apt. 14<br>Tel Aviv 62336<br>Israel, | *<br>*<br>*<br>*<br>*<br>* |

| | |
|---|---|
| **YITZHAK PRESSBURGER** | * |
| 124 Yahalom Street | * |
| Apartment 9 | * |
| Gilo, Jerusalem 93908 | * |
| Israel, | * |
| | * |
| **ALEXANDER SPEISER** | * |
| 55 Komemiyut Street | * |
| Tel Aviv 69011 | * |
| Israel, | * |
| | * |
| **ZE'EV TIBI RAM** | * |
| Kibbutz Afikim 15148 | * |
| Israel | * |
| | * |
| and | * |
| | * |
| **VERA DEUTSCH DANOS** | * |
| 24 Huntingtower Road | * |
| Melbourne, Victoria | * |
| Australia, | * |
| | * |
| Individually, for themselves and for all | * |
| others similarly situated, | * |
| | * |
| PLAINTIFFS, | * |
| | * |
| v. | * |
| | * |
| **THE REPUBLIC OF HUNGARY** | * |
| Sándor Palace | * |
| H-1014 | * |
| Budapest, Szent György tér 1 | * |
| Hungary, | * |
| | * |
| **MAGYAR ÁLLAMVASUTAK Zrt.** | * |
| **(MÁV Zrt.)** | * |
| 1062 Budapest, Andrássy út 73-75 | * |
| Hungary, | * |
| | * |
| and | * |
| | * |
| **RAIL CARGO HUNGARIA Zrt.,** | * |
| successor-in-interest to MÁV CARGO | * |
| ÁRUFUVAROZÁSI Zrt., f/k/a MÁV Cargo | * |
| Zrt., a Division of MÁV Zrt. | * |

|  |  |
|---|---|
| Váci út 92. | * |
| H-1133 Budapest | * |
| Hungary, | * |
|  | * |
| **DEFENDANTS.** | * |
|  | * |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR ORDER
## AUTHORIZING PLAINTIFFS' COUNSEL TO SERVE FOREIGN DEFENDANTS

Pursuant to F.R.C.P. 4(f)(1), 4(h)(2) and 4(j)(1), Foreign Sovereign Immunity Act, 28 U.S.C. 1608(a)(2) and the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Plaintiffs, victims of the Hungarian Holocaust, by and through their undersigned counsel, respectfully request an order signed by this Honorable Court that authorizes Plaintiffs' attorney, Charles S. Fax, to submit the request for service of the Complaint and summonses in this matter to the Central Authority designated by Hungary for appropriate and effective service of process on Defendants The Republic of Hungary, the Hungarian State Railway Magyar Államvasutak Zrt. and Rail Cargo Hungaria Zrt. (hereinafter collectively "Defendants").

### STATEMENT OF FACTS IN SUPPORT OF PLAINTIFFS' MOTION

1. Plaintiffs, simultaneously with this motion, filed the instant action against Defendants, The Republic of Hungary, Magyar Államvasutak Zrt. (the Hungarian State Railway, hereinafter "MÁV") and Rail Cargo Hungaria Zrt. (a private company, hereinafter "MÁV Cargo") on October 19, 2010.

2. Defendant The Republic of Hungary is a signatory member of the Hague Service Convention.

3. F.R.C.P. 4(f)(1) and 4(h)(2) authorizes service on a foreign individual, such as MÁV Cargo located in Hungary, in accordance with the Hague Convention of 15 November

        1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

4. F.R.C.P. 4(j)(1) authorizes service on a foreign state, such as The Republic of Hungary, and any of its instrumentalities, such as MÁV, in accordance with Foreign Sovereign Immunity Act, 28 U.S.C. 1608, which subsection (a)(2) provides for "delivery of a copy of the summons and complaint in accordance with an applicable international convention on service of judicial documents," *i.e.* the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

5. Article 3 of the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters states "[t]he authority or judicial officer competent under the law of the State in which the documents originate shall forward to the Central Authority of the State addressed a request conforming to the model annexed to the present Convention". *See* Request For Service Abroad Of Judicial Or Extrajudicial Documents, attached hereto as **Exhibit 1**.

    a. The designated Central Authority of The Republic of Hungary is the Department of Justice Cooperation and Private International Law of the Ministry of Public Administration and Justice.

    b. The Republic of Hungary will not consider a party's attorney to be a judicial officer unless a court issues an order authorizing that attorney to submit the request for service to the Central Authority.

WHEREFORE, the undersigned counsel respectfully requests an order, signed by this Honorable Court, authorizing attorney Charles S. Fax to effect service of process of the on Defendants, The Republic of Hungary, MÁV and MÁV Cargo.

Respectfully submitted,

RIFKIN, LIVINGSTON, LEVITAN & SILVER, LLC

*/s/ Charles S. Fax*

Charles S. Fax
Fed. Bar No. 198002
Liesel J. Schopler
Fed. Bar No. (application pending)
7979 Old Georgetown Road
Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-0172
Email: cfax@rlls.com

ZELL & CO.

L. Marc Zell, Adv.
Fed. Bar No. (pro hac vice applicant)
Jerusalem Office
21 Herzog Street
Jerusalem 92387 ISRAEL
Tel.: +972-2-633-6300
Fax: +972-2-672-1767
Email: mzell@fandz.com

WEINSTEIN KITCHENOFF & ASHER LLC

David Weinstein
Fed. Bar No. (pro hac vice applicant)
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Tel: 215-545-7200
Email: weinstein@wka-law.com

LAW OFFICES OF PAUL G. GASTON

Paul G. Gaston
Federal Bar No.: 290833
1776 Massachusetts Avenue, NW
Washington, DC 20036
Tel: (202) 296-5856
Fax: (202) 296-4154
Email: pgaston@attglobal.net
Membership Status: Active

Attorneys for Plaintiffs

Date:  October 20, 2010