IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSALIE SIMON, *et al.*, <br> Individually, for themselves and for all <br> others similarly situated, | * <br> * <br> * <br> * | |
| Plaintiffs, | * <br> * | |
| v. | * <br> * | Case No. 1:10-cv-01770-BAH |
| THE REPUBLIC OF HUNGARY, *et al.*, | * <br> * | |
| Defendants. | * <br> * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**SUPPLEMENTAL REQUEST FOR INTERNATIONAL
JUDICIAL ASSISTANCE (LETTER ROGATORY)**

The United States District Court for the District of Columbia ("United States Court") presents its compliments to the Ministry of Public Administration and Justice of Hungary, Department of Private International Law ("Ministry"), the Budai Központi Kerületi Birósåg ("Central District Court") and the Hon. Zsuzsnanna Kéri, Central District Judge. The United States Court requests international judicial assistance to obtain evidence to be used in a civil proceeding before the United States Court in the above-captioned matter.

This Letter Rogatory is supplementary to, and should be read in conjunction with, the Letter Rogatory submitted by the United States Court to the Ministry on or about December 6, 2012, and acknowledged by letter dated December 14, 2012, signed by Dr. Zoltán Németh, Head of the Ministry's Department of Private International Law. Dr. Németh subsequently advised, by letter dated April 11, 2013, that the evidentiary hearing requested in the Letter Rogatory would be convened on June 4, 2013, at 9:00 a.m., in the Central District Court.

The purpose of the hearing was to permit Plaintiffs to depose Mr. László Csatáry, a Hungarian domiciliary then under house arrest in Budapest, Hungary. (*See* Exhibit 1 attached to the Letter Rogatory submitted on or about December 6, 2012). Plaintiffs sought to obtain evidence from Mr. Csatáry concerning the acts of the Defendants related to deportation of Jews from Hungary during World War II, and confiscation and expropriation of their property. *Id.*

The hearing was convened in the Central District Court on June 4, 2013, in accordance with Dr. Németh's letter. Judge Kéri, counsel for the Plaintiffs, counsel for the Defendants, and counsel for Mr. Csatáry were present. Mr. Csatáry, however, was absent, claiming (through his counsel) that illness prevented his personal participation in the proceedings. His counsel submitted a typed statement signed by Mr. Csatáry in which he wrote, among other things, that he would decline to provide an oral statement in addition to his typed statement.

Judge Kéri advised the parties that, in lieu of reconvening the hearing when Mr. Csatáry's health might permit him to appear – and given his apparent unwillingness to give oral testimony – the Central District Court, if presented with a Supplemental Letter Rogatory from the United States Court, would endeavor to obtain the transcripts of Csatáry's criminal interrogation by Hungarian authorities, which the Court understood had recently been completed.

Accordingly, pursuant to Judge Kéri's proposal, the United States Court hereby requests the assistance of the Central District Court and Judge Kéri in obtaining any and all transcripts of Mr. Laszlo Csatáry's interrogation in 2012 and 2013 by the Hungarian criminal authorities, and transmittal of such transcripts to the United States Court. The United States Court will then transmit those transcripts to counsel for the parties in this case, and to the extent confidentiality attends any portion of such transcripts, the United States Court will impose such restrictions on counsel for the parties.

3

Counsel for the Plaintiffs agrees to reimburse the Central District Court for reasonable costs incurred by the Central District Court in obtaining and transmitting the requested records. The attorneys for Plaintiffs may be billed c/o Charles S. Fax, at the law firm of Rifkin, Weiner, Livingston, Levitan & Silver, LLC, 7979 Old Georgetown Road, Suite 400, Bethesda, Maryland 20814, U.S.A.

_____
Hon. Beryl A. Howell
United States District Judge
United States District Court for the District of Columbia
Washington, D.C., United States of America

**JULY 22, 2013**

## CERTIFICATE OF TRANSLATION

I, Naftali Deutsch, hereby certify under penalty of perjury that I am competent to provide a complete and accurate translation from English to Hungarian, and that the translation from English to Hungarian attached hereto of the Supplement to Request for International Judicial Assistance (Letter Rogatory), filed in the United States District Court for the District of Columbia is a true and accurate translation of the original, to the best of my abilities.

Naftali Deutsch

P.O.B. 309

Mitzpe Yericho 90651

Israel

AZ EGYESÜLT ÁLLAMOK KERÜLETI BÍRÓSÁGÁNAK
COLUMBIAI KERÜLETE

| | |
|---|---|
| **ROSALIE SIMON**, *et al.*, <br> **Egyénileg, a saját maguk számára, és** <br> **minden más, hasonló helyzetben levőnek** <br><br> **Felperesek**, <br><br> v. <br><br> **A MAGYAR KÖZTÁRSASÁG**, *et al.*, <br><br> **Alperesek.** | Esetszám 1:10-cv-01770-BAH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NEMZETKÖZI JOGI SEGÍTSÉG NYÚJTÁSÁRA VONATKOZÓ KIEGÉSZÍTŐ KÉRELEM (JOGSEGÉLYKÉRELMI LEVÉL)

