**MINISTRY OF PUBLIC ADMINISTRATION AND JUSTICE OF HUNGARY**
**DEPARTMENT OF PRIVATE INTERNATIONAL LAW**

Our reference number:
XX-NMFO/JOGS2/1335/2013

Hon. Judge Beryl A. Howell
**US District Court (District of Columbia)**
333 Constitution Avenue
Washington, DC 20001
USA

*Leave to file GRANTED*

*Beryl A. Howell 11/4/2013*

Beryl A. Howell          Date
United States District Judge

*File As: Response To Supplemental letter Rogatory*

Contact person: dr. Szabolcs BORECZKI
Phone: +36 (1) 795-4897
E-mail: szabolcs.boreczki@kim.gov.hu
Your reference number: 1:10-cv-01770-BAH

Budapest, 7 October 2013

**Subject:** Request for oral deposition of Mr. László Csatáry

Dear Judge Howell,

In response to your supplemental request dated 22 July 2013 I am hereby sending you copies of records of hearings of Mr. László Csatáry taken in the course of the criminal proceedings conducted against him.

Should you need further information please feel free to contact us.

Yours sincerely,

dr. Szabolcs Boreczki
head of division
on behalf of dr. Zoltán Németh
head of department

Attachment: 12 documents

**RECEIVED**

OCT 30 2013

CHAMBERS OF
BERYL A. HOWELL
U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

Budapesti Nyomozó Ügyészség
...1597/2011.

**J E G Y Z Ő K Ö N Y V**
a gyanúsított kihallgatásáról

2013 -0  2 0

40038/2013

...t a Budapest V. kerület, Belgrád rkp. 5. V. em. 506. szám alatt a Budapesti Nyomozó
...ység hivatalos helyiségében 2012. év július hó 18. napján 01.00 órai kezdettel **dr.**
...ári **László Lajos** gyanúsított kihallgatásáról.

**...n vannak:**

...tényi Gábor              ügyész, jegyzőkönyvvezető
...gh Tamás                ügyész

...sári **László Lajos**        **gyanúsított**
...orváth B. Gábor         kirendelt védő (Ü-109422)

...yanúsított a személyi adataira nézve az alábbiak szerint válaszol:

...eve (leánykori név is):                dr. Csatári László Lajos
...orábbi vagy megkülönböztető neve:     Csatári László Lajos, Csatári-Czizsik László
...születési helye és ideje:             Mány, 1915. március 5.
...nyja neve:                            Pittkó Margit
...akóhelye:                             1123 Budapest, Győri út 3. V/3.
...artózkodási helye:                    uo.
...Személyazonosító okmány száma:        014102LA
...Állampolgársága:                      magyar
...Telefonszáma:                         (1) 201-7444

...z eljáró ügyész a Be. 179. §-ának (2) bekezdése alapján közli a gyanúsítottal, hogy a
...ndelkezésre álló adatok alapján megalapozottan gyanúsítható az 1971. évi 1. törvényerejű
...ndelettel kihirdetett, a háborús, és az emberiség elleni bűntettek elévülésének kizárásáról az
...gyesült Nemzetek Szervezetének Közgyűlése által New Yorkban az 1968. évi november hó
...6. napján elfogadott nemzetközi egyezmény I. Cikk a) és b) pontjaiban, II. Cikkében, a
...ürnbergi Nemzetközi Katonai Törvényszék alapokmánya 6. cikke b) és c) pontjaiban írtakra
...figyelemmel a népbíráskodás tárgyában kibocsátott kormányrendeletek törvényerőre
...emeléséről szóló 1945. évi VII. törvény I. számú melléklete 11. §-a 5. pontjának utolsó
...fordulatában meghatározott, **emberek törvénytelen kínzásával részben tettesként, részben
bűnsegédként megvalósított, a Btk. 165. §-ába ütköző háborús bűntett elkövetésével** az
alábbi tényállások alapján:

1.)
*Az 1938. november 2-i, ún. első bécsi döntés értelmében a Magyar Királysághoz visszacsatolt
Kassa 1944. március 19-i német megszállását követően a városban gettót, majd később a
kassai téglagyárban internálótábort hoztak létre, ahová a helyi rendőrség és csendőrség
közreműködésével 1944. április 5. és 22. napja közötti időben előbb a Kassa környéki, Abaúj-
Torna vármegyei, majd a kassai zsidóság túlnyomó részét, közel 12.000 főt internálták.
A Kassai Rendőrkapitányság vezetője, dr. Horváth György r. vezérőrnagy, főkapitány-
helyettes 1944. május elején Önt, mint a Kassai Rendőrkapitányság állományába tartozó*

...ст nevezte ki a téglagyári internálótábor elöljárójának. Ön ilyen minőségében
...apban – pontosabban meg nem határozott időben – puszta kézzel, és az
...korbáccsal rendszeresen, minden különösebb indok nélkül verte, bántalmazta
...nemre, korra és egészségi állapotra tekintet nélkül (így például Kovač Emilt
...vartz Žigmund-ot és Dr. Gádor František-et).

...ternáló táborban fogva tartott közel 12.000 főt 1944. május közepe és június
...ödben, összesen 4-5 transzporttal, vasúti úton, tehervagonokba zsúfolva
...émetek által megszállt területeken lévő koncentrációs táborokba – legtöbbjüket
... deportálták. A bevagonírozásokat a csendőrség végezte, azonban az egyes
...elindításánál többek között dr. Horváth György r. vezérőrnagy és Ön is jelen

...ranszport elindítását megelőzően, 1944. június 2. napján, Ön a deportálandók
...Balkányi Sándor erre vonatkozó, kifejezett kérése ellenére megtiltotta, hogy a kb.
...zsúfolt, ablaktalan tehervagonokon az abban tartózkodók amúgy is embertelen
...nek megkönnyítése érdekében ablakokat vágjanak.

...Ön a Kassai Rendőrkapitányság politikai rendőrségi részlegének elöljárója lett.

...gében 1944 novemberének elején több száz demokratikus gondolkodású, illetve
...mmunistának bélyegzett személyt vetetett őrizetbe, akiket később a német, illetve
...tóságok által foganatosított formális – a bántalmazásokat, illetve a
...állatást sem nélkülöző – kihallgatásokat követően, vagy több esetben kihallgatás
...bb Komáromba, majd különböző koncentrációs táborokba deportálták. Egyes ilyen
...izetbe vett személyek – így például Schmutzer József – bántalmazásában Ön
...en is részt vett, míg más személyek – így például Žurovsky Zoltán és Semetkay
...– bántalmazásánál csak jelen volt, de azt semmilyen módon nem akadályozta meg, és
...rületet sem tett.

...áró ügyész a Be. 62. §-ában foglalt kötelezettségének eleget téve közli a gyanúsítottal,
...Be. 196. §-a alapján a megalapozott gyanú közlésével szemben panasszal élhet,
...nek azonban nincs halasztó hatálya.

...yanúsított:
...yanúsításban szereplő cselekményt megértettem, ellene **panaszt kívánok bejelenteni,**
...a cselekményt nem követtem el.

gyanúsított

Az eljáró ügyész a Be. 117. §-ának (2) bekezdése alapján szó szerint az alábbiakra
figyelmezteti a gyanúsítottat:

Nem köteles vallomást tenni, a vallomás tételét, illetőleg az egyes kérdésekre történő
válaszadást a kihallgatás folyamán bármikor megtagadhatja, de bármikor dönthet úgy, hogy
vallomást tesz, akkor is, ha korábban a vallomástételt megtagadta. Amit mond, illetőleg
rendelkezésre bocsát, bizonyítékként felhasználható.

gyanúsított:
A figyelmeztetést megértettem, **vallomást teszek.**

gyanúsított

Az eljáró ügyész a Be. 117. §-a (4) bekezdésének 2. mondata alapján figyelmezteti a gyanúsítottat arra, ha vallomást tesz, vallomásában mást bűncselekmény elkövetésével hamisan nem vádolhat.

Gyanúsított:
Figyelmeztetést megértettem.

gyanúsított

Az eljáró ügyész a Be. 179. §-ának (3) bekezdése alapján figyelmezteti továbbá a gyanúsítottat, hogy védőt választhat, és védő kirendelését kérheti. Tájékoztatja a gyanúsítottat, tekintettel arra, hogy a Be. 46. §-ának a) pontjában foglaltak szerint a büntetőeljárásban kötelező a védelem, a Be. 48. §-ának (1) bekezdésében foglaltak alapján számára a jelenlévő dr. Horváth B. Gábor ügyvédet rendelte ki védőnek.

Gyanúsított:
A figyelmeztetéseket megértettem, dr. Horváth B. Gábor ügyvéd személye ellen **nincs kifogásom.**

gyanúsított

Az eljáró ügyész felhívja továbbá a gyanúsított figyelmét, hogy a bűnügyi nyilvántartási rendszerről, az Európai Unió tagállamainak bíróságai által magyar állampolgárokkal szemben hozott ítéletek nyilvántartásáról, valamint a bűnügyi és rendészeti biometrikus adatok nyilvántartásáról szóló 2009. évi XLVII. törvény 44. §-a (1) bekezdésének a) pontja, 59. §-ának a) pontja, valamint 92. §-ának (1) bekezdése alapján tőle a daktiloszkópiai nyilvántartás céljára ujj- és tenyérnyomatot, a DNS-nyilvántartás és elemzés céljára szájnyálkahártya-törletet vesznek, valamint fényképfelvételt készítenek, amelyeket a központi nyilvántartó részére adnak át.

Az adatközlés teljesítése az idézett törvény 92. §-ának (4) bekezdése és 95. §-ának (2) bekezdése alapján – szükség esetén – testi kényszer alkalmazásával is biztosítható.

A fenti eljárással kapcsolatos megjelenés helye és ideje: Budapesti Nyomozó Ügyészség (1056 Budapest, Belgrád rakpart 5., II. emelet 202.), ideje a későbbiekben kerül meghatározásra.

Gyanúsított:
A figyelmeztetést megértettem.

gyanúsított

.enti figyelmeztetések tudatában, a Be. 117. §-ának (3) bekezdésében foglaltak alapján a gyanúsított egyéb személyi adatairól a következőképpen nyilatkozik:

a/ Anyanyelve:                magyar
b/ Nyelvismerete:         angol és német (anyanyelvi szinten)
c/ Foglalkozása:            nyugdíjas
d/ Munkahelye:             ---
e/ Iskolai végzettsége:     jog- és államtudományi doktorátus (Debreceni Egyetem)

3.

a/ Családi állapota:      özvegy
b/ Házastársa:            ---
c/ Gyermekeinek neve és kora: kiskorú gyermeke nincs
d/ Havi keresete:         810-820 USD havonta
e/ Vagyoni körülményei:   Ford Scorpio (1994-es évjárat)
f/ Háztartásában élnek:    egyedül él

4.

a/ Katonai rendfokozata:   karpaszományos őrmester
b/ Kitüntetései:          Délvidéki Emlékérem(1941-1942)
c/ Korábbi büntetésére vonatkozó adatok: büntetlen, más büntetőeljárás nem folyik ellene

Az eljáró ügyész tájékoztatja a gyanúsítottat a Be. 43. §-ában meghatározott jogairól és kötelességeiről, így többek között arról is, hogy a Be. 43. §-ának (5) bekezdése alapján lakóhelyének, illetőleg tartózkodási helyének megváltozását az elköltözés után 3 munkanapon belül köteles bejelenteni annál a hatóságnál, amely vele szemben büntetőeljárást folytat. Ennek elmulasztása esetén – ha ehhez a Be. más jogkövetkezményt nem fűz – rendbírsággal sújtható és az okozott költség megfizetésére kötelezhető.

Gyanúsított:
A figyelmeztetéseket megértettem.

                                    gyanúsított

A gyanúsított vallomása:

A Kassán történtekkel összefüggésben az eljáró ügyészeknek átadom az általam diktált, géppel írt, 3 oldalas dokumentumot. Ezt azért készíttettem, mert készültem arra, hogy esetleg kihallgatnak, összeszedtem ezért a gondolataimat és lediktáltam azokat. Az itt leírtakat természetesen ki tudom egészíteni. Ezt az iratot a vallomásom részének tekintem.

A leírtakat annyival egészítem ki (3. bekezdés), hogy azt csak hallottam, hogy a Richter nevű ezredes által vezetett német osztag elfoglalt egy házat, 100 zsidó személyt oda bezártak, és tőlük pénzt követeltek.

Becsatolom továbbá a kanadai hatóságok által angol nyelven készített iratot, melyen szerepel többek között a kassai rendőrség személyi állománya. Erről megállapítható, hogy dr. Horváth György volt a főkapitány-helyettes, tábornoki rendfokozattal, én pedig segédfogalmazóként dolgoztam a rendőrségen.



...désben foglaltakkal összefüggésben feltett kérdésre elmondom, hogy én kizárólag ... összekötő a rendőrség és a német parancsnokság között, mert egyedül én ...erfekt módon németül a rendőrség állományából. Kicsit húzódoztam a feladattól, ...nokom, dr. Horváth György határozott utasításba adta, hogy ezt nekem kell ...ert „nincs más".

...désben foglaltakkal összefüggésben elmondom, hogy miután én a politikai osztály ...lettem, tudomást szereztem arról, hogy Horthy Miklós kormányzó úr kifejezett ...e és a belügyminiszter rendelete, hogy a rendőrség ügyeljen arra, a városban a ... bántalmazás ne érje. Dr. Horváth György kifejezetten közölte, hogy ez bizalmas ...áció. Erre vonatkozó kérdésre elmondom, hogy a politikai osztály feladata a politikai ...ket érintő ügyekben - korábban a nyilasok, majd a kommunisták ellen - való eljárás.

...or a beadványom első oldalának alján „koncentrációs tábort" említettem, természetesen ...an létrehozott két gettóra gondoltam. Elmondom, hogy a téglagyári gettó kapujában állt ...ndőr, de amúgy a tábor belső területén német katonák végezték az őrzést kutyákkal és ...écsal.

...ásodik oldalon, dr. Zágon Györggyel összefüggésben - erre vonatkozó kérdésre ...ndom, hogy akkor hallottam először Dachau-ról, amikor a politikai osztályra kerültem. A ...eszédekből csak annyit tudtam leszűrni, hogy oda korábban már sok zsidót ...gyűjtöttek, az egy veszélyes hely, és aki odakerül, annak az élete veszélybe kerül. Én ...agam Auschwitz létéről csak a háború után, 1945. júliusában egy német újságcikkből ...reztem tudomást.

...deportálásokkal összefüggésben kérdésre elmondom, hogy a rendőrségnek abban nem volt ...erepe, csupán annyi, hogy az első transzport elindítása előtt, a bevagonírozások ideje alatt a ...ndőrség teljes állományának jelen kellett lennie, a detektíveknek pedig az volt a dr. Horváth ...yörgytől kapott feladata, hogy ellenőrizzék, senki sem maradjon a zsidók közül otthon. Én ...agam borzalmasnak találtam, hogy 80 embert tettek be egy vagonba, magát az eljárást ...láltam borzalmasnak. Láttam az asszonyokat és gyermekeket, ahogy szálltak be a ...vagonokba, korábban ilyet sohasem láttam.

El kívánom mondani, arról, hogy hová viszik a zsidókat, én egyáltalán nem tudtam, egy alkalommal egy némettel beszéltem erről a dologról. Történt, hogy a téglagyári gettóban egy zsidó személy agyonlőtte magát. Engem és a detektíveket a parancsnokunk kiküldött a téglagyárba, hogy ellenőrizzük, hogy nincs-e esetleg más civil személynél is fegyver, azért, hogy ilyen még egyszer ne történhessen meg. A téglagyárban én nem mentem be a lakórészekbe, csak a detektívek, ők jelentették, hogy nincs fegyver már ott, és én eközben beszélgettem egy némettel odakint, akitől megkérdeztem hogy mi lesz ezekkel az emberekkel. Ő azt válaszolta, hogy dolgozni viszik őket. Én megkérdeztem, hogy a gyerekek mit fognak csinálni. Azt a választ kaptam, hogy ők iskolába fognak járni. Én ebben a hitben voltam, többet nem kérdeztem.

A második oldal közepén, a Bankó-hegyen lévő barlangokkal összefüggésben elmondom, hogy én azt az utasítást adtam dr. Horváth Györggyel együtt a beosztott detektíveknek, hogy a Bankó-hegy üregeiben bujkáló zsidókról ne vegyenek tudomást, ne menjenek oda, mert esetleg lelhetik őket. Ezzel - meggyőződésem szerint - több száz zsidót mentettünk meg így, ők ugyanis később Szlovákiába menekültek.

...nem mondani, hogy amikor a transzportok elmentek, zsidó személyek tértek vissza a ...gyről óvatlanul a városba. A rendelet szerint ezeket a zsidó személyeket össze ...gyüjteni, és őket a rendőrségre kellett szállítani. Ezeket a személyeket - tudomásom ...int a rendőrség Budapestre szállította, ahol életben maradtak.

...vonatkozó kérdésre elmondom, hogy a téglagyári táborban semmiféle tisztséget nem ...em be, a városi gettóban pedig - a fennállásának mintegy két hete alatt - dr. Horváth ...utasítására két alkalommal jártam a tifusz járvánnyal összefüggő ellenőrzés kapcsán.

...kérdésre elmondom, hogy én abban az időben először egy oldalkocsis motorral jártam, ...aját tulajdonom volt, majd később lett saját autóm is. Kérdésre elmondom, hogy nekem ...nom nem volt, nálunk ilyen nem volt rendszeresítve, csak a németeknél.

...rozottan állítom, hogy én soha senkit nem bántalmaztam, soha senkit nem ütöttem meg a ...ári szolgálatom alatt Kassán. Kováč Emilt és családját nem ismerem, nem hallottam arról ...hogy őket egy megkísérelt szökés közben agyonlőtték. Ez új dolog nekem. Nem ...erem Schvartz Žigmund és Dr. Gádor František nevet sem mond nekem semmit, őket nem ...erem. A téglagyárban nekem nem volt feladatom, a zsidókkal nem tartottuk a kapcsolatot, ...németek dolga volt.

...désre elmondom, hogy olyanról sem tudok, hogy a beosztottaim közül bárki ...yetlenkedett volna az internáltakkal, és olyan személyt sem tudok mondani, akit a tanúk ...ellen összetévesztenének velem. Az is lehet, hogy ezeket a kegyetlenkedéseket a nyilasok ...ezték, de ezt sem feltételezem.

...re vonatkozó konkrét kérdésre kijelentem, hogy sohasem voltam tagja a nyilas pártnak, és ...ohasem viseltem nyilas karszalagot.

...Kérdésre elmondom, hogy én gettó fennállásának ideje alatt nem tartottam kapcsolatot városi ...ezetőkkel, hivatalnokokkal, orvosokkal. Újabb kérdésre elmondom, hogy hozzám nem ...jutottak el olyan panaszok - sem az internáltaktól, sem a városi polgároktól - hogy a gettóban ...osszak lennének a körülmények.

...Kérdésre elmondom, hogy nem tudom, hogy mi az a „hármas tanács", és hogy a zsidó ...ügyeket állítólag az a tanács intézte volna, arról nem tudok. Schmiediefern ezredes neve nem ...mond semmit. A csendőrök tevékenységéről annyit hallottam, hogy ők irányították a transzportokat tovább, de hogy hová, azt nem tudom.

Újabb kérdésre elmondom, hogy nekem személyesen nem volt faladatom a transzportok személyi állományának összeállítása. Ezt a téglagyári tábor irodájában dolgozó Joó vagy Szoó nevű rendőr végezte.

Kérdésre elmondom, hogy olyan sem történt, hogy tőlem engedélyt kértek volna arra, hogy a vagonokra ablakot vágjanak, én nem is láttam ablakokat a vagonokon. Balkányi Sándor neve sem mond nekem semmit, fogalmam sincs, hogy ki ő. Én nem voltam kapcsolatban a zsidókkal, ők a németek kezében voltak.

A gyanúsítás második részével összefüggésben elmondom, hogy én nem tudok olyan intézkedésekről, hogy 1944. őszén többeket - politikai okokból - tartóztattak le. Azt nem

...a detektívek mit csináltak, de nem csak tőlem kaptak utasítást, hanem a vezetőtől ...évek egyenesen a vezetőnek, dr. Horváth Györgynek jelentettek, nem is nekem.

...sem tudok, hogy a rendőrség által elfogott személyeket a német hatóságok ...álták volna.

...nem tudom már megmondani, hogy a zsidók deportálása és a novemberi elhelyezésem ...tt mit dolgoztam, lehet, hogy az iratokkal dolgoztam. Ugyan én voltam a politikai osztály ...tője, de csak névleg, mert a valódi feladatom a németekkel való kapcsolattartás volt.

...mutzer József neve nem mond nekem semmit, ugyanígy Semetkay Mikuláš neve sem.

...désre elmondom, hogy nekem abban az időben senki sem akart ártani, sem a deportáltak, ...más személyek. Engem senki sem támadt meg, senki sem tört az életemre. Az én lelki ...atomból az adódott, hogy amikor a deportálások megtörténtek, én láttam, hogy ez valami ...sznóság", és szándékosan a háttérbe vonultam, meg is próbáltam elkerülni Kassáról. Ha ...szaemlékszem, azt mondhatom, hogy „lelki sokk" alá kerültem.

...abb kérdésre elmondom, hogy Žurovsky Zoltán neve sem mond semmit, nem tudok róla, ...ogy ő valamilyen merényletet tervezett vagy követett volna el ellenem. Ez is azon dolgok ...yike, amelyek kitalációk. Van például egy három oldalas Zuroff-féle internetes cikk, amiből ...ak egyetlen mondat igaz, hogy én összekötő voltam a rendőrség és a német parancsnokság ...özött.

...érdésre elmondom, hogy a háború végét követően azért nem tértem haza Németországból ...agyarországra, mert németül tökéletesen beszéltem, és nem voltam kommunista érzelmű. ...udtam, hogy a magyar rendőröket és csendőröket keresik. Ráadásul láttam Németországban ...a koncentrációs táborokról készült borzalmas képeket, és sokkot kaptam.

...Kanadába azért kerültem ki, mert a feleségem nagybátyja, „Lajos batya", aki akkor már ...kanadai állampolgár volt, küldött egy „affidavit"-et, azaz garanciát vállalt értünk. A családom ...us Kanadába akart menni, ráadásul Európában akkoriban túlzsúfoltság volt. Németországban ...akkoriban éhség volt, és a gyerekeimnek a tuberkulózis-gyanú miatt is azt ajánlotta egy orvos ...smerős, hogy minél előbb hagyjuk el Németországot.

Tulajdonképpen a későbbiekben azért vonták vissza a kanadai állampolgárságomat, mert a bevándorláskor a követségen elhallgattam, hogy korábban rendőrtiszt voltam, mert tudomást szereztem arra, hogy a rendőröket, csendőröket és a katonáékat nem fogadják be, mert felmerülhet, hogy esetleg háborús bűnösök.

Amikor Kanadában 1995 őszén először kivizsgálták a múltamat, engem azzal összefüggésben meghallgattak. Megkaptam a vizsgálatot végzőktől a magyarországi kihallgatások eredményét, és azt mondta nekem, hogy „nincs háborús bűn". Tudomásom szerint ők elmentek Kassára, és más helyekre is. Rendelkezésemre áll egy magyar kihallgatás jegyzőkönyve is, amelyben egy rendőrtiszt, Mészáros Győző elmondta az igazságot, mert a többiek hazudtak.

Abban az ügyben azért nem fellebbeztem végül, mert az ügyvédemtől azt a tájékoztatást kaptam, hogy a kanadai eljárás minden költségét, többek között a tervezett magyarországi út





[...] nekem kellene állnom, és ezt nem tudtam vállalni. Egyébként megjegyzem, hogy [...] mentek tönkre az ilyen eljárások miatt.

[...] ára ki volt tűzve Kanadában egy bírósági eljárás, de én már 1996 decemberében [...] egyedül. Előzetesen érdeklődtem, hogy ellenem indulhat-e bármiféle eljárás, vagy [...] em szemben bármilyen kifogás Magyarországon, mire a kanadai magyar követ [...] hogy nyugodtan hazamehetek. Ráadásul megbíztam egy dr. Egressy András nevű [...] rüst, aki hónapokig nyomozott az ügyemben, és azt a szakvéleményt adta, hogy [...] adat emelni Magyarországon nem lehet. Én a Horn-kormány ideje alatt jöttem [...] agyarországra, és akkor sem emelt ellenem senki kifogást.

[...] ügyészeknek több, egyrészt a rendőri életpályámmal, kassai tartózkodásommal, [...] a kanadai eljárással összefüggő iratot átadok másolatban, egyúttal hozzájárulok [...] hogy a nálam lévő, rólam készült egyes fényképekről fényképet készítsenek. Kérdésre [...] om, hogy az 1944. május 5. napján kelt, „Gettó-Parancsnokság, Kassa" fejlécű [...] en az én aláírásom szerepel a „gettóparancsnok" aláírási hely felett. Ennek ellenére én [...] voltam a gettó parancsnoka, csak helyette jártam el, csupán nem írtam oda a titulus [...] hogy „h.", azaz helyett.

[...] ndent parancsra tettem, azaz minden intézkedést, ami ott történt. Rendőri munkát [...] om, és nem tudtam, hogy ebből ez lesz. A kötelességünket teljesítettük csak.

[...] el kívánom mondani, hogy én semmiféle háborús bűnt nem követtem el, ezt Kanadában [...] megállapították, és mikor hazajöttem, engem soha Magyarországon nem kerestek, soha [...] nmvel nem vádoltak, csak most, Mr. Zuroff kezdte el ezt a dolgot.

*[...] Észrevételem, indítványom jelenleg nincs.*

[...] az üggyel kapcsolatban elmondani jelenleg nem kívánok, a két példányban készült [...] zőkönyv az általam elmondottakat helyesen tartalmazza, ezért azt elolvasás után [...] benhagyólag aláírom.

[...] yzőkönyv lezárva: 04.30 órakor.

Kmf.

dr. Hetényi Gábor
ügyész

dr. Csatári László Lajos
gyanúsított

dr. Végh Tamás
ügyész

dr. Horváth B. Gábor
kirendelt védő

9

2013 -[.]- 2 0

4 0 0 3 8 / 2 0 1 3

[...]st Nyomozó Ügyészség

[...] [...]/2011.

**J E G Y Z Ő K Ö N Y V**

[...] Budapesti Nyomozó Ügyészség Budapest V. kerület, Belgrád rkp. 5. VII. emelet [...] alatti hivatalos helyiségében 2012. év július hó 31. napján 12.58 órai kezdettel a [...] [...]ett miatt folyamatban lévő büntetőügyben **dr. Csatári László Lajos** gyanúsított [...]gos kihallgatásáról.