Az Egyesült Államok Kerületi Bíróságának Columbiai Kerülete ("Egyesült Államok Bírósága") tisztelettel köszönti a Magyarország Közigazgatási és Igazságügyi Minisztériumának Nemzetközi Magánjogi Főosztályát („Minisztérium"), a Budai Központi Kerületi Bíróságot ("Központi Kerületi Bíróság") és Kéri Zsuzsanna, központi kerületi bírót. Az Egyesült Államok Bírósága nemzetközi jogsegélynyújtást kérvényez annak érdekében, hogy olyan bizonyítékokat szerezzen be, melyeket egy polgári peres folyamatban az Egyesült Államok Bírósága előtt a fent leírt esetben felhasználhat.

Ez a jogsegélykérelmi levél kiegészítése annak a jogsegélykérelmi levélnek, és együtt is olvasandó vele, melyet az Egyesült Államok Bírósága 2012. december 6-án, vagy akörül nyújtott be a Minisztériumnak, és melyet egy 2012. december 14-én kelt, Dr. Németh Zoltán, a Minisztérium Nemzetközi Magánjogi Főosztályának vezetője által szignált levélben ismertek el. Dr. Németh ezt követően, egy 2013. április 13-án kelt

levélben azt tanácsolta, hogy a jogsegélykérelemben kérvényezett bizonyító tárgyalás 2013. június 4-én, reggel kilenc órára hívjuk össze a Központi Kerületi Bíróságra.

A kihallgatás célja, hogy lehetőséget biztosítson a Felperesek számára, hogy kihallgassák Csatáry László magyar állampolgárt, aki akkor a magyarországi Budapesten volt házi őrizetben. (*Lásd* a 2012. december 6-án, vagy akörül benyújtott jogsegélykérelem 1. csatolmánya). A Felperesek bizonyítékokat szándékoztak szerezni Csatáry úrtól az Alperesnek a zsidók II. világháború alatti, Magyarországról való deportálásában, illetve tulajdonuk elvételében és kisajátításában való szerepével kapcsolatban. *Id.*

A kihallgatást 2013. június 4-ére hívták össze a Központi Kerületi Bíróságra, összhangban Dr. Németh levelével. Kéri bírónő, a Felperesek ügyvédje, az Alperesek ügyvédje, valamint Csatáry úr ügyvédje volt jelen. Csatáry úr azonban távol maradt azzal az indoklással (ügyvédjén keresztül), hogy betegsége megakadályozta a folyamatban való személyes részvételét. Ügyvédje egy Csatáry úr által aláírt, nyomtatott vallomást mutatott be, melyben többek között azt írta, hogy elutasítja, hogy a nyomtatott vallomáson kívül szóbeli vallomást tegyen.

Kéri bírónő azt javasolta a feleknek, hogy ahelyett, hogy újra összegyűlnének a kihallgatásra akkor, amikor esetleg Csatáry úr egészsége lehetővé tenné a megjelenését – és tekintetbe véve azt, hogy nyilvánvalóan nem szándékozik szóbeli vallomást tenni –, a Központi Kerületi Bíróság, amennyiben az Egyesült Államok Bíróságától egy Kiegészítő Jogsegélykérelmi Levelet kap, arra fog törekedni, hogy megszerezze Csatárynak a magyar hatóságok által, a Bíróság tudomása szerint a közelmúltban befejezett bűnügyi kihallgatásának átiratait.

Ennek megfelelően, Kéri bírónő javaslatának értelmében, az Egyesült Államok Bírósága ezennel kérvényezi a Központi Kerületi Bíróság, valamint Kéri bírónő segítségét abban, hogy

2

megkaphassák Csatáry László úr bármely és minden, 2012-ben és 2013-ban a magyar bűnügyi hatóságok által történt kihallgatásának átiratát, valamint azt, hogy ezen átiratokat juttassák el az Egyesült Államok Bíróságához. Ezután az Egyesült Államok Bírósága átadja ezeket az átiratokat az ezen ügyben részt vevő felek jogi képviselőinek, és amennyiben bizalmas ezen átiratok bármely része, az Egyesült Államok Bírósága érvényesíteni fogja ezeket a szigorításokat a feleknek nyújtott útmutatásban.

A Felperesek ügyvédje beleegyezik, hogy a Központi Kerületi Bíróság minden ésszerű költségét megtéríti, amely a kért anyag megszerzése, illetve eljuttatása során felmerül. A Felperesek ügyvédjei számára számlázhatnak: c/o Charles S. Fax, a Rifkin, Weiner, Livingston, Levitan & Silver ügyvédi iroda, LLC, 7979 Old Georgetown Road, Suite 400, Bethesda, Maryland 20814, U.S.A.

_____
Hon. Beryl A. Howell
Egyesült Államok Kerületi Bíró
Egyesült Államok Kerületi Bírósága, Columbiai Kerület
Washington, D.C., Amerikai Egyesült Államok

JULY 22, 2013