[...]nnak:

[...]solt              mb. vezető ügyész
[...]Gábor             ügyész
[...]Babusa Júlia      jegyzőkönyvvezető

[...] László Lajos      gyanúsított
[...]th B. Gábor        kirendelt védő

[...]ügyész a Be. 117. §-ának (2) bekezdése alapján ismételten szó szerint az alábbiakra [...]ezteti a gyanúsítottat:

[...]teles vallomást tenni, a vallomás tételét, illetőleg az egyes kérdésekre történő [...]dást a kihallgatás folyamán bármikor megtagadhatja, de bármikor dönthet úgy, hogy [...]ást tesz, akkor is, ha korábban a vallomástételt megtagadta. Amit mond, illetőleg [...]kezésre bocsát, bizonyítékként felhasználható.

[...]núsított:

[...]gyelmeztetést megértettem, **vallomást teszek**.

gyanúsított

[...] eljáró ügyész a Be. 117. §-ának (4) bekezdése alapján ismételten figyelmezteti a [...]gyanúsítottat arra, ha vallomást tesz, vallomásában mást bűncselekmény elkövetésével [...]hamisan nem vádolhat.

Gyanúsított:

A figyelmeztetést megértettem.

gyanúsított

...sított vallomása:

...ó ügyész erre vonatkozó kérdésére kijelentem, hogy a 2012. július 18. napján ...sített kihallgatásomról készült jegyzőkönyvet az alábbiak szerint kívánom ...teni, pontosítani:

...ent ismételten kijelentem, hogy én már hónapok óta fel akartam keresni az ügyészséget, ...mindezt elmondjam, de jogi képviselőim tanácsára inkább vártam.

...ozottan kijelentem, hogy nem vagyok antiszemita. Erre a következő példákat szeretném ...ni az életemből.

...jekkoromban 6 évesen egy Veszprémi nevű zsidó család gyermekével voltam jó ...ágban, éveken át játszottunk együtt, és családjaink rendszeresen vendégeskedtek a ...nál. Arra emlékszem, hogy az ő szülei szeszgyárosok voltak. Édesapám kifejezetten ...barát volt, és mindig azt mondta, hogy nem lehet különbséget tenni az emberek között. ...őbb a Debreceni Piarista Gimnáziumba kerültem, ott kaptam a piaristákra jellemző ...élést, és ott is együtt jártam zsidó származású gyerekekkel. Édesapám a szolnoki iskola ...gatója volt, és amikor a németek az iskola területén helyezték el a zsidókat, édesapám ...yon sok mindent megtett annak érdekében, hogy őket segítse. Őt például erre tekintettel is ...olták késöbb. Később a Debreceni Egyetem Jogi Karán, amikor 1933-ban a Numerus ...usus megsértése miatt egy zsidó ellenes tüntetés zajlott az egyetem ellen, én azon ...aimmal együtt nem vettem részt, hazamentem, és örültem, hogy egyáltalán tanulhatok. ...sőbb, 1938 novemberében, amikor a katonaságtól eljöttem, jelentkeztem a helyi katonai ...rancsnokságon, ahol arra kértek, hogy dolgozzak a katonai irodában. Ez egyébként a tiszti ...skolában nyújtott teljesítményem miatt volt lehetséges. 1940 júniusában felszólítottak, hogy ...azoljam a keresztény származásomat. Édesapámtól elkértem a családban rendelkezésre álló ...születési anyakönyvi kivonatokat, és azokat beadtam. Pár nappal később egy igazolást kaptam ...arról, hogy anyai nagyapám nem igazolt származásától eltekintve nagyszüleimig bezárólag ...tiszta keresztény származású vagyok, illetve annak minősülök. Itt meg kívánom jegyezni, ...hogy két nappal később indoklás nélkül elbocsátottak a katonai irodától, és én csak sejtem, ...hogy emiatt a tisztázatlan nagyapai származás miatt. Az egyik őrmesteri rendfokozatú ...segédtisztnek volt egy olyan megjegyzése, hogy az én anyagomat a „holt anyagok" közé tette. ...Az említett származási igazolvány másolatát az ügyészség rendelkezésére bocsátom.

A belügyminiszter 1940. január 5-én kinevezett és egyúttal Kecskemétre helyezett, ahol a Gépjármű Osztályon kezdtem dolgozni rendőrként. Ezalatt az idő alatt egy alkalommal vacsoráztam egy zsidó családnál, akiknek a Kecskemétre bevezető út mellett benzinkútjuk volt, és akikkel később szoros barátságba is kerültem. 1940 tavaszán, amikor a német hadsereg Kecskemét érintésével tartott Jugoszlávia felé, engem a német tudomásomra tekintettel segítségül rendeltek a német csapatoknak. A németek egyike felfigyelt a benzinkúton dolgozó barátaimra, és megkérdezte tőlem, hogy ők nem zsidók-e véletlenül. Én azt mondtam neki, hogy én erről nem tudok semmit sem, majd később a család nő tagját igyekeztem megnyugtatni, hogy nem kell félnie.

Kecskemétről 1941. Húsvétjának környékén Zomborba, majd Szabadkára helyeztek. Ott szolgáltam 1942 őszéig, amikor Kassára kerültem. Abban az évben egy zsidó származású férfi, akinek a nevére már nem emlékszem szerzett nekem lakást Kassán, és később is több





11

...ölgot vett nekem, amiért nagyon hálás voltam neki. Kérdésre elmondom, hogy ez a lakása a ...ankó helyiség oldalában volt, és nem az Erdő utcai lakás, amit az apósom vásárolt később. ...indkét lányom Kassán született, és a születésüket ugyanaz a 65 év körüli zsidó származású ...ülész-nőgyógyász főorvos vezette le, aki engem később 1944 márciusában kanyaróval ...ezelt. A németek 1944. március 17-i bevonulását követően számos zsidó származású ...zemély keresett meg azzal, hogy mi bajuk lehet, illetve tanácsot kértek tőlem, hogy mit ...sináljanak. Én annak a férfinek, aki korábban a lakást szerezte nekem, azt tanácsoltam, hogy ...öltözzön másik városba, ahol nem ismerik.

...Erre vonatkozó kérdésre elmondom, hogy én 1942 ősze előtt még csak átmenetileg sem ...artózkodtam Kassán, erre semmi okom nem volt. Szolgálati helyeim sorrendjéről az ...előbbiekben már beszámoltam. Sem Kecskeméten, sem később Zomborban, vagy Szabadkán ...em hallottam arról, hogy az ország más részeiből zsidókat deportálnak bárhová. Mi nem is ...foglalkoztunk olyan dolgokkal, ami nem nálunk történt, a saját dolgainkkal voltunk ...elfoglalva. Tudomásom szerint 1941-42-ben még nem is voltak deportálások, azt csak 1944- ...ben kezdték el, miután a németek bejöttek.

Ügyész:
*Ön elé tárom a dr. Horváth György r. vezérőrnagy ellen indult büntetőeljárás során, 1946. január 9. napján a Budapesti Népügyészségen nevezett előzetes letartóztatása tárgyában foganatosított meghallgatásról készült 15665/1945. Nü. számú jegyzőkönyvnek azt a részét, amelyben dr. Horváth György r. vezérőrnagy az Ön megbízásával, kinevezésével kapcsolatban nyilatkozott. Kérem, nyilatkozzon erre nézve!*

Gyanúsított:
Mint ahogy a legutóbbi vallomásomban is elmondtam, engem azért nevezett ki a Politikai Osztály vezetőjének dr. Horváth György r. vezérőrnagy, mert egyedül én beszéltem németül. A rendelkezésre álló jegyzeteimből még annyit tudok ezzel kapcsolatban közölni, hogy csak névleg voltam a Politikai Osztály vezetője, a detektívek legtöbbször dr. Horváth Györgynek jelentettek közvetlenül. Az igaz, hogy az elődömet elhelyezték onnan. Ezzel kapcsolatban elmondom, hogy én úgy tudom, hogy a németek egy elfogott zsidó zsebében találtak egy cetlit, amely arról szólt, hogyha bármilyen baj van, akkor csak elődömet Bíró Andrást kell keresniük, aki bármit el tud intézni. Emiatt öt két napon belül le is váltották, és új szolgálati helyét a Szovjet csapatokhoz mintegy két kilométer távolságban határozták meg.

gyanúsított

Ügyész:
*Ön elé tárom a dr. Horváth György r. vezérőrnagy ellen a Budapesti Népbíróságon háborús büntettek miatt Nb.I.197/1946. számon folyamatban volt büntetőeljárásban 1946. március 23. napján megtartott tárgyaláson kihallgatott dr. Horváth György r. vezérőrnagy vádlott vallomásának azt a részét (4. oldal közepe), amely szerint Ön a Kassán felállított gettó parancsnoka volt. Kérem, nyilatkozzon erre nézve!*



12

██████ítótt:
█████én feladatom az volt, amit dr. Horváth György szóban közölt, hogy segítsek neki. Ez a ███████etekkel való kapcsolattartást jelentette. Engem ő semmilyen papírral nem nevezett ki a ████tó parancsnokának. Ennek alátámasztására bemutatom Randolph L. Braham a ████meggyilkosság politikája című könyvének 545., 546. oldalán található angol nyelvű █████eveget, amely szerint Horváth György volt a gettó parancsnoka, és én csak segédtisztje █████tam.

gyanúsított

██ eljáró ügyész a gyanúsított által átadott könyv 546. oldalán lévő aláhúzott szöveget az ██ábbiakban fordítja le: „Horváth György rendőrfőnök a gettó hivatalos parancsnoka volt, ████ár feladatait gyakran helyettese egy Csatáry nevű rendőrtiszt útján gyakorolta."

█████yanúsított:
██ fordítást ellenőriztem, maga a fordítás helyes, de a könyv állítása nem felel meg a ████lóságnak.
██gyanezen az oldalon kicsivel lejjebb az a szöveg szerepel, hogy a téglagyár, amely a helyi ████tóban lévő zsidók bevagonírozásának helyéül szolgált, a Vasvári csendőr alezredes ███ányítása alatt állt.

gyanúsított

Ügyész:
*Ön elé tárom ugyanezen vallomásnak azokat a részeit (5. oldal közepe és 6. oldal vége), amelyek szerint az 1944. május 15. napján kezdődött deportálások kapcsán az Ön feladata volt annak kijelölése, hogy melyik barakk kerül kiürítésre, azaz az Ön feladata volt az „összeszedés és a transzportok elszállítása". Kérem, nyilatkozzon erre nézve!*

Gyanúsított:
Elmondom, hogy amit dr. Horváth György állít, az nem igaz. Az első transzport 1944. május 15-én indult el úgy, hogy a zsidóknak a téglagyárban kellett beszállniuk, majd később a vagonokat letolták az állomásra tudomásom szerint. Az volt az első transzport idején az utasítás, hogy minden rendőrtisztnek jelen kell lennie a zsidók bevagonírozásakor, ennek megfelelően én is láttam, amikor a zsidókat a vagonokba terelték, annyit pontosítok, hogy nem kellett őket terelni, azok szépen masíroztak be. Számomra ez rendkívül borzalmas látvány volt, mert akkor tapasztaltam meg, hogy mi is ez az egész. Korábban én azt hallottam, hogy a zsidókat dolgozni viszik, és Auschwitz létéről is csak 1946-ban szereztem tudomást a német újságokból. Egy lapra lerajzoltam, hogy én mit is láttam ebből az egész dologból, és ezt az eljáró ügyésznek eredetben átadom. Meg kell jegyeznem, hogy a vagonok oldala acélból volt, azon egyáltalán nem volt ablak. Tudom, hogy ezzel is megvádoltak, de amiről valaki beszélhetett, azaz hogy nem nyitották ki az ablakokat, az már az állomáson történhetett, ahova én soha nem mentem ki.

gyanúsított

Ügyész:
*Ön elé tárom ugyanezen vallomásnak azt a részét (6. oldal vége), illetve ugyanezen büntetőeljárásban az 1946. április 3. napján megtartott folytatólagos tárgyaláson kihallgatott*





▉▉▉ György r. vezérőrnagy vádlott vallomásának azt a részét (22. oldal közepe), ▉▉erint a zsidó vagy bizonytalan származású lelencek deportálás céljából történő ▉▉ését is Ön végezte, erre vonatkozó utasítás nélkül. Kérem, nyilatkozzon erre nézve!

▉▉itott:

▉▉igaz, nálam semmiféle nyilvántartás nem volt, és határozottan kijelentem, hogy ▉▉ deportáláshoz semmilyen közöm nem volt. Arról sem volt fogalmam, hogy a ▉▉et is deportálták, én ezt most hallom először.

gyanúsított

▉▉tárom a dr. Horváth György r. vezérőrnagy ellen a Budapesti Népbíróságon háborús ▉▉tek miatt folyamatban volt büntetőeljárásban 1946. március 23. napján megtartott ▉▉aláson kihallgatott dr. Horváth György r. vezérőrnagy vádlott vallomásának azt a ▉▉ét (4. oldal közepe), amely szerint Önt dr. Horváth György r. vezérőrnagy egy ▉▉ommal látta kutyakorbáccsal. Kérem, nyilatkozzon erre nézve!

▉▉núsított:

▉▉em egyedül a derékszíjam volt, és a pisztolyom, korbácsom nem volt, és azt sem tudom, ▉▉gy miért állított ilyet dr. Horváth György r. vezérőrnagy. Megjegyzem, hogy a németeknél ▉▉t korbács, mert ott a téglagyárban kutyák voltak.

gyanúsított

▉gyész:

Ön elé tárom a dr. Horváth György r. vezérőrnagy ellen a Budapesti Népbíróságon háborús büntettek miatt folyamatban volt büntetőeljárásban 1946. március 23. napján tanúként kihallgatott dr. Pohl Sándor, volt kassai polgármester tanúvallomásának Önre vonatkozó részeit (11. oldal közepe és vége). Kérem, nyilatkozzon erre nézve!

Gyanúsított:

Ez sem igaz, én továbbra is fenntartom, hogy nem voltam a gettó parancsnoka. Én kétszer jártam a téglagyárban, egyszer az első szállítás miatt, egyszer pedig, mikor a detektívek bementek a téglagyárba fegyvert keresni, mert ott valaki öngyilkos lett napokkal korábban. Igazából én ez utóbbi alkalommal sem mentem be a téglagyárba, a német őrrel beszélgettem a sétányon. Azt még csak nem is tudom, hogy mi a „bikacsek".

gyanúsított

Ügyész:

Ön elé tárom a dr. Horváth György r. vezérőrnagy ellen a Budapesti Népbíróságon háborús büntettek miatt folyamatban volt büntetőeljárásban 1946. március 23. napján tanúként kihallgatott dr. Szász Elemér r. alezredes tanúvallomásának Önre vonatkozó részeit (15. oldal eleje és vége). Kérem, nyilatkozzon erre nézve!



...igaz. Minden hazugság, ami az interneten van, annak 98 %-a nem is igaz. ...nak tartom, amit csinálnak velem. Nem igaz, hogy én bárkit kutyakorbáccsal ...tem volna. Megjegyzem, hogy én életemben soha, senkit meg nem ütöttem, még a ...ak a fenekére sem ütöttem rá, amikor kicsi volt. Kérdésre elmondom, hogy dr. Szász ...eve nem ismerős nekem.

gyanúsított

...tárom a dr. Horváth György r. vezérőrnagy ellen a Budapesti Népbíróságon háborús *...ttek miatt folyamatban volt büntetőeljárásban 1946. március 23. napján tanúként ...gatott özv. Dr. Földes Jenőné tanúvallomásának Önre vonatkozó részét (23. oldal ...pe). Kérem, nyilatkozzon erre nézve!*

...núsított:
...gismétlem, hogy soha, senkit nem ütöttem meg egész életemben, és özv. Dr. Földes ...nét sem ismerem. Sok mindent rám fogtak, azért, mert engem sokat láttak együtt a ...émetekkel, mert nekem kellett velük beszélnem.

gyanúsított

*...gyész:
...Ön elé tárom a dr. Horváth György r. vezérőrnagy ellen a Budapesti Népbíróságon háborús ...bűntettek miatt folyamatban volt büntetőeljárásban 1946. március 30. napján tanúként ...kihallgatott Glück Ernőné tanúvallomásának Önre vonatkozó részét (3. oldal közepe). Kérem, ...nyilatkozzon erre nézve!*

Gyanúsított:
Csak az első transzportnál voltam jelen, akkor láttam a vagont. Azért emeltem ki, hogy csak egy vagont láttam, mert ténylegesen csak egy vagon lezárását láttam személyesen. Azt nem tudom, hogy ez az első, vagy éppen az utolsó vagon lehetett. Megjegyzem, hogy most, ahogy gondolkodom az egészen, eszembe jutott, hogy ezután a transzport után nem maradt már zsidó a téglagyárban, így elképzelhetőnek tartom, hogy nem az első, hanem az utolsó transzport indításához vezényeltek ki bennünket, ezután küldték ki a detektíveket a téglagyárba, hogy nézzék meg, nem maradt-e ott valaki.

Kérdésre elmondom, hogy nem emlékszem arra, hogy az általam látott vagonban öregek, vagy betegek is lettek volna, és arról nem tudok, hogy a vagonokban nem zsidó származású ápoló személyzet lett volna. Ebben azért is vagyok biztos, mert arra emlékszem, hogyha valaki, akit egyébként nem deportáltak volna megjelent az állomáson, hogy az ismerősének például csomagot adjon át, akkor őt magát is a németek „bedobták" a vagonba. Egy ilyen konkrét esetről tudok. Hallottam, hogy egy pap próbált egy csomagot átadni már a Kassai állomáson az egyik ismerősének, és a németek őt is deportálták, és meg is halt. Azt is csak hallottam, hogy később őt Rómában boldoggá avatták.

gyanúsított





...árom a dr. Horváth György r. vezérőrnagy ellen a Budapesti Népbíróságon háborús
...ek miatt folyamatban volt büntetőeljárásban 1946. március 30. napján tanúként
...atott Leiner Miklósné tanúvallomásának Önre vonatkozó részét (5. oldal vége). Kérem,
...ozzon erre nézve!

...sított:
...ondolok, hogy esetleg ez a személy, akiről a tanúk beszélnek valaki más lehetett, aki
...mondta magáról, hogy ő a Csatári. A későbbiekben, az azóta eltelt 70 év alatt valaki ezzel
...függésben az „alteregó" szót említette nekem, de hogy ki, és pontosan mivel
...függésben, azt már nem tudom.

gyanúsított

*gyzőkönyv felfüggesztve: 14.28 órakor*

*gyzőkönyv megnyitva: 14.31 órakor*

**Gyanúsított:**
Tudomásom van arról, hogy több internetes forrásban nyilatkoznak úgy, hogy Csatári
csizmát, és fekete ruhát viselt. A Magyar Királyi Rendőrség egyenruhájának a csizma nem
volt része, és egyáltalán nem volt fekete, hanem kékes-szürke. Ennek igazolása végett
hozzájárulok, hogy az eljáró ügyész fényképeket készítsen a birtokomban lévő engem, illetve
egy ismeretlen rendőrt ábrázoló fényképről. Megjegyzem, hogy abban az időben kizárólag a
nyilasok, és a németek jártak csizmában, és fekete színű egyenruhában. Az erre vonatkozó
fényképeim lefényképezéséhez is hozzájárulok.

gyanúsított

**Ügyész:**
*Ön elé tárom a dr. Horváth György r. vezérőrnagy ellen a Budapesti Népbíróságon háborús
bűntettek miatt folyamatban volt büntetőeljárásban 1946. március 30. napján tanúként
kihallgatott Balkányi Sándor tanúvallomásának Önre vonatkozó részeit (8. oldal eleje és
közepe). Kérem, nyilatkozzon erre nézve!*

**Gyanúsított:**
Nincs tudomásom arról, hogy én bármikor is megakadályoztam volna ablakok kivágását. A
tanú által említettekről, semmit nem tudok. Kérdésre elmondom, hogy hozzám nem jött olyan
kérés sem a zsidó tanács, sem egyes zsidók részéről, hogy a bevagonírozott zsidók
körülményeit valamilyen módon enyhítsem. Én egy kis hadnagyocska voltam, és hogy dr.
Horváth György r. vezérőrnagyhoz érkezett-e ilyen kérés, azt nem tudom. Azt viszont
kifejezetten tudom, hogy a zsidó tanács kapcsolatban állt a németekkel, mert amikor én egy
alkalommal jártam a „kisgettóban", azaz a városi gettóban, hogy a tisztaságot a tífusz-járvány
veszélye miatt ellenőrizzem, láttam, hogy a zsidó tanács egy tagja a németekkel együtt jön
velünk. A zsidó tanács tagjait egyébként tudomásom szerint nem deportálták, ők Budapestre
kerültek, azaz úgy pontosítom, hogy őket Budapestre szállították fel. Megjegyzem, hogy ez
utóbbihoz nincsen közöm, azt a rendőrség csinálta, de én csak hallottam róla.

gyanúsított



16

elé tárom a dr. Horváth György r. vezérőrnagy ellen a Budapesti Népbíróságon háborús
…tek miatt folyamatban volt büntetőeljárásban 1946. március 30. napján tanúként
…gatott Dr. Hernádi Mihály vármegyei tisztifőorvos tanúvallomásának Önre vonatkozó
…t (13. oldal közepe). Kérem, nyilatkozzon erre nézve!

gyanúsított:

…erről nem tudok, akkor valaki már lehetett, aki ott volt, és azt állította magáról, hogy ő
…atári. Ennek az orvosnak a nevét én sohasem hallottam, és főleg nem mondanék olyat, hogy
…ki szívbajos, az ne jöjjön a téglagyárba". Nem vagyok szadista, borzasztó dolgokat állítottak
…lam.

*aláírás*
gyanúsított

gyész:

…n elé tárom Schlesinger Vilmos 1946. március 30. napján tett tanúvallomásának vonatkozó
…észletét (14-16. oldal), amelyben a tanú arról számolt be, hogy annak ellenére deportálták,
…ogy a zsidó tanács tagja volt.

gyanúsított:

…z említett tanú neve nem mond semmit, de lehet, hogy csak az utolsó zsidó tanács tagjait
…zállították fel Budapestre, ahonnan állítólag Izraelbe kerültek. Én a tagokat nem ismertem,
…sak annyit tudtam, hogy a zsidó tanács felelt a zsidók élelmezéséért, illetve ezzel
…oglalkozott.

…sak megismételni tudom, amit a 2012. július 18-i kihallgatásomon is mondtam, nem tudom,
…ogy mi az a „hármas tanács", én ezt az első kihallgatásom idején hallottam előszjör.

*aláírás*
gyanúsított

gyész:

…következőkben Szabó Jenő vallomásának részletét fogom ismertetni, aki a rendelkezésre
…ló adatok szerint detektív volt. Kérem, nyilatkozzon arra nézve, hogy ismeri-e őt.

gyanúsított:

…mertem egy Szabó Jenő nevű detektívet, aki emlékeim szerint a Politikai Csoport vezetője
…olt. Később őt a németek letartóztatták, mert jelentette a Belügyminisztériumnak, hogy
…szaka a németek a lezárt zsidó üzleteket feltörték. Legutóbbi vallomásomban beszámoltam
…ról, hogy hogyan jártam közbe Zágon György barátomért, és ezzel egyidőben Szabó Jenőt is
… egy másik detektívet is én „húztam ki a sárból", azaz az én közbenjárásom miatt nem vitték
…cet Dachauba. Később nagyjából 1945-ben találkoztam ezzel a Szabó Jenővel
…émetországban. Annyit tudok róla, hogy egy magas, vékony ember volt.

*aláírás*
gyanúsított

gyész:

…n elé tárom a dr. Horváth György r. vezérőrnagy ellen a Budapesti Népbíróságon háborús
…üntettek miatt folyamatban volt büntetőeljárásban 1946. március 30. napján tanúként

*█allgatott Szabó Jenő detektív tanúvallomásának Önre vonatkozó részeit (26. oldal közepe, █ oldal vége és 28. oldal közepe). Kérem, nyilatkozzon erre nézve!*

█yanúsított:
█z nem igaz, szerintem egy másik emberről beszél ez a Szabó Jenő. Szerintem erről a másik █mberről nyilatkoztak a többiek is. A deportálásokkal összefüggésben ismétlem, hogy az nem █ én dolgom volt, azt a németek végezték. Az sem igaz, hogy én nyilas lettem volna, és █gyébként ez nem is lehetett, hiszen egy hivatásos rendőrtiszt nem lehetett tagja semmilyen █ártnak. Én nem szerettem soha a nyilasokat, soha nem voltam szélső jobb oldali. Én █emokráciában nőttem fel, és ma is a demokratikus elveket vallom.

<span style="float:right">gyanúsított</span>

Ügyész:
*Ön elé tárom a dr. Horváth György r. vezérőrnagy ellen a Budapesti Népbíróságon háborús █űntettek miatt folyamatban volt büntetőeljárásban 1946. március 30. napján tanúként █ihallgatott Kövér József rendőrszámvevőségi százados tanúvallomásának Önre vonatkozó █ részét (32. oldal vége). Kérem, nyilatkozzon erre nézve!*

Gyanúsított:
Kövér József neve nem mond nekem semmi9t, és azt sem tudom, hogy mit takar a rendőrszámvevőségi századosi beosztás. Őrültség, amiket állít, én semmilyen módon nem viselhettem volna pártszolgálatos karszalagot, ezt nem lehetett volna.

<span style="float:right">gyanúsított</span>

Ügyész:
*Ön elé tárom a dr. Horváth György r. vezérőrnagy ellen folyamatban volt büntetőeljárásban nevezett észrevételeit tartalmazó, 1946. március 22. napján érkeztetett, géppel írt beadványának Önre vonatkozó részeit (1. oldal vége, 3. oldal közepe és a 4. oldal közepe). Kérem, nyilatkozzon erre nézve!*

Gyanúsított:
Határozottan elutasítom, hogy nekem bármilyen dolgok lett volna a deportálásokkal. Vele, dr. Horváth György r. vezérőrnaggyal kapcsolatban meg kívánom jegyezni, hogy vele is találkoztam Zágon György barátom Németországban, és tudomásom szerint a szemére hányta, hogy az általa elvégzettekhez felhasználta a tisztjeit. Erre Horváth szemtelenül azt válaszolta, hogy ő nyugodt, mert mindent az elődói csináltak. Kérdésre elmondom, elképzelhetőnek tartom, hogy Horváth át akarta rám tolni a felelősséget. Tudomásom szerint ő azért tért vissza végül Magyarországra, mert a felesége levélbe4n azt írta neki, hogy megnyugodhat, hiszen ő mindenben csak a Belügyminisztérium utasításait követte. Ezt csak hallottam valakitől, de már nem tudom, hogy kitől.

Megjegyzem, hogy én olvastam Baky László peranyagát, és emlékeim szerint ő is mondott valamit rólam. Most jutott eszembe, hogy valójában nem a Baky László említett engem, hanem dr. Pohl Sándor. Baky Lászlót nem is ismertem.



...g szereztem arról tudomást, hogy nekem volt a legjobb minősítésű munkám. Ezt nekem ...ször Istvánné mondta meg, aki az Útlevél Osztályon dolgozott, de később a személyi ...ket is ő intézte dr. Horváth György mellett. Én szorgalmasan végeztem a rendőri ...kámat, sok esetben munkaidőn túl is dolgoztam.

...m tudok semmiféle kórházvonatról, nekem kórházvonattal nem volt dolgom, előszőr ...om, hogy egyáltalán volt ilyen.

...zsidók táborba szállításához sincsen közöm, az erre vonatkozó parancsokat a polgármester ...a kapitányság vezetője függesztette ki a városban. Ennek a szövege talán abban a könyvben ...benne van, amit már hivatkoztam, és amit említettem. Nekem egyetlen csendőrrel sem volt ...olgom a munkám során.

*gyanúsított*

*Ügyész:*
*Ön elé tárom a „M.Kir. Rendőrkapitányság, Kassa" fejléccel ellátott, a rajta lévő keltezés szerint 1944. május 9. napján kelt jelentést. Kérem, nyilatkozzon erre nézve!*

Gyanúsított:
Erre a konkrét esetre nem emlékszem. Arra emlékszem, hogy dr. Horváth György egyszer utasításba adta, hogy tilos bármiféle folyadékot bevinni a városi gettó területére, mert állítólag korábban valaki mérget csempészett így be, és megmérgezett vele embereket. Feltehetően a nyilasok voltak, de csak sejtem. A részletekre már nem emlékszem, de olyan történt, hogy egy zsidó ember valamilyen teli, vagy üres üveggel be akart menni a gettóba, én pedig figyelmeztettem, hogy ezzel kapcsolatban határozott utasítás van, és ezt nem teheti meg. Nekem a rendőrt leváltani jogom nem is lett volna. Ez a rendőr felügyelő dolga volt.

A nekem bemutatott papíron lévő aláírás hasonlít az én kézírásomra, és az van odaírva, hogy „Csatári", de nem biztos, hogy ez az enyém. Erre én abszolút nem emlékszem. Megjegyzem, hogy nekem nem is lehetett az őrt elhozni a kapuból, én nem rendelkezhettem a rendőrök fölött.

Már a legutóbbi kihallgatásomon említettem, és a nálam lévő jegyzetekből most is azt tudom mondani, hogy volt olyan eset, hogy a gettó parancsnok aláírás rész felett írtam a h, és nem írtam oda a „h" betűt, ami arra utalt, hogy helyettesként járok el. Ennek az a magyarázata, hogy „olyan zűrzavar volt, mint a pokolban". A birtokomban lévő hasonló jelentéseken, minden egyes esetben ott van a kapitányság vezetőjének ellenjegyzése. Vállalom, hogy a következő kihallgatásomon ezt az eljáró ügyésznek bemutatom.

*gyanúsított*

Gyanúsított:
Annyit kívánok még elmondani, hogy olyan is történt egy alkalommal, hogy a kapi8tányság vezetője felhívatott, rámutatott a város térképén egy helyre, és közölte, hogy azon a helyen a németek 20 zsidóval gödröt ásatnak. Dr. Horváth tartott attól, hogy később ezekbe a gödrökbe belelövik a zsidókat, és mint ahogy ezt már legutóbb is említettem, belügyminiszteri parancs alapján nekünk az volt a feladatunk, hogy a zsidókat atrocitás ne érje, és emiatt küldött ki bennünket a kapitányságvezető is. Velem volt ekkor Füzessy István, aki később került a



19

█████rséghez felügyelőként. A megadott helyszínen a német parancsnokot, azaz a három █████ egyikét kérdőre vontam, hogy mit csinálnak, mire megmutatta, hogy a közelben vannak █████ szovjetek, és ezeket az árkokat védővonalnak építik. Én továbbítottam dr. Horváth █████tását, hogy ezt fejezzék be. Ő erre ígéretet is tett, de ennek ellenére még két napig █████goztatták a zsidókat.

█████ azért tartom fontosnak megjegyezni, mert tudomásom szerint a Páva utcai █████lékközpontban ezzel szemben egy olyan irat található meg nyolc éve, hogy én magam █████láttam a zsidókkal az árkot, és hogy ezt a németek szüntették be. Ebből látható, hogy █████ndennek az ellenkezőjét állítják rám, mindenféle hazugságot mondanak velem █████apcsolatban. Megjegyzem, hogy én nem is ásathattam semmit a zsidókkal, hiszen ők a █████émetek kezében voltak mindkét táborban.

gyanúsított

█████Kirendelt védő indítványa:

█████Elsőként indítványozom, hogy az ügyészség rendeljen ki írásszakértőt a védencem elé tárt █████utolsó jelentésen lévő aláírás hitelességének megállapítása érdekében.

Indítványozom továbbá, hogy az ügyészség szerezze be azokat a vezénylési utasításokat, amelyek alapján védencemet 1944. november elején Budapestre a BRFK-hoz helyezték át, majd onnan más szolgálati helyekre tovább. Ez alapján megállapítható lesz, hogy milyen úton, és módon került ő 1944 novemberében Németországba.

Végül indítványozom, hogy az ügyészség szerezzen be arra nézve okiratot, hogy védencemet bármikor is a Kassai gettó parancsnokává nevezték ki hivatalosan.

Gyanúsított:
A védői indítványokkal egyetértek, és csak annyit közlök, hogy az akkori feladataimat úgy láttam el, hogy szóban utasítottak a különböző feladatok elvégzésére.

gyanúsított

Gyanúsított:
Továbbra is hangsúlyozom, hogy egyáltalán nem vagyok antiszemita. Németországból 1949-ben egy Alex Kelen nevű zsidó származású személy irodájának segítségével jutottam ki Montreálba, ahol ez a személy a későbbiekben is sokat segített nekem, amikor például csomagot küldtem haza a szüleimnek. A későbbiekben egy üveg nagykereskedésem volt, a Leslie Import Company, és olyan is történt, hogy én másfél évig dolgoztam együtt egy zsidó származású személlyel, aki egy hajórakomány üveget kapott. A cégem működésében fontos szerepel játszott egy Rubin nevű zsidó személy, aki a vámügykezelést végezte a cégem számára. Az ő cégét R&W-nek hívták és a pontos címet, és telefonszámot is tudom.

Kérdésre összefoglalva röviden elmondom, hogy a kanadai munkám során, évtizedeken át dolgoztam együtt zsidó származású személyekkel mindenféle probléma nélkül.

gyanúsított



az üggyel kapcsolatban elmondani egyenlőre nem kívánok, a jegyzőkönyv az általam mondottakat helyesen tartalmazza, melyet elolvasás után helybenhagyólag aláírok.

zőkönyv lezárva: 15.43 órakor.

K.m.f.

**dr. Grim Zsolt**
**mb. vezető ügyész**

**dr. Csatári László Lajos**
**gyanúsított**

**dr. Hetényi Gábor**
**ügyész**

**dr. Horváth B. Gábor**
**kirendelt védő**

**Vinczéné Babusa Júlia**
**jegyzőkönyvvezető**

1-1 pld. másolatot átvettünk.

2012. 04. 31.

Budapesti Nyomozó Ügyészség

2013 -  - 2 0

...om. 1597/2011.

**J E G Y Z Ő K Ö N Y V**

4 0 0 3 8 / 2 0 1 3

...észult a Budapesti Nyomozó Ügyészség Budapest V. kerület, Belgrád rkp. 5., VII. emelet ..4. szám alatti hivatalos helyiségében 2012. év augusztus hó 17. napján 09.19 órai kezdettel ...háborús büntett miatt folyamatban lévő büntetőügyben **dr. Csatári László Lajos** ...yanúsított *folytatólagos* kihallgatásáról.

...elen vannak:

| ...r. Gnm Zsolt | mb. vezető ügyész |
| ...r. Hetényi Gábor | ügyész, jegyzőkönyvvezető |
| | |
| ...r. Csatári László Lajos | gyanúsított |
| ...r. Horváth B. Gábor | kirendelt védő |

...z eljáró ügyész a Be. 117. §-ának (2) bekezdése alapján ismételten szó szerint az alábbiakra ...figyelmeztette a gyanúsítottat:

...Nem köteles vallomást tenni, a vallomás tételét, illetőleg az egyes kérdésekre történő ...válaszadást a kihallgatás folyamán bármikor megtagadhatja, de bármikor dönthet úgy, hogy ...vallomást tesz, akkor is, ha korábban a vallomástételt megtagadta. Amit mond, illetőleg ...rendelkezésre bocsát, bizonyítékként felhasználható.

...Gyanúsított:

...A figyelmeztetést megértettem, **vallomást teszek**.

gyanúsított

Az eljáró ügyész a Be. 117. §-ának (4) bekezdése alapján figyelmeztette a gyanúsítottat arra, ha vallomást tesz, vallomásában mást bűncselekmény elkövetésével hamisan nem vádolhat.

Gyanúsított:

A figyelmeztetést megértettem.

gyanúsított

*Az eljáró ügyész átadja a gyanúsítottnak és kirendelt védőjének az ügyben kirendelt történész szaktanácsadó 2012. augusztus 2. napján kelt, a mellékletek nélkül 9 oldal terjedelmű szaktanácsadói véleményének egy-egy példányát.*

<u>Gyanúsított és védő:</u>

A szaktanácsadói vélemény egy-egy példányát átvettük, észrevételeinket, indítványainkat a
későbbiekben, a mellékletek készhez vételét követően terjesztjük elő.

           kirendelt védő                                        gyanúsított

<u>A gyanúsított vallomása:</u>

Az eljáró ügyész erre vonatkozó kérdésére kijelentem, hogy korábbi vallomásaimat
változatlanul fenntartom. Az eddig elmondottakat az alábbiak szerint kívánom kiegészíteni,
pontosítani:

Továbbra is határozottan állítom, hogy nem vagyok antiszemita. 1943-44-ben sok zsidó jött át
Szlovákiából illegális úton Kassára, akiket a vonatkozó szabályok értelmében a rendőrségnek
el kellett fognia. Őket a rendőrségi fogdán helyeztük el. Számos alkalommal keresett fel ezt
követően egy zsidó származású ügyvéd barátom, aki az elfogott zsidók érdekében különböző
okmányokat, útleveleket mutatott be nekem. Ezen okmányok hitelességével összefüggésben
nekem merültek fel kételyeim, ezeket közöltem is vele, de ő azt mondta, hogy ne törődjek
vele, írjam azokat alá. Én ezeket az okmányokat aláírtam, és így ezeket az embereket
szabadon engedték.

Mindennek alátámasztására másolatban csatolom a már korábban is hivatkozott Braham
könyv ("A népirtás politikája") magyar változatának 102-103. oldalon lévő szövegét.

Kérdésre elmondom, hogy ennek a zsidó ügyvéd barátomnak a nevére már nem emlékszem,
csak arra, hogy tegező viszonyban voltunk. Nem tudom, hogy barátságunk honnan fakad,
ezekben az ügyekben találkoztam vele nagyon sokszor, de csak hivatalos esetekben.

Újabb kérdésre elmondom, hogy én olyan papírokat írtam alá, amelyekkel szabadon
távozhattak a korábban tiltott határátlépés miatt elfogott személyek. Olyanok papírjait is
aláírtam, akik esetében az ügyvéd által bemutatott okmányok hitelessége számomra kérdéses
volt, például egy konkrét esetben egy olyan zsidó személy magyar állampolgárságára utaló
iratot is elfogadtam, aki nem is beszélt egyáltalán magyarul. Ezt nevetve közöltem is az
ügyvéd barátommal, mire ő azt válaszolta, hogy ezzel se törődjek, csak írjam alá a papírokat.

Kérdésre elmondom, hogy nekem, mint az igazgatási osztály vezetőjének, hatáskörömbe
tartozott ezeknek a papíroknak az aláírása. Ilyen minőségemben én végeztem a rendőri
felügyelet alá helyezést és az internálásokat is. Tulajdonképpen és elhittem, hogy ezek az
iratok – útlevelek és állampolgársági bizonyítványok – valódiak, ezeket az ügyvéd mutatta
nekem. Egyébként meg segíteni is akartam ezeknek az embereknek.

Elmondani kívánom, hogy Braham-könyvben megtaláltam a „hármas tanácsra" vonatkozó
adatokat, melyeket másolatban (572-573. oldal) szintén átadok.

Kérdésre elmondom, hogy én nem tudtam, hogy mi ez a hármas tanács, a kihallgatáson
hallottam erről először. Azóta utánanéztem, és ebben a könyvben megtaláltam a választ.



[A] kérdésre elmondom, hogy Schmidtsiefen SS ezredes neve sem mondott semmit [B]. Erre vonatkozó ismételt kérdésre kijelentem, hogy én ténylegesen a kihallgatásom [C]llottam először erről a hármas bizottságról, vagy hármas tanácsról.

[A] többi kihallgatásomon megrendüléssel hallgattam az általam személyesen nem is [B]ohl Sándor polgármester, és korábbi hivatali elöljáróm, dr. Horváth György r. [C]nagy vallomásait, amelyek rám vonatkoztak. Ezek a vallomások teljesen valótlanok. [D]inünek tartom, hogy mivel tudták, hogy én távol voltam, ezzel védekeztek. Ezzel [E]olában többet nem tudok mondani.

[K]ivánom mondani, hogy 1943-44-ben Kassán a város határában sétáltam egy Weisz [B]a nevű hölggyel, aki később feleségül ment Fagulya Istvánhoz. Amikor elsétáltunk a [C] határában, egy erdő közelében lévő fiatalkorúak büntető intézete mellett, ez a hölgy [D]ölte velem, hogy tudomása van arról, hogy az intézetben dolgozik egy szintén Csatári [E]ló nevű férfi.

[Me]gjegyzem, hogy a kanadai hatóságok által 1994-ben elvégzett vizsgálat egyik [j]egyzőkönyvében az egyik tanú – emlékeim szerint a neve dr. Kaifer volt – utalt arra, hogy [e]gy novemberében volt Kassán egy Csatári László nevű férfi, aki nem rendőregyenruhát, [h]anem valamilyen más egyenruhát viselt. Vagy nyilas lehetett, vagy katona. Ezek a kanadai [iratok] jelenleg fordítás alatt állnak, amint az elkészül, azokat csatolni fogom.

[N]em 1944 októberének végén, hogy pontosan mikor, azt nem tudom, már megmondani, [F]odosy Pál országos rendőr-főkapitány engem azonnali hatállyal Kassáról Budapestre [h]elyezett. Én a Tátra típusú autómmal azonnal elhagytam a várost, és ott többé soha [é]letemben nem voltam. Budapesten a Belügyminisztériumban kellett jelentkeznem egy [i]smeretlen nevű rendőr főtanácsosnál, akinek a szobája közel volt Láday államtitkár szobájához.

Ezt követően engem Mosonmagyaróvárra helyeztek két detektívvel együtt Henkey János vezérkari ezredes mellé. A feladtunk az volt, hogy a front közeledtével a raktárakat ürítsük ki a szovjet hadsereg elől.

Mosonmagyaróváron találkoztam a Kassai Rendőrkapitányság állományába tartozó Mészáros Győző r. fogalmazóval, aki engem Kassáról jól ismert. Mosonmagyaróváron volt akkoriban dr. Horváth György r. vezérőrnagy és más magas rangú rendőrök is, akikkel találkoztam. Megjegyzem, hogy dr. Horváth nem szólt hozzám.

„Nem voltam a nyilaskeresztes párt tagja, és nem volt nyilaskeresztes jelvényem."

Nem voltam gettó-parancsnok, összekötő tiszt voltam a németek és a rendőrség között. A vezető helyett kellett – utasításai szerint – rendőri intézkedéseket tenni. Sajnos az egyes aláírásoknál a „h"-betűt nem tettem oda. Egy olyan zűrzavar volt, hogy az ember ilyesmire nem is gondolt, megbíztam abban, hogy ő majd elismeri, hogy én csak az ő utasításai szerint tettem a rendőri intézkedéseket.

„Egész életem folyamán soha senkit kézzel vagy bármilyen eszközzel nem ütöttem meg, még a kisfiamat sem ütöttem meg, amikor gyerek volt és rosszat tett. Senkit sem mozottam, soha nem vettem el értékeket más egyénektől. 1944 áprilisban rendelet jött ki, hogy zsidó egyéneknek a gettóba kell menni. Ezt a rendelkezést Pohl Sándor és dr. Horváth intézte és





rendelte el. Nem volt hatásköröm a gettóban, soha nem voltam a gettó parancsnoka, a deportálásokban nem vettem részt. Az utolsó vagonnál mindenki ott volt, én is ott voltam. Láttam egy hirdetményt a beköltözésre vonatkozólag, amin a nevem, a „Csatári László" név rajta volt  Ezt ezelőtt egy héttel láttam először."

*Dr. Grim Zsolt mb. vezető ügyész a kihallgatásról 10.19 órakor távozott.*

Ügyész:

*Ön elé tárom a rajta lévő keltezés szerint Kassán, 1944. május 1. napján kelt, „Hirdetmény" megnevezésű nyomtatványt, melyen nyomtatásban – kiadóként – az Ön neve, és gettóparancsnoki minősége szerepel. Kérem, nyilatkozzon erre nézve!*

Gyanúsított:

Erről a hirdetményről beszéltem az előbb. Ezt csak egy héttel ezelőtt láttam, nekem azt valaki megmutatta, de nem az interneten találtam. Tudomásom szeriont már 1944. május 1. előtt is kiadott ilyen tartalmú hirdetményt dr. Horváth és Pohl Sándor, mert a zsidóknak már április végén, 28-ig be kellett vonulniuk a gettóba.

Nem tudom már megmondani, hogy a hirdetményen lévő terület-meghatározás pontosan megfelel-e a valóságnak, de valószínűnek tartom, hogy ez volt a városi gettó területe. Közbevetett kérdésre elmondom, hogy a Nádor utca 15. szám alatti cím nekem semmit nem mond, nem tudom, hogy milyen épület lehetett.

gyanúsított

Elmondom továbbá, hogy 1946-ban Németországban hallottam valakitől, hogy 1945 januárjában Kassán egy rögtönítélő bíróság 12 embert felakasztatott. Valahogy arról is tudomást szereztem, hogy engem is összefüggésbe hoztak ezzel a cselekménnyel, mégpedig úgy, hogy az terjedt el, ezeknek az embereknek a nyakába én tettem a kötelet. Én ezen annyira felháborodtam, hogy felkerestem Németországban, Altötting-ben az amerikai parancsnokságot, és az egyik tisztnek bemutattam az áthelyezési okmányaimat, amelyek szerint engem akkor más Kassáról Budapestre helyeztek. Ez a tiszt telefon felhívatta a Salzburgi Parancsnokságot, majd tíz perc múlva közölte, hogy „nincs háborús bűn".

Jellememre és karakteremre nézve jó információval rendelkezik Deák Ferenc és Csókay Károly, akik Montreal-ban 47 évig voltak a papjaim, és akiknek az elérhetőségét az eljáró ügyésznek megadtam. Velük sokat dolgoztam együtt, a feleségemmel együtt sokat segítettünk a munkásságukban.

*Dr. Grim Zsolt mb. vezető ügyész a kihallgatáson 10.38 órától ismét jelen van.*

Az első kihallgatásomon kaptam kérdést arra nézve, hogy a háborút követően miért nem tértem haza  ennek egyik oka az volt, hogy feleségemmel valamikor 1945 és 1949 között, úgy körülbelül 1946-ban tudomást szereztünk arról, hogy feleségem – Mérő Irén – bátyját, Mérő Jenőt Szivácon – ez a Délvidéken van, Zombortól nem messze – megkínozták és kivégezték, mert nem akart belépni az ún. Petőfi brigádba, hogy harcoljon a magyar hadsereg ellen. Az



vonatkozó információkat, amelyek különböző könyvekből kideríthetőek, másolatban az ügyésznek átadom. Feleségem nagybátyja küldött nekünk Kanadából egy garancia et („affidavit") kivándorlásunk esetére. Természetesen ezt választottuk.

ldésre elmondom, hogy 1946 előtt fel sem merült bennünk, hogy hazajöjjünk, mert részt beszéltünk németül, jól el voltunk látva, másrészt pedig hallottunk róla, hogy a vjet hadsereg bent van Magyarországon. A feleségem, és a velünk lévő sógornő, Mérő zsanna nem akartak hazajönni, én pedig velük maradtam természetesen.

lyesbíteni szeretném azt a származási igazolványt is, amit a legutóbbi kihallgatásom idején tottam. Az egy szakadt, hiányos papír, és a leszakadt részen szerepelt az „ismeretlen" szó, y az igazolvány teljes szövege az, hogy „....ismeretlen anyai nagyapjától eltekintve, gyszülőkig bezárólag tiszta keresztény származású".

gyész:
*Kérem, nyilatkozzon arra nézve, hogy vezetéknevét születésétől kezdve mostanáig milyen ormákban és írásmóddal használta, illetve hogy a változtatásokat pontosan mi indokolta!*

Gyanúsított:

Engem i-vel írva, „Csatári"-ként anyakönyveztek. Nem tudom, hogy egyes iratokon miért szerepel y-nal írva, és arra sem emlékszem, hogy én y-nal írtam volna alá valamikor is. Megjegyzem, hogy véleményem szerint y-nal könnyebb írni a nevemet kézírással, mert akkor a szó végén csak le kell húzni a vonalat. Elképzelhetőnek tartom, hogy ezért használtam végül is y-nal, „Csatáry"-ként a nevemet. Én soha nem kérelmeztem névváltoztatást emiatt. Nem tudok válaszolni arra, hogy az eljáró ügyész által nekem bemutatott, és tiszti név- és címjegyzék 1941-1944-es adatai közül 1943-tól kezdve, miután és Szabadkára kerültem, a nevem miért y-nal szerepel a jegyzékben.

Németországban azt hallottam, hogy Magyarországról zsidók jönnek és járják a városokat, községeket annak érdekében, hogy az ott tartózkodó, korábban a rendőrségnél vagy a csendőrségnél szolgálatot teljesítő tiszteket felkutassák, és őket dzsipekkel hazahozzák. Több olyan tiszttel is találkoztam Németországban, akik más néven éltek ott, például dr. Zágon György aki Németországban Zsatkovics név alatt élt. A „Csizik"-név édesapámék eredeti neve volt, de hogy pontosan ki magyarosított csatárira, azt nem tudom. Németországban így egy rövid ideig Csizik néven éltünk a francia zónában. Egyébként engem hamis vádak miatt el is fogtak Simbach-am-Inn városban, és egy éjszakát a városi rendőrségi fogházban fogva is tartottak, de aztán a magyar detektívek tisztáztak engem, és így elengedtek.

Kanadából mindkét névre, azaz a Csatári és a Csizik névre is érkezett garancialevél, de Kanadában már csak a Csatáry nevet használtam, y-nal írva, mert ott azt mondták, hogy mindegy hogy írom a nevem.

                                    gyanúsított

Ügyész.
*Kérem, nyilatkozzon arra nézve, hogy Kanadából történt hazatérésekor milyen személyes okmányokkal rendelkezett, hazatérését követően pedig Magyarországon mikor, mely*

...dgoktól, milyen személyes iratokat igényelt és kapott, valamint ehhez milyen ...nyokat használt fel!

...nűsított:

...or Kanadából hazatértem, nálam az eredeti magyar születési anyakönyvi kivonatom, és ...96-ban kiállított magyar útlevelem volt. Ezt az útlevelet a kanadai magyar nagykövetség ...ontreali konzulátus közreműködésével szereztem, ott dolgozott egy magyar házaspár, a ...ük valahol talán nekem fel van írva, de arra így fejből már nem emlékszem. Emlékeim ...nt az útlevél kiváltásához beadtam a szükséges okmányokat, így például a születési ...akönyvi kivonatomat.

...6 decemberében először hazajöttem tájékozódni, ekkor egy dr. Egressy nevű ügyvédet ...tem meg arra, hogy nézzen utána, van-e ellenem bármilyen kifogás.

...bbi iratomat a már meglévő iratok alapján állíttattam ki.

...érdésre elmondom, hogy sem Kanadában, sem Magyarországon nem kérdezték tőlem ...melyik hatóság előtt, hogy mi az oka a hazatérésemnek.

...egjegyzem, hogy a felségem orvosi kezelése Magyarországon sokkal olcsóbb volt, mint ha ...anadában kellett volna őt kezeltetni.

gyanúsított

Kirendelt védő észrevételei:

Észrevételezem, hogy ügyfelem már a kanadai hatóságok előtt azt nyilatkozta és azt igazolta, ...hogy őt 1944 októberének végén Kassáról Budapestre helyezték.

Észrevételezem, hogy nehezen érthető, hogy ha ügyfelem lett volna a gettó parancsnoka, ...akkor miért kellett volna saját maga számára jelentést készítenie az egyik – talán a korábbi ...kihallgatások során említett – halálesettel összefüggésben.

kirendelt védő

Kirendelt védő indítványai:

Indítványozom, hogy az ügyészség szerezze be a kanadai hatóságok jogsegély-kérelme nyomán Budapesten 1994-ben elvégzett nyomozási cselekményekről készült teljes iratanyagot, különösen dr. Mészáros Győző tanúkénti kihallgatásáról készült jegyzőkönyvet.

Indítványozom továbbá, hogy a kanadai hatóságok 1994-1997 között folytatott teljes, ügyfelemmel kapcsolatos vizsgálati anyagát is szerezze be az ügyészség.

Indítványozom Bódiné Beliznai Kinga szakértői munkájának beszerzését, melynek címe: „The Miniszter Citizenship and Imigration v. Csizsik-Csatáry" ügyben az 1920 és 1945 közötti magyar jogrendszerről és jogalkotásról.

...ványozom, hogy az ügyészség ellenőrizze ügyfelem abbeli védekezését, amely szerint ...párhuzamosan élt és dolgozott Kassán egy másik Csatári László nevű személy is, aki ...or a fiatalkorúak fegyintézményében teljesített szolgálatot. Indítványozom a ...yintézmények tiszti állománya névjegyzékének beszerzését is.

...ábbra is indítványozom, hogy az ügyészség okiratokkal támassza alá, hogy a kassai ...si, illetve téglagyári gettóknak ki volt a parancsnoka.

...dítványozom, hogy a legutóbbi kihallgatás során elénk tárt népbírósági anyagokból ...ünkre másolatot kiadni szíveskedjenek.

                                                                              kirendelt védő

...ást az üggyel kapcsolatban elmondani jelenleg nem kívánok, a jegyzőkönyv az általam ...mondottakat helyesen tartalmazza, melyet elolvasás után helybenhagyólag aláírok.

...egyzőkönyv lezárva: 11.34 órakor.

                                                K.m.f.

**dr. Grim Zsolt**                                            **dr. Csatári László Lajos**
mb. vezető ügyész                                                  **gyanúsított**

**dr. Hetényi Gábor**                                          **dr. Horváth B. Gábor**
ügyész                                                          **kirendelt védő**
**jegyzőkönyvvezető**

*1 - 1 db indsdefot átvettünk:*
*2012. 08. 17. Budapest*

28

Nyomozó Ügyészség                                        2013 -    2 0

697/2011.

## J E G Y Z Ő K Ö N Y V                              40038/2013

Budapesti Nyomozó Ügyészség Budapest V. kerület, Belgrád rkp. 5., VII. emelet
alatti hivatalos helyiségében 2012. év szeptember hó 27. napján 09.36 órai
háborús bűntett miatt folyamatban lévő büntetőügyben dr. Csatári László Lajos
folytatólagos kihallgatásáról.

Jelen vannak:

Benyi Gábor                     ügyésze
né Babusa Júlia                 jegyzőkönyvvezető

Csatári László Lajos            gyanúsított
Horváth B. Gábor                kirendelt védő

Az eljáró ügyész a Be. 117. §-ának (2) bekezdése alapján ismételten szó szerint az alábbiakra
figyelmezteti a gyanúsítottat:

Nem köteles vallomást tenni, a vallomás tételét, illetőleg az egyes kérdésekre történő
válaszadást a kihallgatás folyamán bármikor megtagadhatja, de bármikor dönthet úgy, hogy
vallomást tesz, akkor is, ha korábban a vallomástételt megtagadta. Amit mond, illetőleg
rendelkezésre bocsát, bizonyítékként felhasználható.

Gyanúsított:

A figyelmeztetést megértettem, **vallomást teszek.**

gyanúsított

Az eljáró ügyész a Be. 117. §-ának (4) bekezdése alapján figyelmezteti a gyanúsítottat arra, ha
vallomást tesz, vallomásában mást bűncselekmény elkövetésével hamisan nem vádolhat.

Gyanúsított:

A figyelmeztetést megértettem.

gyanúsított

*eljáró ügyész átadja a gyanúsítottnak és kirendelt védőjének az ügyben kirendelt történész*
*szaktanácsadó 2012. augusztus 2. napján kelt szaktanácsadói véleménye mellékleteinek egy-*
*egy példányát, valamint a 2012. július 31-i folytatólagos kihallgatás keretében a gyanúsított*
*által népbírósági iratok másolatát.*

Gyanúsított és védő:

*A megjelölt iratokat átvettük.*

kirendelt védő                                        gyanúsított

Gyanúsított vallomása:

Az eljáró ügyész erre vonatkozó kérdésére kijelentem, hogy korábbi vallomásaimat
változatlanul fenntartom. Az eddig elmondottakat az alábbiak szerint kívánom kiegészíteni,
pontosítani:

Első kérdésem, hogy ki, és mivel vádol engem még? Egyúttal kérem a tanúvallomások
átadását, hogy arra reagálni tudjak.

*Az eljáró ügyész tájékoztatja a gyanúsítottat és kirendelt védőjét, hogy – a korábbi*
*kihallgatásokhoz hasonlóan – jelen kihallgatás menete is az, hogy különböző vallomásokat,*
*okirati bizonyítékokat tár a gyanúsított elé, amelyre – amennyiben szükségét érzi – az*
*észrevételeit előterjesztheti. Utóbb az elé tárt vallomásokat, okirati bizonyítékokat tartalmazó*
*iratok másolatát rendelkezésére fogja bocsátani.*

A médiából értesültem arról, hogy egy Csatári László nevű személyt 1945 tavaszán
Veszprémben elfogtak, és őt 20 év börtönbüntetésre ítélték Pécsett. Szintén a hírekben
szerepelt, hogy ez a személy a kassai szlovákok üldözője volt, és atrocitásokat követett el. Azt
előrebocsátva, hogy én 1945 elején már Simbach Am Inn-ben, Bajorországban voltam, amiről
a későbbiekben kívánok még majd beszélni, indítványozom ennek a Csatári László nevű
személynek a fogva tartásával kapcsolatos iratok beszerzését. Ezzel kapcsolatban csatolni
kívánom a Felvidék.ma honlapról kinyomtatott „Magyarországon is elítélték Csatáryt?" című
cikk kétoldalas kinyomtatott példányát, a Simbach Am Inn-i bejelentő lapom másolatát,
melyet 1995. február 10. napján hitelesítettek, valamint a Vychodoslovenská Pravda nevű
szlovák újság 1945. június 24-i számát, amelyben a „Csatáry" név szerepel.

*Az eljáró ügyész tájékoztatja a gyanúsítottat, és kirendelt védőjét, hogy a korábbi*
*magyarországi elítéléssel kapcsolatban a sajtóban megjelent hírekre tekintettel az ügyészség*
*– a korábban kirendelt szaktanácsadó bevonásával – ellenőrizte az állítólagos elfogás, és*
*elítélés tényét. Ennek alapján megállapítható volt, hogy Csatári László elfogásának és*
*későbbi elítélésének sem a veszprémi, sem a pécsi levéltárban nincs nyoma.*

A korábban a Kassáról történt áthelyezésemmel összefüggésben előadottakat azzal egészítem
ki, hogy Henkey János csoportjának 32 tagját szállítottam teherautóval 1945 elején, pontosabb
időpontot már nem tudok, a már említett Simbach Am Inn-be. Magunkkal vittük Tarjányiné
Haraszy Vilmát is, akiről csak később tudtam meg, hogy az angol titkosszolgálat ügynöke



volt. Neki is készült olyan bejelentő lapja Simbach Am Inn-ben, mint amilyennek másolatát én az előbb átadtam. Az ő bejelentő lapja pontosan megmutatja, hogy mikor érkeztünk Simbach Am Inn-be.

Az eljáró ügyész kérdésére elmondom, hogy a másolatban előbb átadott saját bejelentő lapom azért 1945. április 7-i keltezésű, mert amikor én a Henkey csoporttal megérkeztem Simbach Am Inn-be, akkor megtettem a szükséges intézkedéseket a csoport elhelyezése és élelmezése kapcsán. Fel kellett vennünk a németekkel is a kapcsolatot, illetve a helyi szervekkel is. Ez alatt az idő alatt én nem voltam bejelentkezve, egy szénakazalban aludtam. Ezt követően elutaztam Salzburg mellé, ahová még 1944 decemberében elküldtem a családomat. Velük együtt tértem vissza Simbach Am Inn-be, és csak ekkor jelentkeztünk ott be abba a lakásba, amit korábban számomra a polgármester biztosított.

Ez utóbbiakkal összefüggésben csatolom a 6220/1944. ME rendelet részét képező és az 1945. évi Honvédségi Közlönyben megjelent listát, amelyet az egyik barátom a „Hadi Levéltárban" talált. A lista 22. pontjában szerepelek én azzal a megjegyzéssel, hogy „Mmóváron összekötőtiszt a Henkey csop-nál". Csatolom továbbá Hódosy Pál és Henkey János életútját tartalmazó iratokat, amelyekből kiderül, hogy Henkey János 1944. november 1-je és 1945. március 30-a között „ellátó csop. vez." volt Budapesten, és Sopronban.

Korábbi vallomásomban említettem, hogy Altötting-ben tisztáztam magam a 12 ember felakasztásával járó rögtönítélő bírósági eljárásban való részvétel vádja alól. Ehhez annyit szeretnék még hozzáfűzni, hogy az említett amerikai tiszt azt közölte velem, hogy szabadon távozhatok, akár az Egyesült Államokba is. Annyit kívánok még ehhez hozzáfűzni, hogy 1965-1990. között házam is volt a floridai Sarasota nevű városban, annak is a South Bay nevű városrészében. Évente háromszor, négyszer kerestük fel ezt a házat a családommal, és anélkül tartózkodtunk ott, hogy bárki, bármit kérdezett volna, vagy bárkinek ezzel problémája lett volna.


Ügyész:
*Kérem, nyilatkozzon arra nézve, hogy Fekete Ottó/Otto Fekete nevű, pozsonyi illetőségű személyt ismer-e, részére adott-e jelen ügyben történő jogi képviseletre, védelemre vonatkozó bármilyen meghatalmazást vagy megbízást!*

Gyanúsított:
Bejelentem, hogy Fekete Ottó nevét soha nem hallottam, őt nem ismerem, részére semmiféle megbízást, vagy meghatalmazást jelen üggyel összefüggésben nem adtam.

*gyanúsított*

*Az eljáró ügyész a gyanúsított és kirendelt védője elé tárja a Fekete Ottótól származó meghatalmazásokat, különös tekintettel a Magyarországon 2012. augusztus 8. napján kelt ügyvédi meghatalmazásra.*

...sított:

...okat megtekintettem, és határozottan kijelentem, hogy én a meghatalmazást most látom ... életemben, azt én nem írtam alá, és nem kívántam Fekete Ottót meghatalmazni az ...en.

gyanúsított

...ész:

..., nyilatkozzon arra nézve, hogy az 1944 tavaszán-nyarán Kassán történtekkel ...függésben emlékszik-e _Dr. Jónap Sámuel_-re, illetve ismerte-e őt!

...úsított:

...elentem, hogy a neve számomra nem ismerős.

...ész:

...eljáró ügyész közli a gyanúsítottal, hogy a rendelkezésre álló adatok szerint Dr. Jónap ...muel Hernádzsadány (Ždana) község körzeti orvosa volt, ahonnan Kassára, majd később ...schwitz-ba deportálták.

...ek alapján sem emlékszem rá.

gyanúsított

Ügyész:
*Ön elé tárom az 1947-48-ban az akkori Csehszlovák Népköztársaságban Ön ellen ...folyamatban volt büntetőeljárás során a Kassai Nemzetbiztonsági Részleg által 13.373 ...šlb/1947. számon, 1947. december 1-jén, tanúként kihallgatott Dr. Jónap Sámuel ...vallomásának Önre vonatkozó, és az Önnel 2012. július 18. napján közölt gyanúsítás ...tárgyával összefüggő részét (fordítás: 8. oldal, eredeti: 4. oldal). Kérem, nyilatkozzon erre nézve!*

Gyanúsított:
Ezzel kapcsolatban el kívánom mondani, hogy először is a téglagyári tábor létrehozására csak április végén került sor, és oda április 28-ón kellett bevonulniuk az internáltaknak. Tehát április elején még nem volt téglagyári tábor. Azt is szeretném megkérdezni, hogy kinek volt tulajdonképpen szuronya? A téglagyárban a németek adták az őrséget, nekik nem volt szuronyuk, és egy rendőr állt a tábor bejáratánál, annak sem volt. A csendőrök a téglagyár külső oldalán voltak, hogy nekik szuronyuk volt-e, azt nem tudom. Olyat sem mondtam, hogy bárki dögöljön meg, és ismételten, és határozottan kijelentem, hogy a bevagonírozásokat a kapitányság vezetője végezte, én kizárólag az utolsó, negyedik transzport elindításánál voltam jelen legalább 25 másik hivatalos személlyel együtt. Én azt gondolom, hogy ezeket az atrocitásokat a másik Csatári László nevű ember követte el, és a tanúk nem rám, hanem rá hivatkoznak. Olyan információ is a birtokomba jutott Verbovszki Sándortól, aki nyugalmazott rendőr századosként áttanulmányozta a teljes ügyemet, hogy valójában nem is engem ítéltek el távollétemben, hanem azt a másik Csatári Lászlót. Ő nagyon beleásta magát az ügyembe, egy vaskos iratköteget gyűjtött össze erről. Azt még megjegyezni kívánom, hogy az előbb

idézett tanú rám rendőrkapitányként hivatkozott, de én soha nem voltam rendőrkapitány. Valamelyik másik iratban, amit elém tártak szintén szerepelt, hogy a nyilas uralom idején erre a másik Csatári Lászlóra rendőrkapitányként hivatkoznak.

gyanúsított

Ügyész:

*Ön elé tárom Dr. Jónap Sámuelnek ugyanezen ügyben, a Kassai Járási Bíróságon Tk. 358/48. számon, 1948. június 8. napján tett tanúvallomásának Önre vonatkozó, és az Önnel 2012. július 18. napján közölt gyanúsítás tárgyával összefüggő részét (fordítás: 38. oldal, eredeti: 27. oldal). Kérem, nyilatkozzon erre nézve!*

Gyanúsított:

Erre csak annyit tudok elmondani, hogy ez nem igaz, ilyen nem történt. Ezek borzalmas hazugságok. Nekem semmiféle jogom nem volt utasításokat adni senkinek. Nekem a rendőrök egyszer jelentették, hogy a táborból megszöknek az internáltak, én erre azt válaszoltam, hogy hagyjátok szökni őket, illetve, hogy hagyják őket békében menni. Már említettem, hogy a belügyminiszter utasítása volt, ügyeljünk arra, hogy a fogva tartottakat sem a németek, sem a nyilasok részéről ne érje semmiféle atrocitás. Igazából a németek nem is követtek el semmiféle atrocitást, ők csak őrizték a tábort. Legalábbis én ilyet nem láttam. Megjegyzem, hogy a németek szándéka és célja az volt, hogy Kassáról, mint központból a zsidókat bevagonírozzák és elszállítsák Németországba. Horthy Miklós kormányzó és a belügyminiszter arra adtak utasítást, hogy ezeket az embereket Magyarország területén semmiféle sérelem nem érheti.

Arra a kérdésre, hogy ha nem voltam a gettó, illetve a téglagyári tábor előljárója, akkor miért jelentettek nekem a rendőrök, elmondom, hogy valójában nem jelentették ezt nekem a rendőrök, hanem csak nevetve említették. Tudomásom szerint a rendőrök is tudtak a belügyminiszteri utasításról. Már említettem korábban, hogy tudomásom volt arról, hogy a Bankó-hegyen bujkálnak olyanok, akik nem vonultak be a gettóba, illetve a táborba, de ezzel szemben sem tettünk semmit. Ezek az emberek később mind átszöktek Szlovákiába.

gyanúsított

Ügyész:

*Kérem, nyilatkozzon arra nézve, hogy az 1944 tavaszán-nyarán Kassán történtekkel összefüggésben emlékszik e özv. Starková Teréziára-ra (névváltozatok: Starkné Glücksmann Teréz, özv. Starková Terézia, szül.: Glücksmannová), illetve ismerte-e őt!*

Gyanúsított:

Kijelentem, hogy ez a név sem mond nekem semmit. Én nem is tudtam beszélni a zsidókkal, az őrzést a németek végezték. Én csak annyit érintkeztem velük, hogy amikor a vezető, azaz dr. Horváth György rendőr vezérőrnagy, rendőrkapitány leküldött engem a kis gettóba, azaz a városi gettóba, én azt ellenőriztem, hogy tisztaság van-e ott.

*Az eljáró ügyész közli a gyanúsítottal, hogy a rendelkezésre álló adatok szerint nevezett kassai születésű és illetőségű háztartásbeli, akit előbb a Kassán felállított téglagyári táborba internáltak, majd később Auschwitz-ba deportálták.*

Ennek alapján sem ismerem fel őt.

gyanúsított

Ügyész:

*Ön elé tárom az 1947-48-ban az akkori Csehszlovák Népköztársaságban Ön ellen folyamatban volt büntetőeljárás során a Kassai Nemzetbiztonsági Részleg által 13.373 štb/1947. számon, 1947. december 1-jén, tanúként kihallgatott özv. Starková Terézia vallomásának Önre vonatkozó, és az Önnel 2012. július 18. napján közölt gyanúsítás tárgyával összefüggő részét (fordítás: 10. oldal, eredeti: 5. oldal). Kérem, nyilatkozzon erre nézve!*

Gyanúsított:

Ezzel kapcsolatban is csak azt tudom elmondani, hogy ez is szörnyű hazugság. Kijelentem, hogy én nem is jártam bent a téglagyári tábor lakónegyed részén akkor sem, amikor egy alkalommal be kellett mennem a táborba azért, hogy ott az állítólagosan bevitt fegyver létéről információt szerezzünk. Ennek is az volt a célja, hogy nehogy valaki megölje magát azzal. Egy rajzot is készítettem erről az esetről, amit másolatba csatolok. A rajz középén látható az a sétáló út, amelyen én kb. fél-háromnegyed órát sétáltam, és beszélgettem a németekkel, és ekkor kérdeztem rá tőlük, hogy mi a tervük a deportáltakkal. Erről már beszámoltam. Az út mellett voltak a lakó részek, de azt csak a detektívek ellenőrizték, én oda nem mentem be. A rajzon jelöltem még azt az erdős részt, ami a sétáló út jobb oldalán volt.

Közbevetett kérdésre elmondom, hogy a tanú által említett nevek sem ismerősek nekem. Az internáltakkal semmiféle kapcsolatom nem volt.

Újabb kérdésre elmondom, hogy én még csak nem is hallottam arról, hogy bárki kézzel végeztetett volna földmunkát a női fogva tartottakkal, semmi ilyesmi nem történt, őket senki nem bántotta. Csak csodálkozom, hogy ki követhette el ezeket a dolgokat. A bevagonírozásokat a dr. Horváth rendőrkapitány végezte, de azt sem tudom elképzelni, hogyha bárki ilyen atrocitásokat követett volna el, akkor ezt ő hagyta volna.

Azt is meg kívánom jegyezni, hogy engem dr. Horváth több alkalommal, legalább 13-14 esetben küldözgetett különböző helyekre, ahol a német tudásomra volt szükség. Talán már említettem, hogy egyszer elküldött a helyi kórházba, ahol egy magas rangú német tiszt feküdt, akivel beszélnem kellett. Nem tudom, hogy milyen rendfokozatú tiszt volt, mert a német rangokat nem nagyon ismertem. Ő elmesélte, hogy egy bombatámadás miatt olyan gyógyíthatatlan állapotban van, hogy három óránként injekciót kell kapnia, és nem szeretné, ha ezt zsidó orvos adná be neki. Próbáltam rábeszélni, hogy az orvos csak a dolgát teszi, de ő ragaszkodott az orvos lecseréléséhez, amely ügyben én intézkedtem is a kórház főorvosánál.

Amíg a mi dolgunk volt az atrocitások megelőzése addig nem is történtek ilyenek. Az ügyészség birtokában lévő iratokból is látható, hogy az atrocitások nagyjából 1944

novemberének elejétől kezdődtek el. Ekkor már közel voltak az oroszok és nagy csatározások zajlottak a környéken.

1944 novemberében jött létre a Jovánska utcában egy harmadik gettó, de erről csak nemrég az iratokból szereztem tudomást. Közbevetett kérdésre elmondom, hogy nem tudom, hogy milyen iratokból, és mikor szereztem erről tudomást, de ekkor már a másik Csatári Lászlót kapitányként említik.

Most ahogy az irataimat átnéztem ráakadtam dr. Stefan Kaifer 1909. augusztus 28. napján született személy vallomására, amelyet 1994. július 14. napján tett Kassán az ellenem indult eljárásban. Vallomását a kanadai hatóságok adták át nekem. Az angol nyelvű jegyzőkönyvet, és annak szlovák eredetijét az eljáró ügyésznek átadom.

Egy fontos dolgot meg kívánok jegyezni a vallomásával összefüggésben. A tanú elé tártak egy fényképet, amelyen kivétel nélkül nyilas karszalagos személyek láthatóak, és erről ő úgy nyilatkozott, hogy a fotókon engem nem ismer fel. Logikusan arra következtetek, hogy nyilván ő egy nyilas egyenruhás férfit írhatott le a vallomásában, ezért mutattak neki nyilasokat ábrázoló fényképet.

gyanúsított

Gyanúsított indítványa:
A közelgő őszre, valamint egészségi állapotomra tekintettel kérem, hogy az elrendelt házi őrizetemet lakhelyelhagyási tilalomra változtassák át. Minden évben ősszel infúziót kapok, amely három-négy nap folyamatos kórházi bent tartózkodást igényel, amelyre az Irgalmasok Kórházában, vagy pedig a lakhelyemhez közeli Sport Kórházban került sor. Öröklött bronchitis betegségem van, amelynek az őszi idő nem tesz jót. Ezekre a kezelésekre tekintettel kérem enyhébb kényszerintézkedés elrendelését. Az eddigiekben a fogorvosi ellátásomat lehetséges volt a bíróság által megszabott 10.00 óra és 12.00 óra közötti időtartamban elvégezni, azonban a kórházi ellátás jellegéből adódóan nem fér bele ebbe a keretbe.

gyanúsított

Kirendelt védő:
Csatlakozom a védencem által előterjesztett indítványhoz.

*Eljáró ügyész szóban, **2012. október 11. napján 09.00 órára** folytatólagos kihallgatásra idézi a jelenlévő dr. Csatári László Lajos gyanúsítottat, egyúttal a kihallgatásról szintén szóban értesíti a jelen lévő kirendelt védőt.*

Gyanúsított és kirendelt védő:
Az idézést és értesítést tudomásul vettük.

kirendelt védő

gyanúsított

35

(305)

...t az üggyel kapcsolatban elmondani jelenleg nem kívánok, a jegyzőkönyv az általam
...mondottakat helyesen tartalmazza, melyet elolvasás után helybenhagyólag aláírok.

...gyzőkönyv lezárva: 11.29 órakor.

K.m.f.

dr. Hetényi Gábor
ügyész

dr. Csatári László Lajos
gyanúsított

Vinczéné Babusa Júlia
jegyzőkönyvvezető

dr. Horváth B. Gábor
kirendelt védő

A példányt átvettünk a jegyzőkönyvből.

...depest (2012. 09 27.

**Budapesti Nyomozó Ügyészség**

2013 -00 2 0

**Nyom. 1597/2011.**

**J E G Y Z Ő K Ö N Y V**

400 3.8 / 2013

Készült a Budapesti Nyomozó Ügyészség Budapest V. kerület, Belgrád rkp. 5., VII. emelet 704. szám alatti hivatalos helyiségében 2012. év október hó 11. napján 09.27 órai kezdettel a háborús bűntett miatt folyamatban lévő büntetőügyben **dr. Csatári László Lajos** gyanúsított *folytatólagos* kihallgatásáról.

**Jelen vannak:**

| | |
|---|---|
| dr. Hetényi Gábor | ügyész |
| Vinczéné Babusa Júlia | jegyzőkönyvvezető |
| | |
| dr. Csatári László Lajos | gyanúsított |
| dr. Horváth B. Gábor | kirendelt védő |

Az eljáró ügyész a Be. 117. §-ának (2) bekezdése alapján ismételten szó szerint az alábbiakra figyelmezteti a gyanúsítottat:

Nem köteles vallomást tenni, a vallomás tételét, illetőleg az egyes kérdésekre történő válaszadást a kihallgatás folyamán bármikor megtagadhatja, de bármikor dönthet úgy, hogy vallomást tesz, akkor is, ha korábban a vallomástételt megtagadta. Amit mond, illetőleg rendelkezésre bocsát, bizonyítékként felhasználható.

Gyanúsított:

A figyelmeztetést megértettem, **vallomást teszek**.

gyanúsított

Az eljáró ügyész a Be. 117. §-ának (4) bekezdése alapján figyelmezteti a gyanúsítottat arra, ha vallomást tesz, vallomásában mást bűncselekmény elkövetésével hamisan nem vádolhat.

Gyanúsított:

A figyelmeztetést megértettem.

gyanúsított



gyanúsított vallomása:

Az eljáró ügyész erre vonatkozó kérdésére kijelentem, hogy korábbi vallomásaimat változatlanul fenntartom.

Az eljáró ügyésznek átadom azt a 4 oldalas Verbovszki Sándor által összeállított 2012. október 10. napján kelt beadványt, amelyet az ellenem folyamatban lévő üggyel összefüggésben készített. Erre vonatkozó kérdésre kijelentem, hogy ezt a beadványt Verbovszki Sándorral együtt állítottuk össze, annak tartalmát ismerem, és azt, mint saját beadványomat csatolom az eljárás irataihoz. A beadvány valamennyi oldalát kézírásommal ellátom.

A legutóbbi kihallgatásomon csatoltam a „Rendőrfelügyelőség beosztottjainak névsora" című listát. Ezt a mostani kihallgatásom további beadvánnyal egészítem ki. Csatolom Szakály Sándor „A magyar katonai felső vezetés 1938-1945" című munkájának 132., 133. oldaláról készült másolatot. A beadvány valamennyi oldalát kézírásommal ellátom.
A legutóbbi kihallgatásomon elhangzottakhoz képest annyit kívánok javítani, hogy ez a lista nem a Honvédségi Közlönyben, hanem a Budapesti Közlönyben jelent meg 1945. december 7-én.

A beadványomat azzal szeretném kiegészíteni, hogy engem egy alkalommal dr. Horváth György Gyarmathy Gábor nyilas főispánhoz is elküldött azzal, hogy intézzem el, a nyilasok ne akarják deportálni a félzsidókat. Félzsidó alatt azokat a személyeket értem, akik két felmenőjüket nem tudták igazolni, de mondhattam volna úgyis, hogy kivételezettek, hiszen azokat az embereket, akiknek a felmenő rokonaik között keresztények voltak nem kellett deportálni. A nyilasok ennek ellenére ezt is megpróbálták elérni. Közbevetett kérdésre elmondom, hogy azokat sem kellett a törvény értelmében deportálni, akik valamilyen háborús kitüntetéssel rendelkeztek. Ezt a részt pontosan nem tudom, mert ilyennel én nem foglalkoztam.

Visszatérve a Gyarmathy Gáborral folytatott félórás tárgyalásra, el kívánom mondani azt a történetet is, hogy amikor onnan visszaértem, akkor a vezetőm azzal fogadott, hogy most hívta fel őt telefonon a főispán, és azt mondta neki, hogy tanítsa meg köszönni a beosztottait. Én közöltem, hogy én rendesen köszöntem a főispánnak, szervusszal, hiszen én őt korábban ismertem, mire a vezető azt mondta, hogy nem így, hanem „éljen Szálasi!"-val kellett volna köszönnöm. Én közöltem, hogy én így nem tudok köszönni. Közbevetett kérdésre elmondom, hogy nem tudom már pontosan megmondani, hogy mindez mikor történt, feltehetően a deportálások idején, 1944 májusában.

Olyan is történt egy alkalommal - ahogy ez a beadványomban is szerepel -, hogy a vezető Miskolcra küldött ki engem, az ottani rendőrség vezetőjéhez egy levéllel, amelyben arról érdeklődött, hogy ott mi az eljárás a zsidókkal kapcsolatban.

Egy alkalommal dr. Horváth György a nappali órákban kiküldött egy detektívvel együtt, hogy a műutat ellenőrizzem, az ott áthaladó autók utasait, és vezetőit igazoltassam. Ezt én nem is tudtam mire vélni, de azután később kiderült, hogy mi volt ezzel a célja. Órákkal az ellenőrzés megkezdése után egy olyan autót állítottunk meg, amelyben két német tiszt ült, és amelyben rajtuk kívül két sárga csillagot viselő zsidó személy foglalt helyet. A németek mutatták az



irataikat, és amikor rákérdeztem, illetve rámutattam a velük lévő zsidókra, ők németül azt válaszolták, hogy „velünk dolgoznak!", és elhajtottak bennünket. Ezt természetesen utóbb jelentettem a vezetőnek, aki erre rábólintott, és én ebből azt szűrtem le, hogy igazából ezért küldött ki minket ellenőrizni, és erre lehetett kíváncsi.

Közbevetett kérdésre elmondom, hogy én nekem fogalmam sincs, hogy ennek mi volt az értelme, és hogy a németek mit, és miért dolgoztak együtt a zsidókkal.

Részben említést tettem már róla, hogy feladatunk volt egyes üzletek éjszakai megfigyelése is, hogy azt a németek ne ürítsék ki.

Olyan feladatot is kaptam, hogy két detektívvel együtt a kiürítendő, de nagy értéket, aranyat tartalmazó üzletekben lévő értékeket szállítsuk be a Pénzügyi Igazgatóságra. Közbevetett kérdésre elmondom, hogy ezek a Pénzügyi Igazgatóságok ekkor tudomásom szerint a Pénzügyminisztérium alá tartoztak.

Ismétlő kérdésre elmondom, hogy a 2. c. pontban megjelölt kétszeri téglagyári feladat egyike az volt, amiről korábban részletesen beszámoltam, tehát, hogy egy öngyilkosság kapcsán kellett a téglagyárban a fegyvertartást ellenőrizni, de én ekkor nem mentem be a lakókörletekbe. A másik esetről is korábban már említést tettem, ez az volt, amikor az utolsó transzpont indulásakor kivezényeltek bennünket. Tekintettel arra, hogy a vonatsínek a téglagyárig vezettek, a kocsik berakodására is a téglagyárban került sor.

Kérdésre elmondom, hogy a beadványom 2. c. pontjában felsorolt, és most kiegészített feladatokat emlékeim szerint 1944. április 28. és május 15. között eltelt időben végeztem el, de az előfordulhat, hogy egyiket, másikat azt követően.

A beadványom első oldalának alján, illetve második oldalának tetején szerepelnek az ellenem felhozott vádak 10 pontban összefoglalva. Mindegyikről határozottan kijelentem, hogy azt nem én követtem el, ahhoz nincs közöm.

Csatolom az iratokhoz továbbá azt a kihallgatási jegyzőkönyvet, amelyről már az első kihallgatásomon is említést tettem. Ez Mészáros Győző 1994-es tanúkénti kihallgatásának anyaga, egyrészt egy magyar nyelvű, kézírásos jegyzőkönyv, és ezt követően annak angol nyelvű, géppel írt fordítása. Közbevetett kérdésre elmondom, hogy én ezt a kanadai hatóságoktól kaptam meg mielőtt eljöttem Kanadából, de a pontos időpontra már nem emlékszem. Kérdésre elmondom, hogy Mészáros Győzőt még Kassáról ismerem, ott ő is előbb fogalmazó gyakornok, majd segédfogalmazó volt, és ha jól emlékszem, ugyanabban az évben nevezhették ki, mint engem. Tulajdonképpen vele nem dolgoztam együtt, a vallomásában azt mondta, hogy a bűnügyi vonalon dolgozott. Én konkrétan Mészáros Győző viselt dolgairól a személyes emlékeimből nem tudok, amit ő elmondott 1994-ben, azt ismerem a vallomásából. Azt tudom, hogy én vele később Mosonmagyaróváron találkoztam. Itt jegyzem meg, hogy ekkor találkoztam dr. Horváthtal, és a Zombori Rendőrkapitányság vezetőjével is.

Meg kívánom jegyezni, hogy mostanra olvastam el a korábban elém tárt, és Magyarországon 1945-ben folyamatban volt büntetőeljárás kiadott iratait. Ezekkel összefüggésben meg kívánom jegyezni, hogy az ezekben foglaltak nem fedik a valóságot, az ott tanúként



kihallgatott személyek egyikét sem ismertem, nem voltam szadista és nem bántottam senkit, nemcsak akkor, hanem soha sem.

Már több vallomásomban említetem, hogy én soha életemben nem ütöttem meg embert, most azt is elmondom, hogy ennek mi az oka. Debrecenben kezdtem el a középiskolát a Piarista Gimnáziumban. Tekintettel arra, hogy édesapám tanító volt Nyírábrányban, engem egy tanár családnál helyeztek el Debrecenben. A családot Németnek hívták, de a keresztnevükre nem emlékszem. A családfő, aki maga is tanár volt beteg, rákos ember volt, ami vaddá, és kegyetlenné tette őt, legalábbis nekem ez volt a benyomásom. Ő rendszeresen kérdőre vont az iskolai tevékenységemmel kapcsolatban, és rendszeresen úgy megpofozott, hogy átestem az ajtó másik oldalára. Ezekre ma is élénken emlékszem. Az egyik alkalommal, amikor letagadtam, hogy az iskolában rosszul feleltem, de ő ezt valahonnan megtudta, úgy tüntetett meg, hogy egy héten keresztül ujjnyi vastag nyújtófával vert, első nap hét botütést, második nap hat botütést kaptam, és így tovább. A hét végére fekete volt a hátsó felem. A tanár felesége sírva könyörgött neki, hogy ne bántson, de ez nem használt. Aztán valószínűleg írhatott az édesapámnak, mert a hét végére eljött értem, és egy másik családnál helyeztek el, ahol soha meg nem büntetettek. Ez az emlék olyannyira élénken él bennem a mai napig, és olyannyira kegyetlenek értem, hogy már akkor megfogadtam, hogy én soha, senkit nem fogok bántani így.

A gyanúsításomban több olyan név szerepel, akiknek a vallomását nem kaptam kézhez. Kérem, hogy ezen személyek vallomását az ügyészség bocsássa rendelkezésemre.

*Az eljáró ügyész tájékoztatja a gyanúsítottat, és kirendelt védőjét, hogy a Budapesti Nyomozó Ügyészség rendelkezésére álló adatok szerint az előbbi kérelemben megjelölt személyek közül Kovátc Emilt a téglagyári táborban lelőtték, Schwartz Zigmund, dr. Gádor Frantisek és Schmuttzer József pedig nem tértek vissza a koncentrációs táborokból. Így vallomásaik nem állnak rendelkezésre.*

Ügyész:
*Kérem, nyilatkozzon arra nézve, hogy az 1944 tavaszán-nyarán Kassán történtekkel összefüggésben emlékszik-e Ing. Mandler Július-ra, illetve ismerte-e őt!*

Gyanúsított:
Ezt a nevet sem hallottam sohasem.

*Az eljáró ügyész közli a gyanúsítottal, hogy a rendelkezésre álló adatok szerint Ing. Mandler Július kassai illetőségű vegyészmérnök volt, akit előbb a Kassán felállított téglagyári táborba internáltak, majd később Auschwitz-ba deportálták.*

Így sem emlékszem rá.

gyanúsított

Ügyész:
*Ön elé tárom az 1947-48-ban az akkori Csehszlovák Népköztársaságban Ön ellen folyamatban volt büntetőeljárás során a Kassai Nemzetbiztonsági Részleg által 13.373*

*...b/1947. számon, 1947. december 1-jén, tanúként kihallgatott Ing. Mandler Július állomásának Önre vonatkozó, és az Önnel 2012. július 18. napján közölt gyanúsítás tárgyával összefüggő részét (fordítás: 14. oldal, eredeti: 8. oldal). Kérem, nyilatkozzon erre nézve!*

Gyanúsított:
Ebből egy szó sem igaz, a többi vallomásból kiderült, hogy dr. Horváth György volt a tábor parancsnoka, és ő volt jelen a deportálásoknál is.

<span style="float:right">gyanúsított</span>

Ügyész:
*Ön elé tárom Ing. Mandler Július-nak ugyanezen ügyben, a Kassai Járási Bíróságon Tk. 358/48. számon, 1948. június 8. napján tett tanúvallomásának Önre vonatkozó, és az Önnel 2012. július 18. napján közölt gyanúsítás tárgyával összefüggő részét (fordítás: 40. oldal, eredeti: 28. oldal). Kérem, nyilatkozzon erre nézve!*

Gyanúsított:
Megismétlem, hogy én csak az utolsó vagon berakodásánál voltam jelen.
Közbevetett kérdésre elmondom, hogy számomra a csehszlovák eljárásban beszerzett tanúvallomások kapcsán mindig felmerül a Benes-dekrétumok problémája. Ezek szerint ugyanis minden magyar automatikusan háborús bűnösnek minősül tudomásom szerint, így nyilván rólam sem mondhattak semmi jót. Én nem kívánom őket megvádolni semmivel, csak azt tudom mondani, hogy amit elmondtak, az nem fedi a valóságot.

<span style="float:right">gyanúsított</span>

Ügyész:
*Kérem, nyilatkozzon arra nézve, hogy az 1944 tavaszán-nyarán Kassán történtekkel összefüggésben emlékszik-e Falkenstein Hugo-ra, illetve ismerte-e őt!*

Gyanúsított:
Nem ismerek ilyen nevű embert.

*Az eljáró ügyész közli a gyanúsítottal, hogy a rendelkezésre álló adatok szerint Falkenstein Hugo kassai születésű és illetőségű könyvelő volt, aki 4 héten át megbízásból dolgozta fel a magyar csendőröktől kapott, és a deportálandó zsidók neveit tartalmazó névsort.*

Így sem mond a neve semmit, én a téglagyári tábor irodájában nem is jártam.

<span style="float:right">gyanúsított</span>

Ügyész:
*Ön elé tárom az 1947-48-ban az akkori Csehszlovák Népköztársaságban Ön ellen folyamatban volt büntetőeljárás során a Kassai Nemzetbiztonsági Részleg által 13.373 stb/1947. számon, 1947. december 1-jén, tanúként kihallgatott Falkenstein Hugo vallomásának Önre vonatkozó, és az Önnel 2012. július 18. napján közölt gyanúsítás*

(3x33)

*árgyával összefüggő részét (fordítás: 16. oldal, eredeti: 9. oldal). Kérem, nyilatkozzon erre nézve!*

Gyanúsított:

A tanú által elmondottakból egy szó sem igaz rám vonatkozólag. Felhívom a tisztelt ügyészség figyelmét, hogy a tanú rám, mint „kapitány"-ra hivatkozik, én pedig soha nem volt rendőrkapitány.

gyanúsított

Ügyész:

*Ön elé tárom Falkenstein Hugo-nak ugyanezen ügyben, a Kassai Járási Bíróságon Tk. 358/48. számon, 1948. június 8. napján tett tanúvallomásának Önre vonatkozó, és az Önnel 2012. július 18. napján közölt gyanúsítás tárgyával összefüggő részét (fordítás: 41-42. oldal, eredeti: 30. oldal). Kérem, nyilatkozzon erre nézve!*

Gyanúsított:

A tanú által elmondottakhoz semmi közöm nincs. Nem tudom, hogy mi volt az a Sicherheitsdienst, én nekem csak Richter nevű tiszttel volt közvetlen kapcsolatom. Olyanra sem emlékszem, hogy én bármikor is konfliktusba kerültem volna a németekkel. Csecsemők deportálásáról nem tudok, én ilyenre képes sem lennék. Olyan sem volt, hogy én a kórházból deportáltattam volna bárkit, én ott egyszer jártam, amikor az ott gyógykezelt német tiszttel kellett beszélnem, de erről már korábban szóltam. Tudok arról, hogy a téglagyárnak is volt egy saját kis kórházi részlege, de én ott soha nem jártam.

gyanúsított

Ügyész:

*Kérem, nyilatkozzon arra nézve, hogy az 1944 tavaszán-nyarán Kassán történtekkel összefüggésben emlékszik-e Dr. Fridrich Alexander-re, illetve ismerte-e őt!*

Gyanúsított:
Dr. Fridrich Alexander neve sem mond nekem semmit.

*Az eljáró ügyész közli a gyanúsítottal, hogy a rendelkezésre álló adatok szerint Dr. Fridrich Alexander kassai születésű és illetőségű vegyészként az események idején a zsidó ügyek adminisztrációs vezetője volt.*

Így sem emlékszem az ő nevére.

gyanúsított

Ügyész:

*Ön elé tárom az 1947-48-ban az akkori Csehszlovák Népköztársaságban Ön ellen folyamatban volt büntetőeljárás során a Kassai Nemzetbiztonsági Részleg által 13.373 stb/1947. számon, 1947. december 1-jén, tanúként kihallgatott Dr. Fridrich Alexander vallomásának Önre vonatkozó, és az Önnel 2012. július 18. napján közölt gyanúsítás*

*tárgyával összefüggő részét (fordítás: 20-21. oldal, eredeti: 12. oldal). Kérem, nyilatkozzon erre nézve!*

Gyanúsított:
Ebből semmi nem igaz.

*gyanúsított*

Ügyész:
*Ön elé tárom Dr. Fridrich Alexander-nek ugyanezen ügyben, a Kassai Járási Bíróságon Tk. 358/48. számon, 1948. június 8. napján tett tanúvallomásának Önre vonatkozó, és az Önnel 2012. július 18. napján közölt gyanúsítás tárgyával összefüggő részét (fordítás: 40. oldal, eredeti: 29. oldal). Kérem, nyilatkozzon erre nézve!*

Gyanúsított:
Ebből sem igaz semmi. Erre vonatkozó kérdésre kijelentem, hogy nekem semmiféle speciális megbízatásom nem volt, sem a rendőrségnél, sem más állami szervnél, sem pedig a német szervek részéről. Felettem hat tiszt volt a Kassai Rendőrkapitányságon.

*gyanúsított*

*Eljáró ügyész szóban, 2012. október 26. napján 09.00 órára folytatólagos kihallgatásra idézi a jelenlévő dr. Csatári László Lajos gyanúsítottat, egyúttal a kihallgatásról szintén szóban értesíti a jelen lévő kirendelt védőt.*

Gyanúsított és kirendelt védő:
Az idézést és az értesítést tudomásul vettük.

kirendelt védő                                          *gyanúsított*

Mást az üggyel kapcsolatban elmondani jelenleg nem kívánok, a jegyzőkönyv az általam elmondottakat helyesen tartalmazza, melyet elolvasás után helybenhagyólag aláírok.

Jegyzőkönyv lezárva: 11.06 órakor.

K.m.f.

dr. Hetényi Gábor
ügyész

dr. Csatári László Lajos
gyanúsított

Vinczéné Babusa Júlia
jegyzőkönyvvezető

dr. Horváth B. Gábor
kirendelt védő

**Budapesti Nyomozó Ügyészség**

**Nyom. 1597/2011.**

## JEGYZŐKÖNYV

Készült a Budapesti Nyomozó Ügyészség Budapest V. kerület, Belgrád rkp. 5., VII. emelet 704. szám alatti hivatalos helyiségében 2012. év október hó 26. napján 09.57 órai kezdettel a háborús bűntett miatt folyamatban lévő büntetőügyben **dr. Csatári László Lajos** gyanúsított *folytatólagos* kihallgatásáról.

**Jelen vannak:**

dr. Hetényi Gábor     ügyész
Vinczéné Babusa Júlia    jegyzőkönyvvezető

dr. Csatári László Lajos    gyanúsított
dr. Horváth B. Gábor     kirendelt védő

Az eljáró ügyész a Be. 117. §-ának (2) bekezdése alapján ismételten szó szerint az alábbiakra figyelmezteti a gyanúsítottat:

Nem köteles vallomást tenni, a vallomás tételét, illetőleg az egyes kérdésekre történő válaszadást a kihallgatás folyamán bármikor megtagadhatja, de bármikor dönthet úgy, hogy vallomást tesz, akkor is, ha korábban a vallomástételt megtagadta. Amit mond, illetőleg rendelkezésre bocsát, bizonyítékként felhasználható.

Gyanúsított:

A figyelmeztetést megértettem, **vallomást teszek**.

gyanúsított

Az eljáró ügyész a Be. 117. §-ának (4) bekezdése alapján figyelmezteti a gyanúsítottat arra, ha vallomást tesz, vallomásában mást bűncselekmény elkövetésével hamisan nem vádolhat.

Gyanúsított:

A figyelmeztetést megértettem.

gyanúsított

*eljáró ügyész átadja a gyanúsított és kirendelt védője részére a Zajzon György kirendelt védügyi írásszakértő által készített, 2012. október 18. napján kelt, 6 oldal terjedelmű ísszakértői vélemény 1-1 másolati példányát, valamint a 2012. szeptember 27-i és október 4-i folytatólagos kihallgatások során eléjük tárt iratok másolatát.*

Gyanúsított és kirendelt védő:

Szakértői vélemény másolati példányát és az említett iratmásolatokat átvettük.

kirendelt védő                                                   gyanúsított

Gyanúsított vallomása:

Az eljáró ügyész erre vonatkozó kérdésére kijelentem, hogy korábbi vallomásaimat változatlanul fenntartom. Az eddig elmondottakat az alábbiak szerint kívánom kiegészíteni, pontosítani:

A korábbi kihallgatásaim egyikén beszámoltam arról, hogy engem Kanadában az ottani hatóság meghallgatott a II. világháború idején történtekkel kapcsolatban. A nyomozó ügyészségnek átadott jegyzőkönyv hibásan, feltehetően gépelési, elütési hibából adódóan azt tartalmazza, hogy engem 1941-ben helyeztek Zomborból Kassára, míg az igazság az, hogy engem 1942 őszén helyeztek Zomborból Kassára.

Indítványom a következő:

Csatolni fogom a Belügyminisztérium erre vonatkozó rendeletét arról, hogy engem 1942. március 14. napján helyeztek át Kecskemétről Zomborba. Tudomásom szerint ennek az iratnak az eredetije a Magyar Országos Levéltár K. Szekciójában található meg. Ennek megfelelően véleményem szerint az 1944 októberi, Kassáról történő áthelyezésem iratai is ott fellelhetőek, ezért kérem azok beszerzését is.

Észrevételezem, hogy a korábban már csatolt rendőr felügyelőségi beosztottak névsora, valamint a szintén korábban már csatolt Henkey János vezérkari ezredes életútjára vonatkozó iratok alapján egyértelműen megállapítható, hogy Henkey János vezérkari ezredes 1944. november 1. és 1945. március 30. napja között ellátó csoportvezető volt Budapesten és Sopronban, én pedig a csoportjánál Mosonmagyaróváron összekötő tiszt voltam. Mindezek alapján álláspontom szerint az állapítható meg, hogy 1944 novembere után nem voltam Kassán, így a gyanúsítás 2. pontjában közölt cselekményeket sem követhettem el.

Már említettem, hogy én Hódosy Páltól egy papír fecnin kaptam áthelyezési parancsot még 1944. októberében, a hivatalos utasítás pedig később érkezett, de azt egyenlőre csatolni nem tudom, amint a rendelkezésemre áll, át fogom adni az ügyészségnek. Én ezt már a kanadai hatóságoknak is elmondtam, az ő jegyzőkönyvük 2. oldalán 1 pontja tartalmazza, hogy 1944 októberében paranccsal helyeztek át Kassáról.

Csatolok egy „Magyar Királyi Csendőrség Felügyelői" kezdetű 3 oldalas iratot, amely a csendőrség, és a rendőrség szervezeti átalakítására, illetve a szervezeti felépítésre vonatkozik.



ből, és ennek mellékletéből látható, hogy 1944-től a csendőrségnek, és a rendőrségnek közös felügyelője volt, és hogy a tényleges rendőr felügyelői teendőket Hódosy Pál látta el.

Csatolom továbbá a Budapesti Közlöny 1944. december 7-i kiadásának1. és 2. oldaláról készített fénymásolatot, amely tartalmazza a m. kir. rendőrség átszervezéséről szóló 6.220/1944.M.E. számú rendeletet is. Ez egy nagyon fontos bizonyíték, amely közvetve igazolja az én áthelyezésemet is, valamint a rendőr felügyelőség névsorára vonatkozó korábban csatolt irat hitelességét is. Erre vonatkozó kérdésre, nem tudom konkrétan megmondani, hogy a rendelet milyen módon igazolja a szolgálati helyem megváltoztatását, de ezzel összefüggésben **indítványozom** Verbovszki Sándor tanúkénti kihallgatását, aki a gondozóm, Verbovszkiné Burszán Éva férje, aki sokat foglalkozott az iratokkal, és akinek a kihallgatására tekintettel nagyban elősegítheti a tényállás teljes körű tisztázását.

*Az eljáró ügyész tájékoztatja a gyanúsítottat és kirendelt védőjét, hogy amennyiben a Vorbovszki Sándor tanúkénti kihallgatására vonatkozó indítványnak helyt ad, a vonatkozó eljárásjogi szabályok értelmében a kihallgatásról a kirendelt védőt előzetesen értesíteni fogja.*

*Ön a 2012. július 18-i első gyanúsítotti kihallgatásán (5. oldal 2. bekezdés) arról számolt be, hogy „a politikai osztály feladata a politikai kérdéseket érintő ügyekben – korábban a nyilasok, majd a kommunisták ellen – való eljárás". Kérem, nyilatkozzon arra nézve, hogy az Ön által említett „kommunisták ellen való eljárás" pontosan mely személyi kört érintette, ezek milyen bűncselekmények miatti, és milyen jellegű eljárások voltak.*

Gyanúsított:

Nekem semmilyen szerepem nem volt a kommunisták elleni eljárásokban, azokat a politikai osztály előző vezetője intézte. Ezt csak feltételezem, mert nekem ilyen jellegű ügyekben a tevékenységem nem volt. Közbevetett kérdésre elmondom, hogy azt sem tudom megmondani, hogy ki, és milyen szempontok szerint minősülhetett akkor kommunistának. 1944. március 27-ét követően a korábbi politikai ügyek háttérbe szorultak és tulajdonképpen csak a zsidó ügyekkel kellet foglalkoznom a németek irányítása alatt.

Magam is gondolkodtam azon, hogy pontosan milyen feladatokat is láttam el a deportálások befejezését követően addig az időpontig, amíg engem elhelyeztek Kassáról, de csak arra emlékszem, hogy kevés munkánk volt. Úgy emlékszem, hogy nagyjából a detektívekkel dolgoztunk együtt és különböző megfigyeléseket, közbiztonsági, rendőri dolgokat végeztünk. A szó szoros értelmében vett politikai ügy akkor már nem volt.

A korábbi kihallgatásaim valamelyikén csatoltam egy beadványt, amelyben több olyan feladat fel volt sorolva, amit abban az időben végeztünk.

gyanúsított

*Az eljáró ügyész felhívja a gyanúsított figyelmét arra, hogy az általa hivatkozott beadványban mt feladatok nagyobb része jellegéből adódóan a deportálások befejezését megelőzően kellett, hogy felmerüljön, illetve legutóbbi kihallgatásán maga is úgy nyilatkozott (38. oldal közepe), hogy e feladatokat „emlékeim szerint 1944. április 28. és május 15. között eltelt időben végeztem el, de az előfordulhat, hogy egyiket, másikat azt követően".*



Gyanúsított:
Továbbra is csak azt tudom elmondani, hogy javarészt rendfenntartó feladatokat láttunk el a deportálásokat követő időszakban.
Emlékszem rá, hogy ekkor történtek azok, amikről már korábban beszámoltam, tehát, hogy a detektívek jelentették, hogy a közeli hegyről jöttek le zsidók, akiket ők elfogtak, majd Budapestre szállítottak. Ebben az időszakban történt az is, hogy a vezető minden tisztet, így engem is levélben szólított fel arra, hogy a front közeledtével családjainkat vigyük el nyugatra. Közbevetett kérdésre elmondom, hogy én ennek úgy tettem eleget, hogy családomat a Balatonhoz vittem. Ezek a dolgok is eltartottak egy jó darabig.

gyanúsított

*Kérem, nyilatkozzon arra nézve, hogy pontosan mikor és milyen körülmények között helyezték Önt el Kassáról 1944 végén.*

Gyanúsított:
Elmondom, hogy én két alkalommal is kértem az áthelyezésemet Kassáról, de ezt nem teljesítették, illetve tudomásom szerint dr. Horváth György rendőr vezérőrnagy el sem küldte ezeket a kérelmeimet. Láttam a rendőrség helyzetét, és ezt a részét nem szívesen csináltam, nem akartam ezt csinálni. Láttam, hogy mi történik a zsidókkal és ez nem tetszett. Az apósom is kérte, hogy adjanak nekem más munkát, de ez sem vezetett eredményre.

gyanúsított

Ügyész:
*Kérem, nyilatkozzon arra nézve, hogy pontosan mi volt az a szolgálati feladatai között, amit nem szívesen csinált, illetve a rendőri munka mely része volt az, ami miatt az áthelyezését kérte.*

Gyanúsított:
Én veszélyesnek láttam azt, amit a németek a zsidókkal tettek, tehát, hogy bezárták őket a gettóba. ezt én embertelennek éreztem.
Közbevetett kérdésre elmondom, hogy a gettósítással összefüggésben nekem semmiféle feladatom nem volt, az emberek önként mentek be a gettóba, mert ki volt téve egy plakát, hogy 1944. április 28. napjától kezdve oda be kell vonulniuk.
Újabb kérdésre elmondom, hogy én ezt az egész helyzetet nem szerettem, először csöppentem ilyen politikai ügyekbe, mindent utasításra csináltam.

Ez utóbbi megjegyzésemre vonatkozó kérdésemre elmondom, hogy utasítás alatt azt a vezetői utasítást értettem, hogy nekem összekötőként kellett a kapcsolatot tartanom a németekkel. Nekem abban az időben is sok zsidó ismerősöm volt, többen kerestek fel közülük, hogy mitévők legyenek, én pedig – mint ahogy azt már említettem – egyiküknek azt is tanácsoltam, hogy költözzön más városba, és ott rejtőzzön el.

Az áthelyeztetésem körülményeiről azt tudom elmondani, hogy az Útlevél Osztályon együtt dolgoztam Czucztor Istvánnéval, akinek a férje Czuczor István Hódosy Pál barátja volt. Amikor ő 1944 októberében bejelentette, hogy távozik Budapestre, megkértem őt, szóljon a férjének, mert mindenképpen szeretnék elkerülni Kassáról. Nem sokkal később egy futár egy

3/05

...nyi nagyságú papír cetlit hozott vezetőmnek dr. Horváth György rendőr ...rnagynak, amin az szerepelt, hogy engem azonnali hatállyal Budapestre helyeznek. A ...n Hódosy Pál aláírása szerepelt. A vezetőm felhívatott engem, nevetve mutatta ezt az ...ot, és közölte, hogy ő még ilyen áthelyezési parancsot nem látott, de természetesen ezt ...síteni kell. Rákérdeztem, hogy akkor mehetek-e, mire közölte, hogy igen. Így kerültem fel ...dapestre a Belügyminisztériumba.

*gyanúsított*

...áró ügyész szóban, *2012. november 8. napján 09.00 órára* folytatólagos kihallgatásra ...ézi a jelenlévő dr. Csatári László Lajos gyanúsítottat, egyúttal a kihallgatásról szintén ...ban értesíti a jelen lévő kirendelt védőt.

Gyanúsított és kirendelt védő:
Az idézést és az értesítést tudomásul vettük.

*kirendelt védő*                              *gyanúsított*

...Mást az üggyel kapcsolatban elmondani jelenleg nem kívánok, a jegyzőkönyv az általam ...elmondottakat helyesen tartalmazza, melyet elolvasás után helybenhagyólag aláírok.

...Jegyzőkönyv lezárva: 11.16 órakor.

K.m.f.

dr. Hetényi Gábor
ügyész

dr. Csatári László Lajos
gyanúsított

Vinczéné Babusa Júlia
jegyzőkönyvvezető

dr. Horváth B. Gábor
kirendelt védő

másolati példányt átvettünk
1026, Budapest

48

**Budapesti Nyomozó Ügyészség**

Nyom. 1597/2011.

**J E G Y Z Ő K Ö N Y V**

2013 -0?- 2 0

Készült a Budapesti Nyomozó Ügyészség Budapest V. kerület, Belgrád rkp. 5., VII. emelet
704. szám alatti hivatalos helyiségében 2012. év november hó 8. napján 09.16 órai kezdettel
a háborús bűntett miatt folyamatban lévő büntetőügyben **dr. Csatári László Lajos**
gyanúsított *folytatólagos* kihallgatásáról.

**Jelen vannak:**

| | |
|---|---|
| dr. Hetényi Gábor | ügyész |
| Vinczéné Babusa Júlia | jegyzőkönyvvezető |
| | |
| dr. Csatári László Lajos | gyanúsított |
| dr. Horváth B. Gábor | kirendelt védő |

Az eljáró ügyész a Be. 117. §-ának (2) bekezdése alapján ismételten szó szerint az alábbiakra
figyelmezteti a gyanúsítottat:

Nem köteles vallomást tenni, a vallomás tételét, illetőleg az egyes kérdésekre történő
válaszadást a kihallgatás folyamán bármikor megtagadhatja, de bármikor dönthet úgy, hogy
vallomást tesz, akkor is, ha korábban a vallomástételt megtagadta. Amit mond, illetőleg
rendelkezésre bocsát, bizonyítékként felhasználható.

Gyanúsított:

A figyelmeztetést megértettem, **vallomást teszek**.

gyanúsított

Az eljáró ügyész a Be. 117. §-ának (4) bekezdése alapján figyelmezteti a gyanúsítottat arra, ha
vallomást tesz, vallomásában mást bűncselekmény elkövetésével hamisan nem vádolhat.

Gyanúsított:

A figyelmeztetést megértettem.

gyanúsított



### A gyanúsított vallomása:

Az eljáró ügyész erre vonatkozó kérdésére kijelentem, hogy korábbi vallomásomat annyiban kívánom módosítani, illetve pontosítani (46. oldal 2. bekezdés), hogy a családom Balatonhoz költöztetése kb. 1 hétig tartott csak. Egyebekben a korábbi vallomásaimat változtatás nélkül fenntartom.

Az eljáró ügyésznek átadom a korábban már több alkalommal bemutatott, átadott, és hivatkozott listát a Rendőrfelügyelőség beosztottjainak névsorával, amelyen már szerepel, hogy az irat a Hadtörténelmi Levéltár tulajdona, tehát hitelesnek tekintendő.

Átadom továbbá az Irgalmasrendi Kórház által 2012. november 5. napján kiállított ambuláns kezelőlapomat, amely 2004-ig visszamenőleg tartalmazza valamennyi betegségemet és ezek kezelését. Abban a kórházban és sokszor voltam, és a jövőben is mehetek oda.

A legutóbbi kihallgatásomon kaptam kérdést arra nézve, hogy milyen feladataim voltak 1944 májusa és novembere, illetve október közepes között. Ezzel kapcsolatban összeírtam az azóta eszembe jutott feladataimat. Több alkalommal tartottam a detektívekkel együtt szemlét, például öngyilkosságok esetében. Akkoriban sok elkeseredett ember volt. Az egyik esetre konkrétan emlékszem is, mert nyomozni is kellett az ügyben, hiszen egy embert egy alacsony kilincsre felakasztva találtak meg, ezért vizsgálni kellett, hogy nem gyilkosság történt-e.

Több alkalommal kellett eljárnunk különböző verekedések miatt, például a mozinál, vagy a Bankó-hegy tetején lévő vendéglőnél. Abban az időben mutatták be a németek a Jud Süss című zsidóellenes filmet, és a vetítések után több alkalommal volt a mozinál verekedés, és az egyik alkalommal nekem is el kellett járnom az ügyben. Megjegyzem, hogy akkoriban a bárokban, a moziban, és a színházban a rendőrtiszteknek foglalt helyük volt annak érdekében, hogy erkölcsrendészeti szempontból ellenőrizni tudják ezeket a helyeket.

Kisebb feljelentések ügyében is eljártam, így például emlékszem, hogy egy grafológus keresett engem azzal, hogy őt csalással vádolják, és őt egy hétig folyamatosan kellett ezzel összefüggésben meghallgatni. Egy másik esetben pedig az egyik bárban dolgozó felszolgálók juttattak el hozzám olyan információt, hogy őket a bártulajdonos a kiszolgálás mellett akaratuk ellenére prostitúcióra kényszeríti. Ezt az ügyet sikerült rövid úton megoldani azzal, hogy egy detektív közreműködésével leírattattam ezekkel a lányokkal a történetüket, majd behívattam a bártulajdonost, és közöltem vele, hogy ezek alapján vagy börtönbe kerül, vagy megsemmisíti a lányokkal kötött szerződéseit. Ez utóbbit választott, és így a lányok elmehettek tőle.

Erre vonatkozó kérdésre elmondom, hogy a Politikai Osztály tulajdonképpen a zsidó ügy végén megszűnt. Újabb közbevetett kérdésre ezt úgy pontosítom, hogy a deportálásokat követően nekem politikai jellegű tevékenységem nem volt, sok dolgom sem maradt, és a környéken maradt, később elfogott zsidókat az őrszemélyzet az úgynevezett harmadik gettóba vitte, majd onnan őket Budapestre szállították. Én ennek a harmadik gettónak a létéről nem is tudtam, arról csak a nekem a nyomozás során átadott iratokból szereztem tudomást. Egyébként így került Budapestre az öttagú úgynevezett Zsidó Tanács is. Ez utóbbit nem az iratokból tudom, hanem már akkor tudomást szereztem róla a detektívektől.



...bb kérdésre elmondom, hogy a Politikai Osztálynak a kommunisták elleni fellépés sem volt már a dolga, hiszen – mint ahogy azt már említettem – a kommunisták elleni ügyeket még az elődöm Bíró András végezte, nekem ilyen jellegű feladatom nem volt. Annyit meg kívánok jegyezni, hogy abban az időben a kommunisták már várták az oroszokat, akik ott voltak egy ágyúlövésre.

A legutóbbi kihallgatáson nekem átadott jegyzőkönyvekkel, azaz a Csehszlovákiában ellenem folyamatban volt büntetőeljárás egyes elém tárt irataival kapcsolatban elmondom, hogy azok nem felelnek meg a valóságnak. Borzasztó dolgokat mondtak el rólam, amely szörnyűségeket én nem követtem el, azokat nem tudtam volna elkövetni. Ezt úgy pontosítom, hogy a kihallgatott tanúk „Csatári" névre hivatkoznak valójában, de azt nem mondanám, hogy rólam beszélnének. Amit ők elmesélnek azt csak egy félbolond szadista követhette volna el, normális ember nem. Én nem tudom, hogy ezek a dolgok mikor történhettek, én akkor nem voltam ott, ilyenekről nem is hallottam.

Pontosító kérdésre elmondom, hogy én amikor azt mondtam, hogy „nem voltam ott", az azt jelenti, hogy ugyan én természetesen Kassán voltam az említett időpontban, de nem voltam jelen ezeknél a bántalmazásoknál. Azt sem tudom, hogy ezeket mikor követték el. Az is felmerült bennem, illetve a jegyzőkönyvek olvasása azt a benyomást keltette bennem, hogy az Auschwitz-ből visszatért, ott súlyos traumán átesett emberek egy politikailag koncepciós eljárásban találtak ki ilyen dolgokat.

Határozottan kijelentem, hogy még abban az esetben is, ha valaki, vagy valakik ezeket a cselekményeket ténylegesen elkövették, ahhoz nekem nincs közöm, azt nem én követtem el.

A korábbi vallomásaimban már említettem, hogy 1943-ban értesültem egy Weisz Valéria nevű hölgytől arról, hogy Kassán a fiatalkorúak börtönében dolgozik egy szintén Csatári László nevű férfi. A most elmondottakat úgy pontosítom, hogy inkább csak azt írjuk, hogy „Csatári" nevű férfi, mert erre biztosan emlékszem, az azonos keresztnévben már nem vagyok teljesen biztos.

*Az eljáró ügyész tájékoztatja a tanút, hogy korábbi vallomásában (23. oldal, 3. és 4. bekezdés) konkrétan Csatári László nevű férfiról beszélt.*

Gyanúsított:
Korábbi vallomásomat e kérdésben akkor pontosítani kívánom, azt tartom fent, hogy csak a vezetéknév azonossága biztos.

Ennek igazolására átadom az Igazságügyi Közlöny 1942. január 31-i és 1944. január 31-i számának másolatát, melynek 29. és 34. oldalán a személyi hírek résznél szerepel, hogy Csatári Szüts Kálmán Kassán a kir. javítónevelő intézetben előbb családfősegéd, majd családfői beosztásban dolgozott.

Több tanúvallomás hivatkozik arra, hogy „Csatári" nyilas egyenruhát viselt. Mint azt már többször határozottan kijelentettem, én nem voltam tagja a Nyilas Pártnak, és rendőrként nem is lehettem volna. Azt is többször említettem, hogy én november elején már nem tartózkodtam Kassán, a nyilas hatalomátvétel pedig – tudomásom szerint – 1944. október 15. napján történt.



ügyészi kérdésre kijelentem, hogy még Kassán tartózkodtam, amikor le kellett tenni az esküt Szálasi Ferencre. Ez úgy történt, hogy Horváth főkapitány helyettes engem bízott meg azzal, hogy a kapitányság egyik folyosóján sorakoztassam fel a rendőröket és rendőrtiszteket, akiknek velem együtt kötelezően le kellett tenniük az esküt a Nyilas Kormányra. Erre vonatkozó kérdésre kijelentem, hogy azt nem mondták, hogy mi lesz akkor, ha ezt az esküt nem tesszük le.

Újabb kérdésre elmondom, hogy én azt megelőzően, hogy Weisz Valéria erre felhívta a figyelmemet, nem tudtam a Csatári nevű másik személy létéről, őt nem ismertem, így azt sem tudom, hogy milyen idős volt akkor, vagy, hogy milyen ember lehetett. Egyébként nekem ez az egész a mostani eljárás során jutott eszembe, amikor olvastam a nekem átadott különböző jegyzőkönyveket. Már említettem, hogy felmerült bennem, hogy esetleg egy alteregó követhette el mindezt, vagy valakivel engem összekevertek. Ekkor jutott eszembe Weisz Valériának a közlése a Csatári nevű másik személyről, amit ezek a közlönyben lévő információk is alátámasztottak.

Erre vonatkozó konkrét kérdésre kijelentem, hogy a rendőrségen egyedül én voltam, akinek a vezetékneve Csatári volt, más hasonló ember nem dolgozott a rendőrségen abban az időben.

Nem tudok válaszolni arra kérdésre, hogy hogyan kerülhetne egy nevelőintézeti elöljáró a téglagyári táborba, vagy a zsidó gettó területére, ez számomra is rejtély. Lehet, hogy volt neki valamiféle külön igazolványa, de hát ez csak feltételezés.

Erre vonatkozó kérdésre azt tudom mondani, hogy nem tartom elképzelhetőnek én sem, hogy dr. Horváth György rendőr vezérőrnagy, a vezetőm engem összetévesztett volna ezzel a Csatári Szűts Kálmánnal.

Erre vonatkozó kérdésre elmondom, hogy én az iratokban valamelyik tanú vallomásában láttam, hogy ők úgy hivatkoznak erre a „Csatárira", hogy ez az ember körülbelül 35 éves volt akkor. Mivel én ekkor jóval fiatalabb voltam ennél, 29 éves voltam ekkor, feltételezem, hogy az az ember, akivel engem összekevernek hat évvel lehetett nálam idősebb.

*Az eljáró ügyész tájékoztatja a gyanúsítottat és kirendelt védőjét, hogy a nyomozó ügyészség a jövő hét folyamán indítványozni fogja az eljáró Budai Központi Kerületi Bíróságnál a házi őrizet meghosszabbítását. Az erről szóló indítványt a gyanúsítottnak postai úton, illetve a kirendelt védőnek telefax útján is el fogja juttatni.*

Jegyzőkönyv ügyvédi konzultáció idejére felfüggesztve: 10.17 órakor

Jegyzőkönyv megnyitva: 10.20 órakor

Kirendelt védő indítványa:
Indítványozom dr. Csatári László Lajos házi őrizetében megszüntetését, tekintettel arra, hogy védencem vonatkozásában a szökés, illetve elrejtőzés veszélye határozott álláspontom szerint nem áll fenn, életvitelszerűen itt él és ápolása, gyógykezelése is ide köti. A házi őrizet szabályait mindeddig maradéktalanul megtartotta, teljes mértékben az eljáró nyomozó ügyészség rendelkezésére állt. A Kúria álláspontja és iránymutatása szerint a szökés,

rejtőzés veszélyének fennállásához konkrét adatokra és tényekre van szükség, ezek pedig az esetében hiányoznak.

kirendelt védő

Gyanúsított:

Csatlakozom a kirendelt védőm által elmondottakhoz. Az egészségi állapotomra már a legutóbbi kihallgatáson is hivatkoztam, ennek alátámasztására csatoltam jelen alkalommal az ambuláns kezelőlapomat. Ezen túlmenően megismétlem, hogy én véget akarok ennek az eljárásnak minél hamarabb vetni, és ennek érdekében teljes mértékben együttműködöm a nyomozó ügyészséggel. Nem érzem magam bűnösnek, és ennek alátámasztására már idáig is számos iratot csatoltam. Amúgy sem szándékozom „csavarogni" a városban, mert az ügy kapcsán ismerté váltam, és tartok attól, hogy egyes emberekben ez különböző reakciókat válthat ki. Konkrétan emlékszem, hogy Kanadában zajlott az úgynevezett Finta ügy és annak ellenére, hogy őt felmentették, később – úgy hallottam – atrocitások érték az utcán, ismeretlenek tojással dobálták meg. Én ezt mindenképpen el kívánom kerülni.

gyanúsított

Mást az üggyel kapcsolatban elmondani jelenleg nem kívánok, a jegyzőkönyv az általam elmondottakat helyesen tartalmazza, melyet elolvasás után helybenhagyólag aláírok.

Jegyzőkönyv lezárva: 10.30 órakor.

K.m.f.

dr. Hetényi Gábor
ügyész

dr. Csatári László Lajos
gyanúsított

Vinczéné Babusa Júlia
jegyzőkönyvvezető

dr. Horváth B. Gábor
kirendelt védő

**Budapesti Nyomozó Ügyészség**

2013 -??- 2 0

Nyom. 1597/2011.

J E G Y Z Ő K Ö N Y V

4 0 8 3 8 / 2 0 1 3

Készült a Budapesti Nyomozó Ügyészség Budapest V. kerület, Belgrád rkp. 5., VII. emelet 704. szám alatti hivatalos helyiségében 2013. év január hó 31. napján 09.14 órai kezdettel a háborús bűntett miatt folyamatban lévő büntetőügyben **dr. Csatári László Lajos** gyanúsított *folytatólagos* kihallgatásáról.

**Jelen vannak:**

dr. Hetényi Gábor        ügyész
Vinczéné Babusa Júlia      jegyzőkönyvvezető

dr. Csatári László Lajos     gyanúsított
dr. Horváth B. Gábor       kirendelt védő

Az eljáró ügyész a Be. 117. §-ának (2) bekezdése alapján ismételten szó szerint az alábbiakra figyelmezteti a gyanúsítottat:

Nem köteles vallomást tenni, a vallomás tételét, illetőleg az egyes kérdésekre történő válaszadást a kihallgatás folyamán bármikor megtagadhatja, de bármikor dönthet úgy, hogy vallomást tesz, akkor is, ha korábban a vallomástételt megtagadta. Amit mond, illetőleg rendelkezésre bocsát, bizonyítékként felhasználható.

Gyanúsított:

A figyelmeztetést megértettem, **vallomást teszek**.

gyanúsított

Az eljáró ügyész a Be. 117. §-ának (4) bekezdése alapján figyelmezteti a gyanúsítottat arra, ha vallomást tesz, vallomásában mást bűncselekmény elkövetésével hamisan nem vádolhat.

Gyanúsított:

A figyelmeztetést megértettem.

gyanúsított



gyanúsított vallomása:

Az eljáró ügyész erre vonatkozó kérdésére kijelentem, hogy korábbi vallomásaimat változatlanul fenntartom. Erre vonatkozó kérdésre kijelentem, hogy a 2012. október 26. napján foganatosított kihallgatásom alkalmával részemre rendelkezésre bocsátott írásszakértői véleménnyel és az akkor átvett iratmásolatokkal összefüggésben egyenlőre észrevételem nincs, azok részletes áttanulmányozását követően esetlegesen egy későbbi időpontban megteszem az észrevételeimet.

Az eddig elmondottakat az alábbiak szerint kívánom kiegészíteni:

Készítettem egy tájékoztató ábrát arról, hogy 1944-ben Kassán, illetve az ország más területein milyen kaotikus állapotok uralkodtak. Az ábrán látható, azon pirossal jelöltem Kassát, illetve azt, hogy Magyarország akkor a német megszállással, és a nyilasok hatalomra kerülésével küzdött, északról „ott volt Benes", „délen Titó", keletről pedig az orosz front közeledett. Ezek alapján jól látható, hogy a rendőrség helyzete, állapota meglehetősen nehéz volt.

Karácsony alatt felvettem a kapcsolatot a Kanadában született fiammal, és segítséget kértem tőle a kanadai hatóságok birtokában lévő iratok beszerzésében. Tájékoztatásul elmondom, hogy a kanadai törvények szerint a Kanadában született kanadai állampolgárok segítségét, illetve előnyt élveznek az ügyek intézésében, ha hozzátartozójuknak bármilyen peres ügye, vagy büntetőeljárása van. A fiam fel is vette a kapcsolatot Terry M. Beitner-rel az Igazságügy Minisztérium Emberiség Elleni és Háborús Bűncselekmények Főosztályának vezetőjével, akinek nevét és elérhetőségét szintén csatolni kívánom. Beitner úr szinte folyamatos e-mail-es kapcsolatba áll azóta a fiammal, december 17-től kezdődően a mai napig összesen 25 oldalnyi levelezésük gyűlt össze, amit majd a későbbiekben csatolni is kívánok. Őtőle az 1944. októberi Kassáról történő áthelyezésemről szóló okiratok megküldését kértük.

Legutóbb a tegnapelőtti napon jelentkezett e-mail-ben, aminek rövid tartalma az volt, hogy arra tekintettel, hogy a kanadai hatóságok velem kapcsolatban háborús bűncselekmény elkövetését nem állapították meg, irataimat egy másik hatóságokhoz küldték tovább. Beitner úr tájékoztatása szerint azok onnan beszerezhetők lesznek.

Lányom pedig az amerikai hatóságokkal vette fel a kapcsolatot, szintén az 1944. októberi áthelyezési okiratom beszerzése érdekében. Korábbi vallomásaimban már említést tettem róla, hogy az amerikai hatóságoknál engem 12 ember felakasztásával vádoltak meg hamisan, és én ezen áthelyezési okirat 1946. november 2-i bemutatásával tisztáztam magam az illetékes amerikai hatóságok előtt. Mint ahogy már beszámoltam, az amerikai központból az az üzenet érkezett, hogy semmit sem követtem el, bárhová mehetek, még akár az Egyesült Államokba is.

Én is felvettem a kapcsolatot Beitner úrral, akitől én is személyesen kértem az áthelyezésről szóló dokumentum megküldését. Az erről szóló magyar és angol nyelvű leveleket bemutatom, azokat másolatban az ügyészség rendelkezésére bocsátom.

Korábbi vallomásaim egyikében említést tettem arról, hogy én a hazatérésemet megelőzően felkerestem Ottawában a Magyar Nagykövetséget és most találtam meg a feljegyzéseim



között, hogy akkor dr. Gedai Károly követ úrral beszéltem. Az események idején velem volt Deák Ferenc is, aki a Montreáli magyar templom plébánosa volt. A címét külön íven már korábban is megadtam, és jelenleg is az ügyészség rendelkezésére bocsátom. A követ úr arról tájékoztatott, hogy nyugodtam mehetek haza, bántódásom nem lesz. Közbevetett kérdésre elmondom, hogy ez 1996 tavaszán történt.

A saját nyomozásunk során megtaláltuk, hogy egy másik Csatári nevű ember is élt akkor Kassán, aki Endre Lászlóval a zsidó ügyek államtitkárával szoros összeköttetésben volt. Ő lehetett az a Csatári, akiről Balassa Zoltán történész, illetve Pohl polgármester úgy nyilatkozott, hogy olyan hatalommal rendelkezett, hogy még dr. Horváth is az ő utasításait teljesítette. Én magam sem Endre Lászlót, sem Pohl polgármestert nem ismertem, velük sohasem találkoztam.

Kérdésre elmondom, hogy azt, hogy ez a másik Csatári jó kapcsolatban állt Endre Lászlóval, az általam korábban kihallgatni indítványozott Verbovszki Sándor elmondásából tudom. Az ezzel kapcsolatos iratok is nála vannak. Elmondása szerint a másik Csatári nevű ember lánya meghalt, és Endre László azonnal a részvétét nyilvánította.

Szintén tőle tudom azt is, hogy ennek a másik Csatárinak olyan tényleges hatalma volt, amely dr. Horváth főkapitány helyettes hatalmánál is nagyobb volt. Én nekem fogalmam sincs, hogy ez hogyan és milyen módon történhetett, én erről a másik Csatáriról akkor semmit sem tudtam, négy nappal ezelőtt szereztem erről tudomást.

Kérdésre elmondom, hogy ez nem az a Csatári Szüts Kálmán nevű személy, aki korábban a Kassai Fiúnevelő Intézetben dolgozott, hanem egy másik, szintén Csatári vezetéknevű férfi, akinek a keresztnevét biztosan nem tudom, talán János volt. Az ezzel kapcsolatos iratok is Verbovszki Sándornál voltak.

Kirendelt védő indítványa:

A fentiekkel összefüggésben az említett iratok beszerzése érdekében indítványozom Verbovszki Sándor folytatólagos kihallgatását.

*Kérem, nyilatkozzon arra nézve, hogy – emlékei szerint – Ön mikor csatlakozott az ún. Henkey-csoporthoz, illetőleg a Kassáról történő áthelyezését követően körülbelül mennyi ideig dolgozott Budapesten.*

Gyanúsított:

Elmondom – mint ahogy arról már említést tettem – hogy egy tenyérnyi nagyságú papíron kapott a vezetőm dr. Horváth utasítást az én áthelyezésemről. Mutatta is nekem, és említette, hogy ő még ilyen áthelyezési parancsot nem látott. Kérdeztem, hogy akkor ennek alapján én mehetek-e, mire közölte, hogy igen, ráadásul azonnali hatállyal. Ez 1944. október v ágén volt. Annak ellenére, hogy nekem írásom az áthelyezésről nem volt, Budapesten a minisztériumban Ládai államtitkár irodája melletti irodában jelentkeztem egy főtanácsosnál. Az illető arról tájékoztatott, hogy a feladatom az lesz, hogy különböző beszerzéseket hajtsak végre a Belügyminisztérium számára. Ehhez tudni kell ugyanis, hogy a nyilasok akkor kinyitottak sok, korábban zsidók által működtetett üzletet, főleg élelmiszerüzleteket. A beszerzések során

56



...mi feladatunk az volt, hogy a rendőrökkel ezeket az üzleteket végig járjuk és ott árut és élelmiszert vásároljunk. Közbevetett kérdésre elmondom, hogy mi a vásárolt áruk ellenértékét az üzletek vezetőinek ki is fizettük, és egyébként civilek is vásárolhattak ott, emlékszem volt olyan üzlet, ahol legalább kétszázan álltak mögöttünk a sorban.

A Budapesten történtekkel kapcsolatban arra emlékszem, hogy egy barátomnál laktam. Október közepén, talán 15-e lehetett, amikor az esti órákban, a budai oldalon a Lánchíd és az Erzsébet-híd között sétálni indultunk. Ekkor a másik oldalról lövés hangokat hallottunk, de én nem tudtam, hogy ez micsoda. A barátom megjegyezte, hogy jó, hogy ebből ő kimaradt. Én akkor ezt nem nagyon értettem, és csak később tudtam meg, hogy talán akkor volt a Nyilas Párt „születésnapja", azaz akkor indult meg a Nyilas Párt megint. Ennek kapcsán voltak ezek a lövöldözések a pesti oldalon.

A kérdésre válaszolva elmondom, hogy nem tudom pontosan, legfeljebb két hónapig dolgozhattam Budapesten. Megjegyzem, hogy ezekről a feladataimról írásos parancs, vagy utasítás nem készült, mindig szóban kaptam a feladataimat.

Arra még emlékszem, hogy Karácsony előtt kértem szabadságot, és ekkor találkoztam a családommal Kőszegen, akiket akkor már a németek a Balatontól odavittek. Ha jól emlékszem, december 29-én vagoníroztam meg őket Németország felé, majd jelentkeztem a Mosonmagyaróváron tartózkodó rendőri vezetőknél, köztük Hódossy Pálnál. Itt kaptam feladatul, hogy csatlakozzam a Henkey-csoporthoz arra való hivatkozással, hogy én már korábban is végeztem ilyen jellegű feladatokat. Ettől kezdve egészen 1945. május 10. napjáig végig Henkey ezredes úr csoportjában voltam. Miután az oroszok elfoglalták az országot, a korábban átmenekített családtagok után a férfiak is Németországba kerültek.

Korábbi vallomásomban említettem, hogy az általam akkor megnevezett személyek bejelentkezésének dátumából megállapítható lenne, hogy mikor érkeztem végül Simbach Am Inn-be. A pontos napot nem tudom megmondani, de a Haraszti Vilma nevű nő bejelentkezése irányadó lenne.

*(aláírás)*
gyanúsított

*Kérem, nyilatkozzon arra nézve, hogy a Kassán töltött szolgálati ideje alatt találkozott-e egy Darabos László nevű személlyel, illetőleg ismerte-e őt.*

Gyanúsított:

Darabos László nevű személyt nem ismerek. Miután az eljáró ügyész közölte velem, hogy Darabos László a Nyilas Párt tagjaként Kassán működött, elmondom, hogy nekem semmiféle kapcsolatom sem rendőrként, sem magánemberként nem volt a nyilasokkal, illetve már említettem, hogy rendőri feladatom volt felkeresni Gyarmati Gábor főispánt, és felszólítani arra, hogy a kivételezettnek minősülő zsidókat a deportálásokból hagyják ki.

Csak említésképpen mondom, hogy olyan is történt egy alkalommal, hogy a detektívek arról tájékoztattak, hogy a nyilasok olyan zsidókat is bántani akarnak, akik kivételezettséggel

*(aláírás)*

rendelkeznek. Egyébként tudomásom volt arról, hogy egy-két kivételezett zsidót így is „betettek" a tudomásom nélkül. Rögtön szóltam a detektíveknek, hogy készüljenek, mert ezt nem hagyhatjuk, de szerencsémre ott volt egy magas rangú és magas testfelépítésű német tiszt, akit tájékoztattam az esetről, és aki erre csak intette, hogy azok hazamehetnek. Már említettem többször, hogy egyébként én a vagonírozásokban nem vettem részt, csak az utolsó alkalommal kellett a vezetőm utasítására azt végignéznem.

gyanúsított

*Az eljáró ügyész a kirendelt védővel való előzetes konzultációt követően dr. Csatári László Lajos folytatólagos gyanúsítotti kihallgatására rövid úton, szóban idézi a jelenlevő gyanúsítottat 2013. február 11. napján 13.00 órára, illetve ugyanerről értesíti a jelenlévő kirendelt védőt.*

Kirendelt védő és gyanúsított:

Az idézést és értesítést megértettük, és tudomásul vettük.

kirendelt védő          gyanúsított

*Az eljáró ügyész egyúttal tájékoztatja a kirendelt védőt, hogy a Verbovszki Sándor kihallgatására vonatkozó indítványának helyt ad, és értesíti arról, hogy a kihallgatásra, amelyen jelen lehet, és a tanúhoz kérdéseket intézhet 2013. február 14. napján 09.00 órai kezdettel kerül sor.*

Kirendelt védő:

Az értesítést tudomásul vettem.

kirendelt védő

Kirendelt védő:

Előzetesen jelzem, hogy feltehetően a jövő hét folyamán orvosi igazolásokkal alátámasztott indítványt fogunk előterjeszteni a kényszerintézkedéssel összefüggésben.

Mást az üggyel kapcsolatban elmondani jelenleg nem kívánok, a jegyzőkönyv az általam elmondottakat helyesen tartalmazza, melyet elolvasás után helybenhagyólag aláírok.

Jegyzőkönyv lezárva: 10.41 órakor.

K.m.f.

dr. Hetényi Gábor
ügyész

dr. Csatári László Lajos
gyanúsított

Vinczéné Babusa Júlia
jegyzőkönyvvezető

dr. Horváth B. Gábor
kirendelt védő

Budapesti Nyomozó Ügyészség

Nyom. 1597/2011.

**JEGYZŐKÖNYV**

Készült a Budapesti Nyomozó Ügyészség Budapest V. kerület, Belgrád rkp. 5., VII. emelet 704. szám alatti hivatalos helyiségében 2013. év február hó 11. napján 13.09 órai kezdettel a háborús bűntett miatt folyamatban lévő büntetőügyben **dr. Csatári László Lajos** gyanúsított *folytatólagos* kihallgatásáról.

Jelen vannak:

| | |
|---|---|
| dr. Hetényi Gábor | ügyész |
| Vinczéné Babusa Júlia | jegyzőkönyvvezető |
| | |
| dr. Csatári László Lajos | gyanúsított |
| dr. Horváth B. Gábor | kirendelt védő |

Gyanúsított:

Kijelentem, hogy a legutóbbi kihallgatásom óta személyi adataimban, körülményeimben változás nem történt.

gyanúsított

Az eljáró ügyész a Be. 117. §-ának (2) bekezdése alapján ismételten szó szerint az alábbiakra figyelmeztette a gyanúsítottat:

Nem köteles vallomást tenni, a vallomás tételét, illetőleg az egyes kérdésekre történő válaszadást a kihallgatás folyamán bármikor megtagadhatja, de bármikor dönthet úgy, hogy vallomást tesz, akkor is, ha korábban a vallomástételt megtagadta. Amit mond, illetőleg rendelkezésre bocsát, bizonyítékként felhasználható.

Gyanúsított:

A figyelmeztetést megértettem, **vallomást teszek**.

gyanúsított

Az eljáró ügyész a Be. 117. §-ának (4) bekezdése alapján figyelmezteti a gyanúsítottat arra, ha vallomást tesz, vallomásában mást bűncselekmény elkövetésével hamisan nem vádolhat.

Gyanúsított:

A figyelmeztetést megértettem.

Gyanúsított



A gyanúsított vallomása:

Kérdésre elmondom, hogy korábban tett vallomásaimban foglaltakat fenntartom, a január 31. napján tett vallomásom 56. oldalán elmondottakat az alábbiak szerint kívánom pontosítani:

A 4. bekezdés 5. sorába a „csatlakozzam" szó elé kérem, az „újra" szót felvenni. A mondat ennek megfelelően így hangzik a továbbiakban: „Itt kaptam feladatul, hogy újra csatlakozzam a Henkey-csoporthoz arra való hivatkozással „hogy én már korábban is végeztem ilyen jellegű feladatokat."

A pontosítást az indokolja, hogy én azalatt az idő alatt, míg Budapesten dolgoztam és különböző élelmiszer beszerzéseket felügyeltem, akkor is a Henkey-csoport munkáját végeztem, de ezt kezdetben magam sem tudtam. Amikor november 1-én elhelyeztek Kassáról és Budapesten kellett jelentkezzek, azt a feladatot kaptam, – mint ahogy azt már említettem – hogy rendőrökkel együtt a különböző beszerzéseket intézzem. A feladat kiosztásánál nekem senki nem említette még a Henkey nevet, lehet, hogy arra voltak kíváncsiak, hogy egyáltalán tudom-e ezt a munkát végezni, vagy az is lehet, hogy a Henkey-csoport tevékenysége titokban zajlott, és ezért nem említették azt. Most az jutott eszembe, hogy a Henkey akkor még Mosonmagyaróváron, vagy Sopronban lehetett.

Ez a feladat tehát december 21. vagy 22. napjáig tartott, amikor engedélyt kértem arra, hogy a családomat vonatra tegyem és őket Németország felé útnak indítsam. A vonatok Kőszegről indultak, és ahogy ezzel végeztem azonnal vissza akartam térni Budapestre. Emiatt tanácsot kértem a kőszegi rendőrkapitányságon, ahol elmondták, hogy Budapestre már lehetetlen visszatérni, mert körbe van zárva, és Mosonmagyaróvárra küldtek, mert elmondásuk szerint ott voltak a rendőri vezetők.

A legutóbbi kihallgatásomon kaptam kérdést a „Darabos" nevű személyről. Kihallgatásom után ennek én utána kerestem. 1983-ban jelent meg egy Kassáról szóló könyv, amelynek szerkesztője Alexander Jirousek. Ebben a könyvben többek között szerepel Kassa város története szlovák, angol, orosz és német nyelven. A német és angol nyelvű változatot lefordítottam, és azt az eljáró ügyésznek átadom. Az eljáró ügyész kérésére a szöveg angol nyelvű változatát másolatban rendelkezésre bocsátom.

Másolatban kívánom csatolni azt az írásomat is, amely három oldalon keresztül foglalkozik a Kassán történtekkel, illetve röviden az azt követő életemmel.

*Az eljáró ügyész tájékoztatja a gyanúsítottat, hogy ezt a beadványt a 2012. július 18. napján foganatosított első kihallgatása során – akkor még aláírás nélkül – már csatolta.*

Gyanúsított:

A beadványt ezzel együtt csatolni kívánom, ez a korábbi beadvány aláírt változata.

A legutóbbi kihallgatásomon elmondottakat még annyiban kívánom kiegészíteni (55. oldal teteje), hogy a dr. Gedai Károly követ úrral folytatott megbeszélést követően felkerestem Montreálban dr. Szepes István és Konyáti Gyöngyi konzulokat is, akik közreműködtek az



útlevelem megszerzésében. Közreműködésüknek köszönhetően a magyar útlevelemet két hét alatt meg is kaptam.

*Ügyész:*

*A legutóbbi kihallgatása során említést tett róla, hogy Kanadából és az Egyesült Államokból okiratok rendelkezésre bocsátását várja. Kérem, nyilatkozzon arra nézve, hogy ezek az eltelt időben megérkeztek-e!*

Gyanúsított:

Magammal hoztam mindazon e-mail-váltások kinyomtatott anyagát, amelyről a legutóbbi kihallgatásom során említést tettem. A levelek fiam, Csatári László és Verbovszki Sándor közötti levélváltást, illetve a kanadai hatóságok, és a fiam közötti levélváltást tartalmazzák. Hozzájárulok ahhoz, hogy ezek tartalmát a nyomozó ügyészség megismerje, és azokat másolatban a nyomozás irataihoz csatolja.

*Ügyész:*

*A legutóbbi kihallgatása során említést tett egy harmadik Csatári vezetéknevű férfiról is, aki 1944. évben szintén Kassán dolgozott. Kérem, nyilatkozzon arra nézve, hogy akár a rendőri tevékenysége kapcsán hivatalból, akár a Kassán magánemberként eltöltött ideje alatt tudomást szerzett-e arról, hogy a városban élnek, illetve dolgoznak ugyanolyan vezetéknevű személyek is! Emlékei szerint dolgozott-e más, Csatári vezetéknevű személy a Kassai Rendőrkapitányság állományában?*

Gyanúsított:

Elmondom, hogy én a többi, Csatári vezetéknevű személyről akkor még nem tudtam, illetve csak arról tudtam, amit Weisz Valéria közölt, tehát hogy egy Csatári nevű ember dolgozik a nevelőintézetben. Vele semmiféle kapcsolatom nem volt, vele nem is találkoztam. A harmadik Csatári nevű férfiról, mint „Csatári ezredesről" Kanadában hallottam először, amikor a társaságban volt katonatisztek kérdezték tőlem, hogy „Csatári ezredes" rokona vagyok-e, vagy ismerem-e őt. Megjegyzem, hogy volt egyfajta szembenállás a katona- és rendőrtisztek között, mert a katonatisztek felsőbbrendűnek érezték magukat, másrészt ez valamiféle féltékenység is volt, hiszen a rendőrtisztek között gyakran előfordultak diplomások is. Ilyen konfliktus nem volt például a csendőrökkel, akikkel több alkalommal dolgoztunk együtt. Több alkalommal kaptam például csendőr-altisztektől, a kis falvakból olyan jelentéseket, ahol a társaimmal csodáltuk a jogi tudásukat.

Abban biztos vagyok, hogy Csatári vezetéknevű férfi nem dolgozott a kassai rendőrség állományában.

Csatolni kívánom a M. Kir. „Zrínyi Miklós" Reáliskolai Nevelőintézet Parancsnoka fejléccel ellátott, a rajta lévő keltezés szerint Pécsett, 1939. július 10. napján kelt, kézzel írt, három oldalas levél másolatát, melyet Verbovszki Sándor talált meg valamelyik levéltárban, és amelyről kihallgatásán minden bizonnyal be fog számolni. Tisztelettel felhívom az ügyészség figyelmét arra, hogy a levél végén lévő névaláírás ránézésre mennyire hasonlít az én aláírásomra. Erre vonatkozó konkrét kérdésre határozottan kijelentem, hogy a levelet nem én



írtam, és 1937-ben nem tartózkodtam Pécsen, az év szeptember 23-án végeztem Debrecenben az egyetemen.

Szintén másolatban kívánom csatolni Csatári Mária 1944. május 23-i gyászjelentését, amely Esztergomban kelt, és amely szerint Csatári Mária szülei, Csatári János és Varga Jolán voltak.

Csatolni kívánom azt a részvétnyilvánító levelet is, amelyről legutóbbi kihallgatásomon beszéltem, amelyben Endre László államtitkár nyilvánítja részvétét Csatári Jánosnak, a címzés pedig Esztergomba szól, a levél dátuma 1944. május 25 napja.

Ügyész:

*Kérem, nyilatkozzon arra nézve, hogy Ön szerint dr. Horváth György rendőr vezérőrnagy az ellene folyamatban volt büntetőeljárás során miért nem tett említést más, Csatári vezetéknevű személyekről!*

Gyanúsított:

Én nem tudok erre válaszolni, nem voltam ott.

Elképzelhető, hogy az a Csatári János, akiről most mutattam iratokat nem az a Csatári János, aki Kassán működött, és abban sem vagyok biztos, hogy a kézzel írt levelet „vitéz Csatáriként" aláíró személy azonos lenne a gyászjelentésen feltüntetett Csatári Jánossal. Kérem, hogy mindezekről elsősorban Verbovszki Sándort kérdezzék.

Kirendelt védő:

A legutóbbi kihallgatáson jelzett, orvosi iratokkal alátámasztott indítványt jelenleg nem kívánom jegyzőkönyvbe mondani, azt külön fogom írásban benyújtani, legkésőbb 2013. február 14-én Verbovszki Sándor kihallgatásával egyidejüleg. Kérem, hogy az indítványomat a nyomozási bíróhoz döntését megelőzően eljuttatni szíveskedjenek.

                                                                          kirendelt védő

Mást az üggyel kapcsolatban elmondani jelenleg nem kívánok, a jegyzőkönyv az általam elmondottakat helyesen tartalmazza, melyet elolvasás után helybenhagyólag aláírok.

Jegyzőkönyv lezárva: 14.30 órakor.

                                        K.m.f.

dr. Hetényi Gábor
ügyész

                                                    dr. Csatári László Lajos
                                                    gyanúsított

Vinczéné Babusa Júlia
jegyzőkönyvvezető

                                                    dr. Horváth B. Gábor
                                                    kirendelt védő

63

2013 -0: 2 0   (3357)

Budapesti Nyomozó Ügyészség

Nyom. 1597/2011.

**J E G Y Z Ő K Ö N Y V**    40038 / 2013

Készült a Budapesti Nyomozó Ügyészség Budapest V. kerület, Belgrád rkp. 5., VII. emelet 704. szám alatti hivatalos helyiségében 2013. év április hó 26. napján 09.25 órai kezdettel a háborús bűntett miatt folyamatban lévő büntetőügyben **dr. Csatári László Lajos** gyanúsított *folytatólagos* kihallgatásáról.

**Jelen vannak:**

dr. Hetényi Gábor          ügyész, jegyzőkönyvvezető

dr. Csatári László Lajos    gyanúsított
dr. Horváth B. Gábor        kirendelt védő

Gyanúsított:

Erre vonatkozó kérdésre kijelentem, hogy a legutóbbi, 2013. február 11-i kihallgatásom óta személyes adataimban és körülményeimben változás nem történt.

                                                                gyanúsított

Az eljáró ügyész a Be. 117. §-ának (2) bekezdése alapján ismételten szó szerint az alábbiakra figyelmezteti a gyanúsítottat:

Nem köteles vallomást tenni, a vallomás tételét, illetőleg az egyes kérdésekre történő válaszadást a kihallgatás folyamán bármikor megtagadhatja, de bármikor dönthet úgy, hogy vallomást tesz, akkor is, ha korábban a vallomástételt megtagadta. Amit mond, illetőleg rendelkezésre bocsát, bizonyítékként felhasználható.

Gyanúsított:

A figyelmeztetést megértettem, **vallomást teszek.**

                                                                gyanúsított

Az eljáró ügyész a Be. 117. §-ának (4) bekezdése alapján figyelmezteti a gyanúsítottat arra, ha vallomást tesz, vallomásában mást bűncselekmény elkövetésével hamisan nem vádolhat.

Gyanúsított:

A figyelmeztetést megértettem.

                                                                gyanúsított

*...jró ügyész átadja a gyanúsítottnak és kirendelt védőjének a Nyom. 1597/2011/35. számú ...ozattal kirendelt Zajzon György igazságügyi kéz- és gépírás szakértő 2013. április 22. ...ján kelt kiegészítő írásszakértői véleményének 1-1 példányát.*

...anúsított és kirendelt védő:

...szakértői vélemény 1-1 példányát átvettük, ezzel összefüggésben jelenleg észrevételünk ...incs.

kirendelt védő                                          gyanúsított

A gyanúsított vallomása:

Az eljáró ügyész erre vonatkozó kérdésére kijelentem, hogy korábbi vallomásaimat – a most írásban beadandó pontosításokkal együtt – változatlanul fenntartom.

Az alábbi iratokat kívánom a mai napon csatolni:

1. a 2013. április 24. napján kelt, és Verbovszki Sándorral együtt közösen előterjesztett beadványom 2 példánya (példányonként 21 oldal),
2. a Kassai Kerületi Bíróságnak korábban megküldött panaszom átvételét igazoló nemzetközi tértivevény színes másolata (1 oldal),
3. a korábbi vallomásaim pontosítását tartalmazó beadványom 2 példánya (példányonként 4 oldal) és annak melléklete: Cseres Tibor: „Vérbosszú Bácskában" című könyvének vonatkozó 5-5 oldala)

*Kérem, nyilatkozzon arra nézve, hogy – akkori tudomása szerint – milyen céllal hozták létre 1944-ben Kassán a gettót.*

Gyanúsított:

Én azt nem tudom, azt nem én intéztem. Tudomásom szerint a gettót a polgármester, a kapitányságvezető és a németek hozták létre, nekem semmi közöm ahhoz nem volt. Ha jól emlékszem Endre László is ott volt, amikor a gettót létrehozták. Annak pontos helyét sem tudom már megmondani. Erre vonatkozó kérdésre elmondom, hogy nekem később az egyik német azt mondta, hogy munkára viszik a zsidókat, én akkor azt tudtam. Megjegyzem, hogy csodálkoztam, illetve megrendültem, amikor megtudtam, hogy a gettó létrejött. Én akkor még a gépjármű osztályt vezettem a rendőrségen. A zsidóknak abban az időben elrendelték a sárga csillag viselését. Fogalmunk sem volt arról, hogy a németek mit terveznek a zsidókkal. Olyanra emlékszem, hogy amikor bejöttek a németek, kb. száz zsidót elvittek és bezárták őket a központjukul szolgáló épület alagsorába. Arról hallottunk, hogy nekik napokon belül össze kellett gyűjteniük valamennyi pénzt, amit ha megtettek, elengedik őket. Tudomásom szerint erre sor került, és a németek kivétel nélkül elengedték ezeket a zsidókat. Mi nem is gondoltunk ennél többre, mármint hogy esetleg más céljaik is vannak velük.

gyanúsított

*Kérem, nyilatkozzon arra nézve, hogy – szintén az akkori tudomása szerint – milyen volt a téglagyári gyűjtőtábor felállításának oka.*

336

gyanúsított:

Azt sem tudom pontosan, de azt igen, hogy kifejezetten a németek ragaszkodtak ahhoz a területhez  Csak utólag gondolkodom azon, hogy erre azért került sor, mert a vagonokat be akartak tolni egészen a téglagyárba. Említettem korábban, hogy az utolsó vagon indításakor valamennyi tisztnek jelen kellett lennie, és akkor láttam, hogy a vagont egészen a téglagyár kapujáig betolták. Emlékeim szerint ezt én már lerajzoltam és csatoltam az ügyészségnek. A téglagyáron kívül még három utcát követeltek a németek, az egyik – emlékeim szerint – a Zrínyi utca volt. Ismétlem, hogy én nem rendelkeztem információval arra nézve, hogy a téglagyári tábor létrehozásának mi volt az oka.

A németek 1944. március 17-én jöttek be, de – mint ahogy már említettem – az első 10 napban nem kerestek fel minket. Emiatt dr. Horváth György és a rendőrség több tagja is megijedt, dr. Horváth rendszeresen kérdezgetett engem, hogy mit tudok, vagy hogy hallotta-e valamit. Igazság szerint elvártuk volna, hogy ha bejön egy megszálló csapat, akkor elmegy a rendőrséghez. Erre vonatkozó kérdésre elmondom, hogy talán dr. Horváth azt gondolhatta, hogy amiért én tudok németül, esetleg tudhatom, hogy mi történik, de a németek 10 napon át nem mutatkoztak.

gyanúsított

*Kérem, nyilatkozzon arra nézve, hogy – tudomása szerint – ki vagy kik rendelték el a zsidók gettóba, illetőleg téglagyári táborba költöztetését.*

Gyanúsított:

Tudomásom szerint a németek, a polgármester és a kapitányság vezetője. Talán a csendőrség részéről is döntöttek, és ezzel kapcsolatban Vasváry ezredes neve jutott az eszembe. Ez azért fontos, mert a csendőrség kívülről őrizte a téglagyárat. Emlékeim szerint a bevonulásra 1944. április 28-án adtak utasítást. Tudomásomra jutott jelen eljárás során, hogy létezik egy hamisított plakát, amin az én nevem szerepel ezzel kapcsolatban, de ezt csak itt láttam, én ilyet nem írtam alá. Az eredeti plakát, illetve annak tartalma a Braham-féle könyvben szerepel, én abban a napokban megtaláltam. Erre vonatkozó kérdésre elmondom, hogy nem emlékszem, hogy ezen a könyvben lévő hirdetésen van-e aláírás, és ha igen, kinek az aláírása szerepel azon. Lehet, hogy csak az volt, hogy „Rendőrség", vagy hogy „Polgármesteri Hivatal".

gyanúsított

*Kérem, nyilatkozzon arra nézve, hogy milyen következményei voltak vagy lehettek volna annak, ha az érintettek megtagadják a gettóba, illetőleg a téglagyári táborba költözést.*

Gyanúsított:

Tudomásom szerint ezeket a személyeket a rendőrség, pontosabban a detektívek letartóztatták és bevitték. Pontosabban ez inkább bekísérés volt. „Bementek ezek, mint a bárányok." Kérdésre elmondom, hogy ezek a detektívek nem voltam alám rendelve, nem tettek nekem jelentést, de egyébként úgy tudom, hogy senkit sem kellett bevinni, mindenki magától vonult be.

gyanúsított

*Kérem, nyilatkozzon arra nézve, hogy – személyes tapasztalatai vagy tudomása szerint – milyen körülmények között éltek az internáltak a gettóban, illetőleg a téglagyári táborban.*

Gyanúsított:

Én nem tudom, egyik házba sem mentem be, de hallomásból úgy értesültem, hogy emberies körülmények között voltak. Tudomásom szerint a négytagú zsidó tanács intézte ezeknek az embereknek az élelmezését és egyéb ellátását. A zsidó tanács tagjai ennek érdekében szabadon mozoghattak.

Hallomásból tudom, hogy a táborban élők matracokon, szalmán-szénán aludtak, illetőleg egy két szoba fenn volt tartva azok számára, akik betegek vagy sérültek voltak. A súlyos betegek egyébként a kórházban voltak, illetve konkrétan egy személyről tudok, akit vakbéllel operáltak, és aki emiatt a kórházban maradt.

A tábor területén, minden épületnél németek voltak, a rendőrök, illetve a detektívek csak akkor, egyetlen alkalommal mentek be a táborba, amikor a kapitány utasítására fegyvert kellett keresniük a táborban.

A tábor felépítését lerajzolom, mely a jegyzőkönyv részét képezi. Ezen látható, hogy hol volt a tábor kapuja, és hogy hogyan futott onnan az út végig egy 200 méteres út a téglagyár területén. A bejárattól balra egy nagy terület volt, ahol különböző épületek voltak, míg a jobb oldalon ponyvaszerű anyaggal fedett lakrészek voltak, ahol állítólag szalmazsákok voltak letéve. Az út végén volt a vécé. Megjelöltem azt is, hogy a tábor körbe volt kerítve valamiféle vékony deszkával vagy dróttal, és külön jelöltem azt a helyet is, ahol meztelenül, agyonlőve találtak egy lányt a kerítés mellett. Én erről az egészről csak hallottam, illetve azt azért tudom, hogy a kapitányság vezetője vezette a nyomozást ennek kapcsán, és talán tőle hallottam, hogy a lányt a csendőrök lőtték le.



gyanúsított

*Kérem, nyilatkozzon arra nézve, hogy – akkori tudomása szerint – milyen okból vagy céllal került sor a deportálásokra. Mi volt a deportálások célállomása?*

Gyanúsított:

A deportálások célállomásáról én akkor nem tudtam, nekem a az említett német őr azt mondta, hogy munkára viszik ezeket az embereket. Az tűnt csak fel nekem, hogy a németek láthatóan siettek mindezzel. Auschwitz létéről csak 1945-ben, Németországban szereztem tudomást.

Erre vonatkozó kérdésre elmondom, hogy én Richter ezredessel a zsidók sorsáról nem beszélgettem, gyakorlatilag csak dr. Horváth kéréseit tolmácsoltam felé, illetve válaszait továbbítottam dr. Horváthnak.

Korábbi vallomásaimban említette, hogy Zágon György kérésére közbenjártam annak érdekében, hogy őt a németek engedjék el. Eljuttatott ugyanis hozzám egy írásos üzenetet, mely szerint Dachau-ba akarják őket vinni, és segítsek neki. Nekem három hetembe telt, és ezügyben háromszor jártam Richter ezredesnél, mire elengedte őket, ugyanakkor azt közölte, hogy ha hasonló előfordul újra, engem fog lecsukatni. Az ő „vétkek" az volt, hogy egyrészt Zágon György az utcán kifejtette abbéli véleményét, hogy Hitlert elveszti a háborút, és talán azt is megjegyezte, hogy bolond, másrészt a detektívek jelentették a Belügyminisztériumnak,

...a németek kifosztottak lezárt, zsidó boltokat, és ez a jelentés visszajutott a németekhez. ...ezt kellett ezt Budapestre jelenteni, mert ott határozták meg, hogy a németek mit ...kaphatnak, mihez juthatnak hozzá.

gyanúsított

*kirendelt védő:*

*...rendelkezésünkre álló szlovák ítélettel összefüggésben a közeljövőben írásbeli ...revételeket kívánok tenni, amelyet eljuttatok a nyomozó ügyészségnek.*

*...eljáró ügyész a kirendelt védővel való előzetes konzultációt követően dr. Csatári László ...ajos folytatólagos gyanúsított kihallgatására rövid úton, szóban idézi a jelenlévő ...anúsítottat 2013. május 10. napján 09.00 órára, illetve ugyanerről értesíti a jelenlévő ...irendelt védőt.*

*...kirendelt védő és gyanúsított:*

*Az idézést és értesítést megértettük, és tudomásul vettük.*

kirendelt védő          gyanúsított

Mást az üggyel kapcsolatban elmondani jelenleg nem kívánok, a jegyzőkönyv az általam elmondottakat helyesen tartalmazza, melyet elolvasás után helybenhagyólag aláírok.

Jegyzőkönyv lezárva: 10.34 órakor.

K.m.f.

dr. Hetényi Gábor
**ügyész**
**jegyzőkönyvvezető**

dr. Csatári László Lajos
**gyanúsított**

dr. Horváth B. Gábor
**kirendelt védő**

*(handwritten)* itt jegyzőkönyvből 1-1 példányt átvettünk.
Budapest 2013. 04. 26.

Budapesti Nyomozó Ügyészség

2013 - 20

Nyom. 1597/2011.

**J E G Y Z Ő K Ö N Y V**

.0038/2013

Készült a Budapesti Nyomozó Ügyészség Budapest V. kerület, Belgrád rkp. 5., VII. emelet
704. szám alatti hivatalos helyiségében 2013. év május hó 14.* napján 09.40 órai kezdettel a
háborús büntett miatt folyamatban lévő büntetőügyben **dr. Csatári László Lajos** gyanúsított
*folytatólagos* kihallgatásáról.

**Jelen vannak:**

| | |
|---|---|
| dr. Hetényi Gábor | ügyész |
| Vinczéné Babusa Júlia | jegyzőkönyvvezető |
| dr. Csatári László Lajos | gyanúsított |
| dr. Horváth B. Gábor | kirendelt védő |

Gyanúsított:

Erre vonatkozó kérdésre kijelentem, hogy a legutóbbi, 2013. április 26-i kihallgatásom óta
személyes adataimban és körülményeimben változás nem történt.

gyanúsított

Az eljáró ügyész a Be. 117. §-ának (2) bekezdése alapján ismételten szó szerint az alábbiakra
figyelmeztette a gyanúsítottat:

Nem köteles vallomást tenni, a vallomás tételét, illetőleg az egyes kérdésekre történő
válaszadást a kihallgatás folyamán bármikor megtagadhatja, de bármikor dönthet úgy, hogy
vallomást tesz, akkor is, ha korábban a vallomástételt megtagadta. Amit mond, illetőleg
rendelkezésre bocsát, bizonyítékként felhasználható.

Gyanúsított:

A figyelmeztetést megértettem, **vallomást teszek**.

gyanúsított

Az eljáró ügyész a Be. 117. §-ának (4) bekezdése alapján figyelmeztette a gyanúsítottat arra, ha
vallomást tesz, vallomásában mást bűncselekmény elkövetésével hamisan nem vádolhat.

Gyanúsított:

A figyelmeztetést megértettem.

gyanúsított



gyanúsított vallomása:

eljáró ügyész erre vonatkozó kérdésére kijelentem, hogy korábbi vallomásaimat [vá]ltozatlanul fenntartom. Az eddig elmondottakat jelenleg kiegészíteni nem kívánom. A [leg]utóbbi kihallgatáson átadott szakértői véleménnyel kapcsolatban jelenleg nincs észrevételem.

Kérdésre elmondom, hogy a nyomozó ügyészségnek legutóbb Verbovszki Sándorral együtt benyújtott beadványomban szereplő iratok a kanadai eljárás eredeti iratai, amelyek Torontóban vannak jelenleg. Az eljárás befejezése után a teljes iratanyag a vejemhez került, [ő] pedig nemrégiben felkereste őt, átnézte a teljes iratanyagot, és ezeket a vallomásokat megküldte nekem az interneten keresztül.

Kérdésre elmondom, hogy a történészi tanulmány általánosságban foglalkozik a népbírósági ügyekkel, és ezt ezért csatoltam a beadványomhoz. Én a népbírósági eljárások időszakában nem éltem idehaza, tapasztalatlan voltam az ilyen ügyekben, és ezek a tanulmányok rávilágítottak az eljárások jellegére.

*Kérem, nyilatkozzon arra nézve, Kassai működése alatt történt-e olyan, hogy Ön a város akkori vezetőinél személyesen közbenjárt annak érdekében, hogy 200-220 bevagonírozott zsidó élelemhez jusson. Amennyiben igen, nyilatkozzon arra nézve, hogy erre körülbelül mikor és milyen körülmények között került sor?*

gyanúsított:

Ilyen nem történt, ilyenre nem emlékszem. Én sohasem jártam a városházán. Ott nem is ismertem senkit sem. A zsidók élelmezése a Zsidó Tanács feladata volt, és őket utolsóként deportálták Kassáról Budapestre.

gyanúsított

*Az eljáró ügyész közli a gyanúsítottal, hogy 1958-59-ben az akkori Csehszlovákiában büntetőeljárás folyt Darabos László és társai ellen háborús bűncselekmények miatt. Ebben az ügyben először Kassán, a Belügyminisztérium Kerületi Államigazgatási Hivatala előtt, majd a Belügyminisztérium 2. számú börtönében, végül a Kassai Kerületi Bíróságon hallgatták ki gyanúsítottként, illetőleg vádlottként Darabos Lászlót.*

*Ezt követően az eljáró ügyész a gyanúsított elé tárja Darabos Lászlónak a fenti eseménnyel összefüggésben Kassán, 1958. szeptember 20. napján, 1958. november 20. napján és 1959. március 23. napján tett vallomásainak, valamint a vele és társaival szemben hozott elsőfokú ítélet ténybeli vonatkozó részét, mely szerint „dr. Čatary" a Magyarországról, Miskolcról tehervagonokban Kassára szállított zsidó részére ellátmányt kért Gyarmathy Gábor főispántól és Darabos Lászlótól. Kérem, nyilatkozzon ezzel kapcsolatban!*

Gyanúsított:

Én akkor már nem voltam Kassán, én ezekről a dolgokról most hallok először. Én Gyarmathy főispánnal soha nem voltam együtt, csak amikor a vezetőm odaküldött, hogy beszéljek vele, a nyilasokat fékezze meg. Darabos Lászlót nem ismerem, vele nem is találkoztam. Darabos és



tudomásom szerint 1944. november eleje után működtek, korábban én nem hallottam ‌kassai időszakomból az ő nevére nem is emlékszem.

vonatkozó kérdésre elmondom, hogy számomra az merült fel, hogy abban az időben jól ‌hogy én külföldön tartózkodom, és így nem kizárt, hogy többen visszaéltek az én ‌emmel.

Elmondom, hogy már kint Németországban találkoztam a detektívek vezetőjével, akinek a ‌most nem jut az eszembe. Egy másik detektívvel volt ott, beszéltem vele, melynek során ‌mondta, hogy ne menjek haza, illetve, hogy ő nem ajánlja, hogy hazatérjek. A pontos ‌ra már nem emlékszem, de nekem ez volt a benyomásom, hogy ezt tanácsolta nekem. ‌akkor sem értettem, hogy ezt miért mondja, és most csak következtetek arra, hogy talán ő ‌ta, hogy visszaéltek a nevemmel. A korábbi vallomásban már említettem, hogy ‌a személynek, mármint a detektívek vezetőjének, a rám nézve tett terhelő vallomása ‌i a valóságot. Neki egyébként nem volt oka arra, hogy rám nézve bármilyen terhelő ‌mást tegyen, mert tudnia kellett, hogy nem követtem el semmilyen bűncselekményt.

gyanúsított

*eljáró ügyész a gyanúsított elé tárja a fenti ügyben Darabos Lászlónak Kassán, 1958.*
*tember 20. napján, 1958. november 20. napján és 1959. március 23. napján tett*
*vallomásainak vonatkozó részét, mely szerint ezeket a zsidókat Darabos László javaslatának*
*megfelelően az éjszaka folyamán elgázosították.*

*Kérem, nyilatkozzon ezzel kapcsolatban!*

Gyanúsított:

Abszolút lehetetlen dolog, amit most hallottam, én ilyenről soha nem hallottam korábban. Hallomásom szerint gázkamrát csak Auschwitz-ban voltak, de erről is csak háború után szereztem tudomást. Amikor október végén én eltűntem Kassáról, nyilván visszaéltek a nevemmel.

gyanúsított

*Kérem, nyilatkozzon arra nézve, hogy a nyilas hatalomátvételt (1944. október 15.) követően*
*rendőrként vagy magánemberként részt vett-e bármilyen olyan megbeszélésen, tanácskozáson,*
*ahol a nyilas párt tagjai is jelen voltak!*

Gyanúsított:

Soha nem történt ilyen. Én sem rendőrként, sem magánszemélyként nem vettem részt ilyen összejövetelen, én nem is szimpatizáltam a nyilasokkal.

gyanúsított

*...áró ügyész a gyanúsított elé tárja a fenti ügyben Darabos Lászlónak 1958. november 20.*
*...tett vallomásának vonatkozó részét, mely szerint a nyilas hatalomátvételt követően*
*...resen – így például október 20. napja körül, november 10. napján, és november végén*
*...ottak ún. munkaértekezletek, melyen Darabos László vallomásai szerint a gyanúsított is*
*...volt.*

*...en, nyilatkozzon ezzel kapcsolatban!*

Gyanúsított:

...miféle értekezletről nem tudok, ezeket most hallom először. Czuczor Istvánról annyit ...dok, hogy óvatos, tisztességes ember volt, akitől minden erőszakos cselekedet távol állt, ...t nem is volt sokáig ispán, hamar elintézte, hogy Budapestre kerülhessen. Az ő ...égével dolgoztam együtt az Útlevél Osztályon. Dr. Richternek én nem folyamatosan ...ácsoltam, hanem csak megbeszéltem vele bizonyos ügyeket, amit dr. Horváth rám bízott. ...kozásaink rövidek voltak. Továbbra is csak azt tudom mondani, hogy valaki ...ványalóan visszaélt a nevemmel.

...jegyzem, hogy engem a nyilasok nem is szerettek. Megtörtént ugyanis, hogy amikor a ...ilasok kivételezetteket is deportálni akartak, én személyesen jártam Gyarmathynál, dr. ...orváth utasítását, hogy ez leállítsam. Tudomásom szerint ezután „rendesen viselkedtek", bár ...gyzőkönyvekből azt látom, hogy mégis berakhattak kivételezetteket a vagonokba. Erre ...vonatkozó kérdésre nem tudom már megmondani, hogy Gyarmathy ekkor volt-e már, ...ett ispán volt a Czuczor István is egy darabig, majd utána lehetett a Gyarmathy, hiszen az ...atókból az is látszik, hogy az 1945. januári akasztásokat Gyarmathy intézte.

...re vonatkozó kérdésre kijelentem, hogy Gyarmathy nem 1944 novemberében lett ispán, ...anem már korábban is az volt. Azt is el tudom képzelni, hogy Czuczor István lemondása ...án rövid ideig Gyarmathy lett valamiféle vezető, de nem főispánként, hiszen az a szék ...megüresedett. Az egy zűrzavaros időszak és állapot volt, amit én „pokolnak" neveztem.

_gyanúsított_

Kirendelt védő:
Jelenleg észrevételem, indítványom nincs.

_kirendelt védő_

*Az eljáró ügyész a kirendelt védővel való előzetes konzultációt követően dr. Csatári László*
*Lajos folytatólagos gyanúsítotti kihallgatására rövid úton, szóban idézi a jelenlévő*
*gyanúsítottat 2013. május 29. napján 13.00 órára, illetve ugyanerről értesíti a jelenlévő*
*kirendelt védőt.*

elt védő és gyanúsított:

zést és értesítést megértettük, és tudomásul vettük.

kirendelt védő                    gyanúsított

az üggyel kapcsolatban elmondani jelenleg nem kívánok, a jegyzőkönyv az általam
dottakat helyesen tartalmazza, melyet elolvasás után helybenhagyólag aláírok.

zőkönyv lezárva: 10.40 órakor.

K.m.f.

dr. Hetényi Gábor                    dr. Csatári László Lajos
ügyész                              gyanúsított

Vinczéné Babusa Júlia                dr. Horváth B. Gábor
jegyzőkönyvvezető                   kirendelt védő

... omozó Ügyészség                                        2013 -    2 0

...  011.

**J E G Y Z Ő K Ö N Y V**                        4      8 / 2 0 1 3

... dapesti Nyomozó Ügyészség Budapest V. kerület, Belgrád rkp. 5., VII. emelet
... ti hivatalos helyiségében 2013. év május hó 29. napján 13.37 órai kezdettel a
... t miatt folyamatban lévő büntetőügyben **dr. Csatári László Lajos** gyanúsított
... kihallgatásáról.

**... nnak:**

... Gábor                ügyész
... Babusa Júlia         jegyzőkönyvvezető
... László Lajos         gyanúsított
... B. Gábor             kirendelt védő

*... ügyész tájékoztatja a gyanúsítottat és kirendelt védőjét, hogy a legutóbbi, 2013.*
*... folytatólagos kihallgatásról készült jegyzőkönyvben – elírás folytán – az eljárási*
*... y időpontjául 2013. május 14. napján van feltüntetve, valamint hogy a Budapesti*
*... Ügyészség rendelkezésére álló eredeti példányokon a javítás átvezetésre került.*

**... nusított:**

... onatkozó kérdésre kijelentem, hogy a legutóbbi, 2013. május 15-i kihallgatásom óta
... yes adataimban és körülményeimben változás nem történt.

gyanúsított

*... eljáró ügyész átadja a gyanúsított és kirendelt védője részére a Nyom. 1597/2011/45.*
*... ű határozattal szaktanácsadóként az eljárásba bevont Dr. Zinner Tibor történész*
*... laszait tartalmazó, a mellékletével együtt 20 oldal terjedelmű feljegyzés egy-egy példányát.*

**... yanúsított és kirendelt védő:**

... A feljegyzést átvettük, azzal összefüggésben jelenleg észrevételünk nincs.

kirendelt védő                                    gyanúsított

Az eljáró ügyész a Be. 43. §-a (2) bekezdésének a) pontja, valamint a Be. 179. §-ának (2)
bekezdése alapján közli a gyanúsítottal, hogy a rendelkezésre álló adatok alapján a 2012.
július 18. napján közölt gyanúsítás 1. pontja, valamint a cselekmény jogi minősítése – a
korábbi gyanúsítás 2. pontjának változatlanul hagyása mellett – **kiegészül,** illetőleg
**pontosításra kerül,** és erre tekintettel megalapozottan gyanúsítható az 1971. évi 1.
törvényerejű rendelettel kihirdetett, a háborús, és az emberiség elleni büntettek elévülésének
kizárásáról az Egyesült Nemzetek Szervezetének Közgyűlése által New Yorkban az 1968. évi

vember hó 26. napján elfogadott nemzetközi egyezmény I. Cikk a) és b) pontjaiban, II. cikkében, a nürnbergi Nemzetközi Katonai Törvényszék alapokmánya 6. cikke b) és c) pontjaiban írtakra figyelemmel a népbíráskodás tárgyában kibocsátott kormányrendeletek törvényerőre emeléséről szóló 1945. évi VII. törvény I. számú melléklete 11. §-a 5. pontjának utolsó fordulatában meghatározott, **emberek törvénytelen kivégzésével és kínzásával** részben tettesként, részben bűnsegédként megvalósított, a Btk. 165. §-ába ütköző háborús bűntett elkövetésével az alábbi tényállások alapján.

Az 1938. november 2-i, ún. első bécsi döntés értelmében a Magyar Királysághoz visszacsatolt Kassa 1944. március 19-i német megszállását követően a városban gettót, majd később a kassai téglagyárban internáló-, **illetőleg gyűjtőtábort** hoztak létre, ahová a helyi rendőrség és csendőrség közreműködésével 1944. április 5. és 22. napja közötti időben előbb a Kassa környéki, Abaúj-Torna vármegyei, majd a kassai zsidóság túlnyomó részét, közel 12.000 főt internálták.

A Kassai Rendőrkapitányság vezetője, dr. Horváth György r. vezérőrnagy, főkapitány-helyettes 1944. május elején Önt, mint a Kassai Rendőrkapitányság állományába tartozó rendőr **segéd**fogalmazót nevezte ki a téglagyári internáló-, **illetőleg gyűjtőtábor** elöljárójának. Ön ilyen minőségében 1944. május hónapban – pontosabban meg nem határozható időben – puszta kézzel, és az Önnél lévő kutyakorbáccsal rendszeresen, minden különösebb indok nélkül verte, bántalmazta az internáltakat nemre, korra és egészségi állapotra tekintet nélkül (így például Kováč Emilt és feleségét, Schvartz Žigmund-ot és Dr. Gádor Frantíšek-et).

A téglagyári internáló táborban fogva tartott közel 12.000 főt 1944. május közepe és június eleje közötti időben, összesen 4-5 transzporttal, vasúti úton, tehervagonokba zsúfolva különböző, a németek által megszállt területeken lévő koncentrációs táborokba – legtöbbjüket Auschwitz-ba – deportálták. **Ön annak ellenére, hogy tudta, a deportálandók olyan körülmények közé kerülnek, ahol az életük és testi épségük veszélybe kerül, a zsidóság** előbb gettóba és a téglagyári internáló-, illetőleg gyűjtőtáborba szállításánál, később az **elszállítandók kijelölésénél és a csendőrségnek átadásánál tevékenyen közreműködött,** az egyes transzportok elindításánál többek között dr. Horváth György r. vezérőrnagy és Ön is jelen voltak.

A negyedik transzport elindítását megelőzően, 1944. június 2. napján, Ön a deportálandók közé tartozó Balkányi Sándor erre vonatkozó, kifejezett kérése ellenére megtiltotta, hogy a kb. 80 fővel telezsúfolt, ablaktalan tehervagonokon az abban tartózkodók amúgy is embertelen körülményeinek megkönnyítése érdekében ablakokat vágjanak."

**Ön a fenti cselekményeivel – a tettesként elkövetett bűncselekmények mellett – szándékosan segítséget nyújtott a Kassáról a németek által megszállt területeken lévő koncentrációs táborokba deportált zsidók, illetve más, politikai okokból üldözöttek sérelmére elkövetett törvénytelen kivégzésekhez és kínzásokhoz is.**

Az eljáró ügyész a Be. 62. §-ában foglalt kötelezettségének eleget téve közli a gyanúsítottal, hogy a Be. 196. §-a alapján a megalapozott gyanú közlésével szemben panasszal élhet, amelynek azonban nincs halasztó hatálya.

gyanúsított:

gyanúsításban szereplő cselekményt megértettem, ellene **panaszt kívánok bejelenteni**, de nem követtem el semmit.

gyanúsított

Az eljáró ügyész a Be. 117. §-ának (2) bekezdése alapján ismételten szó szerint az alábbiakra figyelmezteti a gyanúsítottat:

Nem köteles vallomást tenni, a vallomás tételét, illetőleg az egyes kérdésekre történő válaszadást a kihallgatás folyamán bármikor megtagadhatja, de bármikor dönthet úgy, hogy vallomást tesz, akkor is, ha korábban a vallomástételt megtagadta. Amit mond, illetőleg rendelkezésre bocsát, bizonyítékként felhasználható.

gyanúsított:

A figyelmeztetést megértettem, **vallomást teszek**.

gyanúsított

Az eljáró ügyész a Be. 117. §-ának (4) bekezdése alapján figyelmezteti a gyanúsítottat arra, ha vallomást tesz, vallomásában mást bűncselekmény elkövetésével hamisan nem vádolhat.

Gyanúsított:

A figyelmeztetést megértettem.

gyanúsított

A gyanúsított vallomása:

Az eljáró ügyész erre vonatkozó kérdésére kijelentem, hogy korábbi vallomásaimat változatlanul fenntartom.

A pontosított gyanúsítással kapcsolatban el kívánom mondani, hogy semmilyen ilyenben nem vettem részt, én közel sem voltam hozzájuk, azaz a zsidókhoz.

Az én feladatom a német tudomásom miatt a rendőrség és a németek közötti összeköttetés megteremtése volt.

Én még csak nem is hallottam arról, hogy ott a táborban esetleg emberek törvénytelen kivégzése, vagy kínzása zajlott.

*Eljáró ügyész ezt követően röviden értelmezi a gyanúsításban foglaltakat, mely szerint a törvénytelen kivégzésekre és kínzásokra elsősorban nem Kassán, hanem a gyanúsításban említett koncentrációs táborokban kerül: sor.*



...ztem, hogy dr. Horváth György rendőr vezérőrnagy, a vezetőm azt közölte velem, ...thy Miklós kormányzótól és a belügyminisztertől kapott fontos feladatunk az, hogy ...nkrá, a németek senkit se bántsanak, senkinek ne essék bántódása.

...an nyugalom is volt, én nem tudok semmiféle komoly bántódásról. Én személyesen ...tam dr. Richterrel ez ügyben és a németek ezt be is tartották.

...öm is arra hívta fel a figyelmemet, hogy vigyázzak a nyilasokra, mert ők akartak ...ron beavatkozni ebbe a dologba.

...ban én komoly sérültet nem láttam, de azt tudom, hogy volt egy szoba, amely ...nak volt berendezve, és ahova olyan embereket is hoztak, akik a táboron kívül sérültek ...

...jdonképpen sajnáltam is azokat az embereket, akik ott voltak a táborban.

...rba gyűjtés egy hirdetmény alapján történt, ebben nekem semmi részem nem volt. Az, ...tezik egy olyan hirdetmény, amin a nevem rajta van, azt csak itt az eljárásban tudtam ...de az hamis, nekem ahhoz nincsen közöm. Az már három nappal később, a hivatalos ...étés után jelent meg. A táborba zárást a vezetőség intézte.

...említettem, hogy a zsidóság vagonokba történő bezárásánál nem voltam ott, csak ...yetlen alkalommal, amit már a korábbi vallomásaimban is említetem. Az utolsó ...szállítmány, utolsó vagonjától mintegy 30 méterre álltam 1944. június 2-án, mert ekkor ...inden tisztnek jelen kellett lennie.

...egyik német katonától kérdeztem, hogy hová viszik el az embereket, mire azt válaszolta, ...ogy dolgozni, de hogy pontosan hová, azt nem mondta. Azt hogy a deportáltak végül hova ...rültek, azt csak 1945 májusában tudtam meg német újságokból. A zsidók vagonba történő ...telénél én egyáltalán semmikor nem vettem részt.

...Én egész életemben senkit sem bántottam egy ujjal sem.

...Kérdésre elmondom, hogy dr. Richterről annyit tudtam csak korábban, hogy ő először Csehszlovákiában végezte a zsidók deportálását, és utána jött Kassára. Nekem az volt a benyomásom, hogy a németeknek egyetlen törekvésük volt, minél előtt végrehajtani a szállítást. Dr. Richterről hallomásból úgy tudtam, hogy kemény ember, de velem konkrétan nem volt durva. Nem tudom megmondani, hogy milyen egységnél szolgált, de valószínűleg SS-es volt. Egyenruhát hordott, de hogy milyet, azt már nem tudom pontosan megmondani. Én úgy emlékszem, ahogy amikor tolmácsoltam neki a vezetők kérését, hogy lehetőség szerint ne bántsanak, vagy öljenek meg senkit, akkor azt általában nem is csinálták. Kanadában az ottani rendőrtisztektől értesültem arról, hogy dr. Richter később öngyilkos lett.

Amikor arról beszéltem, hogy a nyilasok beavatkozását kellett megakadályoznom, az arra vonatkozott, hogy a zsidók berakodásakor a detektívek jelentették nekem, hogy a nyilasok a kivételezettek közül is akartak berakni egyeseket. Abban az időben előbb Czuczor István volt a város vezetője, majd ő ezt három hét múlva feladta, és utána lett Gyarmathy Gábor. Ekkor küldött át hozzá a vezetőm azzal, hogy beszéljek vele, ne történjen semmilyen atrocitás. Közbevetett kérdésre elmondom, hogy a pontos időpontot már nem tudom megmondani, de

...valamikor májusban történhetett. Engem október végén az országos főkapitány azonnali ...vel elhelyezett Budapestre, és a Henkey-csoporthoz vezényelt.

...gyetlen atrocitásról hallottam a tábor története alatt, hogy az egyik reggel egy halott, ...telen lányt találtak a tábor körüli kerítésnél. Tudomásom szerint ott a csendőrök őrizték ...ülröl a tábort.

...mikor arról beszéltem , hogy én sajnáltam a táborban lévőket, akkor arra gondoltam, hogy ...omra ez az egész eset szokatlan volt, akkor két és fél éve voltam rendőr, és ilyen tömeg ...szegyűjtését még nem tapasztaltam. Az elhelyezésük miatt is sajnáltam őket, hiszen voltak, ...ik a táborba kő építményekben voltak elhelyezve, de voltak, akik ponyvával letakart ...rögtönzésben laktak. Én az egész dolgot úgy jellemeztem, hogy az egy pokoli állapot volt.

...re vonatkozó kérdésre elmondom, hogy a németek mégsem törődtek azzal, amit mi nekik ...mondtunk, hiába kértük, hogy senkinek ne essen bántódása. Ennek ellenére ilyen ...rülmények között voltak az összegyűjtöttek. Azt nem tudom megmondani, hogy a ...magyarban lévő épületeken belül mi történt, ott én nem jártam.

...csak hallottam Dachauról, hogy ott valamiféle fogolytábor működik, de azt nem tudtam, ...ogy ott pontosan mi zajlik, én arról nem voltam tájékoztatva. Nekem ez a német őr azt ...ondta, hogy a zsidókat dolgozni viszik, és az asszonyok is dolgozni mennek, a gyerekek ...dig iskolába fognak járni. Németországban tudtam meg később, hogy Lengyelországban, és ...krajnában több tábor működött és ott hallottam először az Auschwitz nevet is. Amikor én ...zeket a német újságokban olvastam, számomra ez nagyon megbotránkoztató volt, és én ...tulajdonképpen sokkot kaptam.

...rre vonatkozó kérdésre elmondom, hogy dr. Richterrel soha nem beszéltem a zsidók ...sorsáról, ő erről sohasem beszélt. Én azt tapasztaltam, hogy a német altisztek, akik ezt ...végezték, siettek a tevékenységükkel, de nagyon senkivel nem beszéltek, senkinek nem ...mondtak semmit, csendesen tevékenykedtek. Úgy viselkedtek, mint egy megszálló hatalom.

*Az eljáró ügyész értesíti a gyanúsítottat és kirendelt védőjét, hogy az ügyben 2013. június 3. napján 09.00-12.00 óráig, illetőleg június 06. napján 09.00-12.00 óráig iratismertetést tart, melynek keretében a Budapesti Nyomozó Ügyészség hivatalos helyiségében a nyomozás iratait megtekinthetik. Ennek során indítványozhatják a nyomozás kiegészítését, illetve egyéb észrevételeket és indítványokat is tehetnek. Távolmaradásuk a nyomozás befejezését, illetve a további eljárást nem akadályozza, az iratismertetés határnapjának elmulasztása miatt igazolásnak helye nincs.*

Gyanúsított és kirendelt védő:

Az értesítést tudomásul vettük.

kirendelt védő                                                  gyanúsított

...üggyel kapcsolatban elmondani jelenleg nem kívánok, a jegyzőkönyv az általam ...takat helyesen tartalmazza, melyet elolvasás után helybenhagyólag aláírok.

...könyv lezárva: 14.46 órakor.

K.m.f.

dr. Hetényi Gábor
ügyész

dr. Csatári László Lajos
gyanúsított

Vinczéné Babusa Júlia
jegyzőkönyvvezető

dr. Horváth B. Gábor
kirendelt védő

1 db eredeti példányt átvettünk:
Budapest, 2013. 05. 29.